| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)*  6:25-bk-        Chapter  11 |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Bravo Brio Restaurants, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 85-1245551 | |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **4700 Millenia Blvd., Ste. 400** <br> **Orlando, FL 32839** <br> Number, Street, City, State & ZIP Code <br><br> **Orange** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | www.brioitalian.com | |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: | |

Debtor **Bravo Brio Restaurants, LLC**   Case number (*if known*) **6:25-bk-**
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**7225**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Debtor **Bravo Brio Restaurants, LLC**  Case number (*if known*) 6:25-bk-
     Name

List all cases. If more than 1, attach a separate list

Debtor    **See Attachment**             Relationship
District            When             Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
       Contact name
       Phone

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
■ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | Bravo Brio Restaurants, LLC | Case number (*if known*) | 6:25-bk- |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 18, 2025**
MM / DD / YYYY

X **/s/ Thomas Avallone**
Signature of authorized representative of debtor

**Thomas Avallone**
Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ R.Scott Shuker, Esq**
Signature of attorney for debtor

Date **August 18, 2025**
MM / DD / YYYY

**R.Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue**
**Suite 1120**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone **(407) 337-2060**    Email address **rshuker@shukerdorris.com**

**0984469 FL**
Bar number and State

Debtor **Bravo Brio Restaurants, LLC**
Name

Case number *(if known)* **6:25-bk-**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
MIDDLE DISTRICT OF FLORIDA

Case number *(if known)*   **6:25-bk-**       Chapter   **11**

☐ Check if this is an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Bravo (Louisville), LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **8/18/25** | Case number, if known | **6:25-bk-** |
| Debtor | **Brio (Cherry Hill), LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **8/18/25** | Case number, if known | **6:25-bk-** |
| Debtor | **Brio (Irvine), LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle Distrct of Florida, Orlando Division** | When | **8/18/25** | Case number, if known | **6:25-bk-** |
| Debtor | **Brio (Texas), LLC** | | Relationship to you | | **Affiliate** |
| District | **Middle District of Florida, Orlando Division** | When | **8/18/25** | Case number, if known | **6:25-bk-** |

**Fill in this information to identify the case:**

Debtor name: **Bravo Brio Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): **6:25-bk-**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 18, 2025**      X **/s/ Thomas Avallone**
                                        Signature of individual signing on behalf of debtor

                                        **Thomas Avallone**
                                        Printed name

                                        **Manager**
                                        Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors

Fill in this information to identify the case:

Debtor name: **Bravo Brio Restaurants, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): **6:25-bk-**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ARMADA HOFFLER BLOCK & ASSOC DIVARIS PROP MGMT** 4525 MAIN ST., STE 900 VIRGINIA BEACH, VA 23462 | **Misty Schneider** misty.schneider@divaris.com 757-497-2113 | **Trade debt** | | | | $184,772.37 |
| **C.H. ROBINSON COMPANY, INC.** 14701 CHARLSTON RD SUITE 1400 EDEN PRAIRIE, MN 55347 | **Ryan Klusendorf** Ryan.Klusendorf@robinsonfresh.com 800-447-4434 | **Trade debt** | | | | $721,164.28 |
| **CGP-CPP PLAZA FRONTENAC LLC** P.O. BOX 86 MINNEAPOLIS, MN 55486-3110 | **Nancy Gorman** nancy.gorman@brookfieldproperties.com | **Trade debt** | | | | $152,539.10 |
| **CHRISTIANA MALL LLC** SDS-12-3026 P.O. BOX 86 MINNEAPOLIS, MN 55486-3026 | **Nancy Bernero** nancy.bernero@brookfieldproperties.com 312-960-5401 | **Trade debt** | | | | $151,736.84 |
| **DATADELIVERS, LLC** 100 W HILLCREST BLVD SUITE 406 SCHAUMBURG, IL 60195 | **Diana Humann** mfisher@taubman.com 248-258-7578 | **Trade debt** | | | | $132,028.05 |
| **EASTON TOWN CENTER II LLC** L-3769 COLUMBUS, OH 43260-3769 | **Dawn Weber** easton@steiner.com | **Trade debt** | | | | $175,948.13 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **Bravo Brio Restaurants, LLC**
Name

Case number *(if known)* **6:25-bk-**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EDWARD DON & CO. HOLDINGS, LLC 2562 PAYSPHERE CIRCLE Chicago, IL 60674** | **William Bowe** williambowe@don.com 800-777-4366 | **Trade debt** | | | | $335,445.48 |
| **FASHION PLACE ANCHOR ACQUISITION LLC P.O. BOX 86 MINNEAPOLIS, MN 55486-2780** | **Veronica Orozco** veronica.orozco@brookfieldproperties.com | **Trade debt** | | | | $129,339.33 |
| **GREENE TOWN CENTER LLC ATTN: OLSHAN PROPERTIES 600 MADISON AVE., 14TH FLOOR New York, NY 10022** | **Marilyn Collado** mcollado@olshanproperties.com | **Trade debt** | | | | $401,660.32 |
| **LIBERTY CENTER LLC. 7600 GIBSON RD L-3745 COLUMBUS, OH 43260-3745** | **Mary Bubier** mbubier@centennialrec.com 513-644-0909 | **Trade debt** | | | | $166,980.13 |
| **PFP COLUMBUS II LLC POLARIS FASHION PLACE L-3581 COLUMBUS, OH 43260** | **David Johnson** djohnson@wpgus.com 614-8787-5686 | **Trade debt** | | | | $264,901.91 |
| **RM MEMBER LLC. P.O. BOX 72439 CLEVELAND, OH 44192** | **Eduardo Hinds** eduardo.hinds@brookfieldproperties.com | **Trade debt** | | | | $229,335.85 |
| **RREEF CONTINENTAL MASTER TRUST P.O. BOX 209266 AUSTIN, TX 78720-9266** | **Stephanie Kiray** stephanie.kiray@jll.com 412-561-4122 | **Trade debt** | | | | $189,635.94 |
| **SYSCO CORPORATION 24500 Northwest Freeway Crypress, TX 77429** | **Gregg Dadowski** Gregg.Dadowski@Sysco.com 281-556-4547 | **Trade debt** | | | | $1,933,757.22 |

Debtor **Bravo Brio Restaurants, LLC**
Name

Case number (if known) **6:25-bk-**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **TAMPA WESTSHORE ASSOCIATES DEPT 177001 P.O. BOX 67000 DETROIT, MI 48267-1770** | **Martha Fisher** mfisher@taubman.com 248-258-7578 | **Trade debt** | | | | $181,037.15 |
| **TB MALL AT UTC LLC. P.O. BOX 674647 DETROIT, MI 48267-4647** | **Martha Fisher** mfisher@taubman.com 248-258-7578 | **Trade debt** | | | | $139,539.51 |
| **TGM CCV PROPERTY LLC P.O. BOX 843386 DALLAS, TX 75282-3386** | **Veronica Bernal** veronica.bernal@cushwake.com 713-463-4634 | **Trade debt** | | | | $242,261.76 |
| **THE TAUBMAN REALTY GROUP CITY CREEK CENTER ASSOC LLC P.O.BOX 674566 DETROIT, MI 48267-4566** | **Martha Fisher** mfisher@taubman.com 248-258-7578 | **Trade debt** | | | | $131,355.84 |
| **USA HVAC, INC 6448 PARKLAND DR SARASOTA, FL 34243** | **Kellie Wolfel** kellie.wolfel@usa-groups.com 814-594-9500 | **Trade debt** | | | | $131,027.65 |
| **WESTCOR SANTAN VILLAGE LLC DEPT LA 25429 PASADENA, CA 91185-5429** | **Susan Cheeseman** susan.cheeseman@macerich.com 602-953-6543 | **Trade debt** | | | | $146,752.40 |

## United States Bankruptcy Court
### Middle District of Florida

In re  **Bravo Brio Restaurants, LLC**  
Debtor(s)

Case No.  **6:25-bk-**  
Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Bravo Brio Holdings, LLC<br>4700 Millenia Blvd.<br>Suite 400<br>Orlando, FL 32839 | N/A | 100% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 18, 2025**

Signature  **/s/ Thomas Avallone**  
**Thomas Avallone**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re: **Bravo Brio Restaurants, LLC**
Debtor(s)

Case No. **6:25-bk-**
Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **August 18, 2025**

/s/ Thomas Avallone
**Thomas Avallone**/**Manager**
Signer/Title

Bravo Brio Restaurants, LLC
4700 Millenia Blvd., Ste. 400
Orlando, FL 32839

EASTON TOWN CENTER II  LLC
L-3769
COLUMBUS, OH 43260-3769

Orange Co. Tax Collector
County Service Center
601 N. Ross Street
Santa Ana, CA 92701


R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

EDWARD DON & CO. HOLDINGS, LLC
2562 PAYSPHERE CIRCLE
Chicago, IL 60674

Orange County Tax Collector
P.O. Box 545100
Orlando, FL 32854


ARMADA HOFFLER BLOCK & ASSOC
DIVARIS PROP MGMT
4525 MAIN ST., STE 900
VIRGINIA BEACH, VA 23462

FASHION PLACE ANCHOR
ACQUISITION LLC
P.O. BOX 86
MINNEAPOLIS, MN 55486-2780

PFP COLUMBUS II LLC
POLARIS FASHION PLACE
L-3581
COLUMBUS, OH 43260


C.H. ROBINSON COMPANY, INC.
14701 CHARLSTON RD
SUITE 1400
EDEN PRAIRIE, MN 55347

GPEE LENDER, LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839

RM MEMBER LLC.
P.O. BOX 72439
CLEVELAND, OH 44192


Camden County Tax Collector
509 Lakeland Road
Blackwood, NJ 08012

GREENE TOWN CENTER LLC
ATTN: OLSHAN PROPERTIES
600 MADISON AVE., 14TH FLOOR
New York, NY 10022

RREEF CONTINENTAL
MASTER TRUST
P.O. BOX 209266
AUSTIN, TX 78720-9266


CGP-CPP PLAZA FRONTENAC LLC
P.O. BOX 86
MINNEAPOLIS, MN 55486-3110

Harris County Tax Collector
1001 Preston St.
Houston, TX 77002

SYSCO CORPORATION
24500 Northwest Freeway
Crypress, TX 77429


CHRISTIANA MALL LLC
SDS-12-3026
P.O. BOX 86
MINNEAPOLIS, MN 55486-3026

Internal Revenue Service
Centralized Insolvency Ops
P.O. Box 7346
Philadelphia, PA 19101-7346

TAMPA WESTSHORE ASSOCIATE
DEPT 177001
P.O. BOX 67000
DETROIT, MI 48267-1770


Collin County Tax Collector
P.O. Box 8006
McKinney, TX 75070

Jefferson County Tax Collect
531 Court Place, 6th Floor
Louisville, KY 40202

Tarrant County Tax Collector
100 E. Weatherford
Fort Worth, TX 76196


DATADELIVERS, LLC
100 W HILLCREST BLVD
SUITE 406
SCHAUMBURG, IL 60195

LIBERTY CENTER LLC.
7600 GIBSON RD
L-3745
COLUMBUS, OH 43260-3745

TB MALL AT UTC LLC.
P.O. BOX 674647
DETROIT, MI 48267-4647

TGM CCV PROPERTY LLC
P.O. BOX 843386
DALLAS, TX 75282-3386


THE TAUBMAN REALTY GROUP
CITY CREEK CENTER ASSOC LLC
P.O.BOX 674566
DETROIT, MI 48267-4566


USA HVAC, INC
6448 PARKLAND DR
SARASOTA, FL 34243


WESTCOR SANTAN VILLAGE LLC
DEPT LA 25429
PASADENA, CA 91185-5429