# United States Bankruptcy Court
## Middle District of Florida

In re  **Bravo Brio Restaurants, LLC**          Case No. **6:25-bk-05224-LLV**
Debtor(s)          Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Bravo Brio Restaurants, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bravo Brio Holdings, LLC**
**4700 Millenia Blvd.**
**Suite 400**
**Orlando, FL 32839**

☐ None [*Check if applicable*]

| | |
|---|---|
| **August 20, 2025** | **/s/ R.Scott Shuker, Esq** |
| Date | **R.Scott Shuker, Esq** |
| | Signature of Attorney or Litigant |
| | Counsel for **Bravo Brio Restaurants, LLC** |
| | **Shuker & Dorris, P.A.** |
| | **121 S. Orange Avenue** |
| | **Suite 1120** |
| | **Orlando, FL 32801** |
| | **(407) 337-2060 Fax:(407) 337-2050** |
| | **rshuker@shukerdorris.com** |