**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **IN RE** | **CHAPTER 11** |
| **BRAVO BRIO RESTAURANTS, LLC,** *et al.*, | **CASE NO.: 6:25-bk-05224-LVV** |
| **Debtors.** | **Jointly Administered[1]** |

---

### DEBTORS' MOTION FOR AN EXTENSION OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES, SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS

**BRAVO BRIO RESTAURANTS, LLC; BRAVO (LOUISVILLE), LLC, BRIO (CHERRY HILL), LLC; BRIO (IRVINE), LLC**; and **BRIO (TEXAS), LLC** (collectively, the "Debtors") hereby file this motion, pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an extension of time to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (the "Motion"), and respectfully represent as follows:

1.      On August 18, 2025, the Debtors filed their voluntary petitions under Chapter 11 of the Bankruptcy Code ("Petition Date") with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.  A Trustee has not been appointed and the Debtors are administering their cases as debtors-in-possession.

---

[1] Jointly administered cases:  Bravo Brio Restaurants, LLC, Case No: 6:25-bk-05224-LVV; Bravo (Louisville), LLC, Case No: 6:25-bk-05225-LVV; Brio (Cherry Hill), LLC, Case No: 6:25-bk-05226-LVV; Brio (Irvine), LLC, Case No: 6:25-bk-05227-LVV; Brio (Texas), LLC, Case No: 6:25-bk-05228-LVV.

2.      No creditors' committee has yet been appointed in any of this case by the Office of the United States Trustee.  No examiner has been requested in this case.

3.      This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      By this Motion, the Debtors seek an extension of the period in which to complete and file its schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively, the "Schedules"), as required by § 521 of the Bankruptcy Code, FRBP 1007 and Local Rule 1007-1.  Specifically, the Debtors request that such period be extended to Monday, September 8, 2025, a date twenty-one (21) days from the Petition Date, without prejudice to the Debtors' right to seek an additional extension upon cause.  Such time period represents an extension of seven (7) days beyond the initial fourteen (14) days allowed under FRBP 1007(c).

5.      On the Petition Date, the Debtors attached to their voluntary petitions a list of all creditors and parties-in-interest.

6.      In order to prepare the Schedules and Statement of Financial Affairs required by F.R.B.P. 1007, it is necessary to gather information from various documents and to compile information with regard to the creditors.  The Debtors have been diligently compiling this information but require additional time to complete this project.

7.      The additional time requested will extend the due date for the Schedules and Statement of Financial Affairs to Monday, September 8, 2025, a date eight (8) calendar days prior to the first meeting of creditors, which has been scheduled for September 16, 2025 at 10:00 a.m. (Doc. No. 26).

8.     While the Debtors believe that the requested extension will provide sufficient time to permit the Debtors to complete and file the Schedules, the Debtors reserve the right to seek additional extensions on appropriate notice and motion to the Court.

9.     Notice of this Motion has been provided to the Office of the United States Trustee for the Middle District of Florida, counsel to the secured creditors, the Debtors' 20 largest unsecured creditors, and all parties requesting notices, pursuant to FRBP 2002 and Local Rule 2002-1.  The Debtors submit that no other or further notice need be provided.

10.     No previous motion for the relief sought herein has been made to this or any other court.

**WHEREFORE**, the Debtors respectfully request this Court enter an Order extending the time for filing the Schedules and Statement of Financial Affairs to Monday, September 8, 2025, a date twenty-one (21) days from the date the Debtors filed their Petitions, and for such other and further relief as the Court deems just and proper in the circumstances.

**RESPECTFULLY SUBMITTED** this 28th day of August 2025.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **IN RE** | **CHAPTER 11** |
| **BRAVO BRIO RESTAURANTS, LLC,** *et al.*, | **CASE NO.: 6:25-bk-05224-LVV** |
| **Debtors.** | **Jointly Administered**[2] |

_____

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on August 28, 2025 a true copy of the forgoing has been uploaded for filing with the Clerk of Court in the above-referenced bankruptcy case via the Court's CM/ECF system, which will furnish an electronic Notice of Filing to all parties in interest receiving CM/ECF electronic noticing, including the following, who are registered to receive electronic notices in this case: **UNITED STATES TRUSTEE – ORL**, 400 West Washington Street, Suite 1100, Orlando, FL 32801 (jill.kelso@usdoj.gov and USTP.Region21.OR.ECF@usdoj.gov).

    **I FURTHER CERTIFY** that on August 28, 2025, I caused a true and correct copy of the foregoing to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to:

| | |
|---|---|
| The parties listed on the attached Local Rule 1007-2 mailing matrix. | DEBTORS<br>Attn: Mr. Thomas Avallone, Pres/Mgr.<br>4700 Millenia Blvd, Ste 400<br>Orlando, FL 32839 |
| GPEE LENDER, LLC<br>c/o Michael Neukamm, Reg. Agent<br>301 E. Pine Street, Ste 1400<br>Orlando, FL 32802 | |

                    /s/ R. Scott Shuker
                    R. Scott Shuker, Esq.

---

[2] Jointly administered cases:  Bravo Brio Restaurants, LLC, Case No: 6:25-bk-05224-LVV; Bravo (Louisville), LLC, Case No: 6:25-bk-05225-LVV; Brio (Cherry Hill), LLC, Case No: 6:25-bk-05226-LVV; Brio (Irvine), LLC, Case No: 6:25-bk-05227-LVV; Brio (Texas), LLC, Case No: 6:25-bk-05228-LVV.

Label Matrix for local noticing
113A-6
Case 6:25-bk-05224-LVV
Middle District of Florida
Orlando
Thu Aug 28 11:49:16 EDT 2025

Bravo Brio Restaurants, LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839-6020

ARMADA HOFFLER BLOCK & ASSOC
DIVARIS PROP MGMT
4525 MAIN ST., STE 900
VIRGINIA BEACH, VA 23462-3431

(p)C H ROBINSON WORLDWIDE INC
ATTN BANKRUPTCY TEAM BILL GLAD
14701 CHARLSON ROAD
SUITE 2400
EDEN PRAIRIE MN 55347-5076

C.H. Robinson Company, Inc.
c/o Mark A. Amendola, Esq.
Martyn and Associates Co.
820 W. Superior Ave., 10th Floor
Cleveland, OH 44113-1827

CGP-CPP PLAZA FRONTENAC LLC
P.O. BOX 86
MINNEAPOLIS, MN 55486-3110

CHRISTIANA MALL LLC
SDS-12-3026
P.O. BOX 86
MINNEAPOLIS, MN 55486-3026

Christiana Mall, LLC
c/o Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nati
Three Embarcadero Center, 12 Floor
San Francisco, CA 94111-4003

Christiana Mall, LLC
c/o Joaquin J. Alemany, Esq.
701 Brickell Avenue, Ste. 3300
Miami, Florida 33131-2847

DATADELIVERS, LLC
100 W HILLCREST BLVD
SUITE 406
SCHAUMBURG, IL 60195-3108

EASTON TOWN CENTER II  LLC
L-3769
COLUMBUS, OH 43260-3769

EDWARD DON & CO. HOLDINGS, LLC
2562 PAYSPHERE CIRCLE
Chicago, IL 60674-0001

Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801-3453

FASHION PLACE ANCHOR
ACQUISITION LLC
P.O. BOX 86
MINNEAPOLIS, MN 55486-2780

Fashion Place Anchor Acquisition, LLC
c/o Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nati
Three Embarcadero Center, 12 Floor
San Francisco, CA 94111-4003

Fashion Place Anchor Acquisition, LLC
c/o Joaquin J. Alemany, Esq.
701 Brickell Avenue, Ste. 3300
Miami, Florida 33131-2847

GPEE LENDER, LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839-6020

GPEE Lender, LLC
c/o Kenneth D. Herron. Jr.
Herron Hill Law Group, PLLC
PO Box 2127
Orlando, FL 32802-2127

GREENE TOWN CENTER LLC
ATTN: OLSHAN PROPERTIES
600 MADISON AVE., 14TH FLOOR
New York, NY 10022-1657

John K Turner
C/O LINEBARGER GOGGAN BLAIR & SAMPSON, L
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

Kite Realty Group
c/o Kelley Drye & Warren LLP, Attn: Robe
3 World Trade Center, 175 Greenwich Stre
New York, New York 10007-0042

LIBERTY CENTER LLC.
7600 GIBSON RD
L-3745
COLUMBUS, OH 43260-3745

Lennox Town Center Limited
c/o Ryan E. Davis, Esq.
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, Florida 32789-7421

PFP COLUMBUS II LLC
POLARIS FASHION PLACE
L-3581
COLUMBUS, OH 43260-0001

Plaza Frontenac Acquisition, LLC
c/o Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nati
Three Embarcadero Center, 12 Floor
San Francisco, CA 94111-4003

Plaza Frontenac Acquisition, LLC
c/o Joaquin J. Alemany, Esq.
701 Brickell Avenue, Ste. 3300
Miami, Florida 33131-2847

RM MEMBER LLC.
P.O. BOX 72439
CLEVELAND, OH 44192-0002

RPT REALTY, L.P.
c/o Ruel W. Smith, Esq.
Hinshaw & Culbertson LLP
100 Ashley Drive South, Suite 1310
Tampa, FL 33602-5322

RREEF CONTINENTAL
MASTER TRUST
P.O. BOX 209266
AUSTIN, TX 78720-9266

Rancho Mall, LLC
c/o Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nati
Three Embarcadero Center, 12 Floor
San Francisco, CA 94111-4003

Rancho Mall, LLC
c/o Joaquin J. Alemany, Esq.
701 Brickell Avenue, Ste. 3300
Miami, Florida 33131-2847

SYSCO CORPORATION
24500 Northwest Freeway
Crypress, TX 77429-2199

TAMPA WESTSHORE ASSOCIATES
DEPT 177001
P.O. BOX 67000
DETROIT, MI 48267-1770

TB MALL AT UTC LLC.
P.O. BOX 674647
DETROIT, MI 48267-4647

TGM CCV PROPERTY LLC
P.O. BOX 843386
DALLAS, TX 75284-3386

TGM CCV Property, LLC
c/o Wilson Friery PLLC
708 Main Street, 10th Floor
Houston, Texas 77002-3246

THE TAUBMAN REALTY GROUP
CITY CREEK CENTER ASSOC LLC
P.O.BOX 674566
DETROIT, MI 48267-4566

USA HVAC, INC
6448 PARKLAND DR
SARASOTA, FL 34243-4038

VORH Associates, LLC
c/o Clark Hill PLC
Audrey L. Hornisher
901 Main Street, Suite 1600
Dallas, TX 75202-3707

WESTCOR SANTAN VILLAGE LLC
DEPT LA 25429
PASADENA, CA 91185-5429

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Kenneth D Herron Jr+
Herron Hill Law Group, PLLC
P. O. Box 2127
Orlando, FL 32802-2127

Jill E Kelso +
Office of the United States Trustee
400 W. Washington Street
Suite 1100
Orlando, FL 32801-2440

Edward M Fitzgerald +
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Mark A Amendola +
Martyn and Associates
820 Superior Avenue, Northwest
Tenth Floor
Cleveland, OH 44113-1827

Stephanie C Lieb +
Trenam Law
101 East Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Ruel W. Smith +
Hinshaw & Culbertson LLP
100 South Ashley Drive
Suite 1310
Tampa, FL 33602-5322

Lauren L Stricker +
Shuker & Dorris, P.A.
121 S. Orange Ave
Suite 1120
Orlando, FL 32801-3238

Joaquin J Alemany +
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131-2898

Daniel R Schimizzi +
Whiteford Taylor & Preston LLP
200 First Avenue, Third Floor
Pittsburgh, PA 15222-1512

Thomas J Francella Jr.+
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801-1166

John Kendrick Turner +
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Audrey Lorene Hornisher +
Clark Hill PLC
901 Main Street
Suite 6000
Dallas, TX 75202-3748

Connie Choe +
Kelley Drye and Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007-2438

Broocks Wilson +
Wilson Friery PLLC
708 Main Street
Ste 10th Floor
Houston, TX 77002-3246

Note: Entries with a '+' at the end of the
name have an email address on file in CMECF

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| C.H. ROBINSON COMPANY, INC. | End of Label Matrix | |
| 14701 CHARLSTON RD | Mailable recipients | 57 |
| SUITE 1400 | Bypassed recipients | 0 |
| EDEN PRAIRIE, MN 55347 | Total | 57 |