ORDERED.

Dated: September 08, 2025

_____
Lori V. Vaughan
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE | CHAPTER 11 |
| BRAVO BRIO RESTAURANTS, LLC, *et al.*, | CASE NO.: 6:25-bk-05224-LVV |
| Debtors. | Jointly Administered[1] |

**ORDER GRANTING DEBTORS' MOTION FOR AN EXTENSION**
**OF TIME TO FILE SCHEDULES OF ASSETS AND LIABILITIES,**
**SCHEDULES OF EXECUTORY CONTRACTS AND**
**UNEXPIRED LEASES, AND STATEMENT OF FINANCIAL AFFAIRS**

**THIS CASE** came on for consideration on the motion of **BRAVO BRIO RESTAURANTS, LLC; BRAVO (LOUISVILLE), LLC**, **BRIO (CHERRY HILL), LLC; BRIO (IRVINE), LLC**; and **BRIO (TEXAS), LLC** (collectively, the "Debtors"), for an

---

[1] Jointly administered cases: Bravo Brio Restaurants, LLC, Case No: 6:25-bk-05224-LVV; Bravo (Louisville), LLC, Case No: 6:25-bk-05225-LVV; Brio (Cherry Hill), LLC, Case No: 6:25-bk-05226-LVV; Brio (Irvine), LLC, Case No: 6:25-bk-05227-LVV; Brio (Texas), LLC, Case No: 6:25-bk-05228-LVV.

extension of time to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs ("Motion") filed on August 28, 2025 (Doc. No. 65).  Upon consideration of the Motion, it is

**ORDERED**

1.     The Motion is **GRANTED**.

2.     The deadline for the Debtors to file their Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs is extended to and including Monday, September 8, 2025.

###

Attorney R. Scott Shuker, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.