**Fill in this information to identify the case:**

Debtor name **Bravo Brio Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:25-bk-05224-LLV**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

**12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 12, 2025**

*X* **/s/ Thomas Avallone**
Signature of individual signing on behalf of debtor

**Thomas Avallone**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Bravo Brio Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:25-bk-05224-LLV**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B*. | $ **0.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B*. | $ **22,839,389.33** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B*. | $ **22,839,389.33** |

**Part 2: Summary of Liabilities**

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*. | $ **26,793,600.37** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| **3a. Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F*. | $ **147,491.20** |
| **3b. Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*. | +$ **13,023,372.85** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ **39,964,464.42** |

**Fill in this information to identify the case:**

Debtor name **Bravo Brio Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:25-bk-05224-LLV**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **PNC Bank (Operating)<br>249 Fifth Avenue<br>Pittsburgh, PA 15222** | **Checking Account** | **2949** | **$0.00** |
| 3.2. | **PNC Bank (Payroll)<br>249 Fifth Avenue<br>Pittsburgh, PA 15222** | **Checking Account** | **2893** | **$0.00** |
| 3.3. | **Huntington National Bank<br>5555 Cleveland Ave<br>Columbus OH, 43231<br>(Depository/Cash Vault)** | **Depository Account** | **1645** | **$4,011.18** |
| 3.4. | **City National Bank of Florida<br>420 Montgomery Street<br>San Francisco, CA 94104<br>(Operating)** | **Checking Account** | **8763** | **$455,895.86** |
| 3.5. | **PNC Bank<br>249 Fifth Avenue<br>Pittsburgh, PA 15222<br>(Credit Card Acct - Never used and being closed)** | **Depository Account** | **2922** | **$0.00** |

Debtor **Bravo Brio Restaurants, LLC** Case number *(If known)* **6:25-bk-05224-LLV**
Name

| | | | | |
|---|---|---|---|---|
| 3.6. | **PNC Bank 249 Fifth Avenue Pittsburgh, PA 15222 (Liquor Checks Acct - Never used and being closed)** | **Checking Account** | **2914** | **$0.00** |
| 3.7. | **PNC Bank 249 Fifth Avenue Pittsburgh, PA 15222 (AP Disbusement Acct - Never used and being closed)** | **Checking Account** | **2906** | **$0.00** |
| 3.8. | **City National Bank of Florida 420 Montgomery Street San Francisco, CA 94104 (Credit card / ZBA Acct)** | **Depository Account** | **0806** | **$0.00** |
| 3.9. | **City National Bank of Florida 420 Montgomery Street San Francisco, CA 94104 (Liquor Checks Acct)** | **Checking Account** | **0824** | **$0.00** |
| 3.10. | **City National Bank of Florida 420 Montgomery Street San Francisco, CA 94104 (AP Disbursement / ZBA Acct)** | **Checking Account** | **0860** | **$0.00** |
| 3.11. | **City National Bank of Florida 420 Montgomery Street San Francisco, CA 94104 (Depository CashVault Acct)** | **Depository Account** | **7961** | **$0.00** |
| 3.12. | **Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622-5118 (Operating Acct - to be closed)** | **Checking Account** | **6506** | **$954.89** |
| 3.13. | **Bank of America, N.A. P.O. Box 25118 Tampa, FL 33622-5118 (ZBA Disbursement Acct - to be closed)** | **Checking Account** | **6105** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.** **$460,861.93**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2: Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**Utility Deposits:**
**AMEREN MISSOURI $15,798.00**
**CENTERPOINT ENERGY $5,612.47**
**COLUMBIA GAS $110.97**
**COLUMBIA GAS OF OHIO $2,153.00**
**COLUMBUS CITY TREASURER $1,000.00**
**CONSUMER ENERGY $7,595.00**
**CUCAMONGA VALLEY WTR DISTRICT $2,515.00**
**DUKE ENERGY $7,686.49**
**ENBRIDGE GAS $10,344.00**
**FPL $77,952.00**
**KUB $30,100.00**
**MURRY CITY CORP $18,000.00**
**PSE&G COMPANY $17,640.00**
**SOCAL GAS $7,960.00**
**SOUTHWEST GAS $24,065.00**
**SPIRE $7,040.00**
**TECO $23,786.18**
**WEST PENN POWER $9,984.83**
7.1. **WESTVIEW WATER AUTHORITY $80.00** — **$269,422.94**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.** — **$269,422.94**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **3,286,929.97** | - | **0.00** | = .... | **$3,286,929.97** |

12. **Total of Part 3.** — **$3,286,929.97**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor **Bravo Brio Restaurants, LLC** Case number *(If known)* **6:25-bk-05224-LLV**
Name

19. **Raw materials**

| | | | | |
|---|---|---|---|---|
| **Raw food materials and beverages including but not limited to: meats, vegetables, pastas, liquor, wine, beer, and various other consumables.** | **6/29/2025** | **$1,767,050.00** | **Recent cost** | **$1,767,050.00** |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.** **$1,767,050.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value **0.00** Valuation method ______ Current Value **0.00**

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor **Bravo Brio Restaurants, LLC** Case number *(If known)* **6:25-bk-05224-LLV**
Name

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Various equipment, furnishings, appliances, and leasehold improvements.** | **$17,055,122.49** | **N/A** | **$17,055,122.49** |

51. **Total of Part 8.** **$17,055,122.49**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. **4700 Millenia Blvd., Suite 400, Orlando, FL 32839 [corporate office but not leased by Debtor].** | **Tenant** | **Unknown** | | **Unknown** |
| 55.2. **See attached Schedule A/B Exhibit A Leased commercial real property (restaurant locations) [Leases rejected post-petition have been omitted].** | **Tenant** | **Unknown** | **N/A** | **Unknown** |

56. **Total of Part 9.** **$0.00**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No

Debtor **Bravo Brio Restaurants, LLC** Case number *(If known)* **6:25-bk-05224-LLV**
Name

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| | **Various business licenses.** | **Unknown** | **Replacement** | **$1.00** |
| | **Liquor license(s)** | **Unknown** | **Liquidation** | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | **Customer list to include personal information including but not limited to: names, addresses, phone numbers, and email addresses.** | **Unknown** | **N/A** | **$1.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** **$2.00**

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Debtor **Bravo Brio Restaurants, LLC** Case number *(If known)* **6:25-bk-05224-LLV**
Name

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
**BRAVO BRIO RESTAURANTS, LLC vs. RTC Restaurant Corp. and Post Polak, P.A.** — **Unknown**
**Nature of claim** — **Pending litigation re: sale of liquor license**
**Amount requested** — **$600,000.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
**Brio (Cherry Hill), LLC**
**Brio (Irvine), LLC**
**Brio (Texas), LLC**
**Bravo (Louisville), LLC**
**Brio Restaurants, LLC**
**Brio (Cherokee), LLC** — **Unknown**

78. **Total of Part 11.** — **$0.00**
Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number *(If known)* **6:25-bk-05224-LLV**
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$460,861.93** | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | **$269,422.94** | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **$3,286,929.97** | |
| 83. | **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | **$1,767,050.00** | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$17,055,122.49** | |
| 88. | **Real property.** *Copy line 56, Part 9*..........> | | **$0.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$2.00** | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. | **Total.** Add lines 80 through 90 for each column | **$22,839,389.33** | + 91b. **$0.00** |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$22,839,389.33** |

**Schedule A/B – Exhibit A**

**BRAVO BRIO RESTAURANTS, LLC**
Case No. 6:25-bk-05224-LVV
Schedule A/B
Part 9, Question 54: Does the debtor own or lease any real property?

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE AND EXTENT OF DEBTOR'S INTEREST IN PROPERTY | NET BOOK VALUE OF DEBTOR'S INTEREST | VALUATION METHOD USED FOR CURRENT VALUE | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|---|
| Bravo! Huntsville<br>401 The Bridge St NW<br>Huntsville, AL 35806 | Tenant | Unknown | N/A | Unknown |
| Bravo! Jordan Creek<br>120 South Jordan Creek Parkway<br>West Des Moines, IA 50266 | Tenant | Unknown | N/A | Unknown |
| Bravo! Louisville<br>206 Bullitt Lane<br>Louisville, KY 40222 | Tenant | Unknown | N/A | Unknown |
| Bravo! Eastwood Towne Center<br>2970 Town Centre Blvd<br>Lansing, MI 48912 | Tenant | Unknown | N/A | Unknown |
| Bravo! Livonia<br>17700 Haggerty Rd<br>Livonia, MI 48152 | Tenant | Unknown | N/A | Unknown |
| Bravo! Rochester Hills<br>286 N Adams Rd<br>Rochester Hills, MI 48309 | Tenant | Unknown | N/A | Unknown |

**Schedule A/B – Exhibit A**

**BRAVO BRIO RESTAURANTS, LLC**
Case No. 6:25-bk-05224-LVV
Schedule A/B
Part 9, Question 54: Does the debtor own or lease any real property?

| | | | | |
|---|---|---|---|---|
| Bravo! Zona Rosa<br>7301 NW 87th St<br>Kansas City, MO 64153 | Tenant | Unknown | N/A | Unknown |
| Bravo! Friendly Center<br>3324 W. Friendly Ave<br>Greensboro, NC 27410 | Tenant | Unknown | N/A | Unknown |
| Bravo! Uptown<br>2220 Louisiana Blvd NE<br>Albuquerque, NM 87110 | Tenant | Unknown | N/A | Unknown |
| Bravo! Bethel Rd<br>3000 Hayden Rd<br>Columbus, OH 43235 | Tenant | Unknown | N/A | Unknown |
| Bravo! Dayton<br>2770 Miamisburg Centerville Rd<br>Centerville, OH 45459 | Tenant | Unknown | N/A | Unknown |
| Bravo! Lennox<br>1803 Olentangy River Rd<br>Columbus, OH 43212 | Tenant | Unknown | N/A | Unknown |
| Bravo! Deerfield<br>5045 Deerfield Blvd<br>Mason, OH 45040 | Tenant | Unknown | N/A | Unknown |
| Bravo! West Chester<br>9436 Waterfront Dr<br>West Chester, OH 45069 | Tenant | Unknown | N/A | Unknown |

**Schedule A/B – Exhibit A**

**BRAVO BRIO RESTAURANTS, LLC**
Case No. 6:25-bk-05224-LVV
Schedule A/B
Part 9, Question 54: Does the debtor own or lease any real property?

| | | | | |
|---|---|---|---|---|
| Bravo! Cranberry<br>20001 Route #19<br>Cranberry Township, PA 16066 | Tenant | Unknown | N/A | Unknown |
| Bravo! Galleria<br>1500 Washington Rd<br>Pittsburgh, PA 15228 | Tenant | Unknown | N/A | Unknown |
| Bravo! McKnight<br>4976 McKnight Rd<br>Pittsburgh, PA 15237 | Tenant | Unknown | N/A | Unknown |
| Bravo! North Fayette<br>211 Summit Park Dr<br>Pittsburgh, PA 15275 | Tenant | Unknown | N/A | Unknown |
| Bravo! Waterfront<br>250 W Bridge Street<br>West Homestead, PA 15120 | Tenant | Unknown | N/A | Unknown |
| Bravo! Knoxville<br>106 Major Reynolds Pl<br>Knoxville, TN 37919 | Tenant | Unknown | N/A | Unknown |
| Bravo! Fredericksburg<br>1 Towne Centre Blvd, #3500<br>Fredericksburg, VA 22407 | Tenant | Unknown | N/A | Unknown |

**Schedule A/B – Exhibit A**

**BRAVO BRIO RESTAURANTS, LLC**
Case No. 6:25-bk-05224-LVV
Schedule A/B
Part 9, Question 54: Does the debtor own or lease any real property?

| | | | | |
|---|---|---|---|---|
| Bravo! Virginia Beach<br>193 Central Park Ave<br>Virginia Beach, VA 23462 | Tenant | Unknown | N/A | Unknown |
| Bravo! Brookfield<br>95 N Moorland Rd<br>Brookfield, WI 53005 | Tenant | Unknown | N/A | Unknown |
| Brio San Tan<br>2150 E Williams Field Rd, #118<br>Gilbert, AZ 85295 | Tenant | Unknown | N/A | Unknown |
| Spectrum<br>774 Spectrum Center Dr.<br>Irvine, CA 92618 | Tenant | Unknown | N/A | Unknown |
| Brio Victoria Gardens<br>12370 S Mainstreet<br>Rancho Cucamonga, CA 91739 | Tenant | Unknown | N/A | Unknown |
| Westfarms Mall<br>325 W. Farms Mall<br>Farmington, CT 06032 | Tenant | Unknown | N/A | Unknown |
| Waterside<br>5505 Tamiami Trail N<br>Naples, FL 34108 | Tenant | Unknown | N/A | Unknown |

**Schedule A/B – Exhibit A**

**BRAVO BRIO RESTAURANTS, LLC**
Case No. 6:25-bk-05224-LVV
Schedule A/B
Part 9, Question 54: Does the debtor own or lease any real property?

| | | | | |
|---|---|---|---|---|
| Millenia<br>4200 Conroy Rd<br>Orlando, FL 32839 | Tenant | Unknown | N/A | Unknown |
| The Gardens Mall<br>3101 PGA Blvd<br>Palm Beach Gardens, FL 33410 | Tenant | Unknown | N/A | Unknown |
| Pembroke Pines<br>14576 SW 5th St<br>Pembroke Pines, FL 33027 | Tenant | Unknown | N/A | Unknown |
| Plantation<br>499 South University Drive<br>Plantation, FL 33324 | Tenant | Unknown | N/A | Unknown |
| University Town Center<br>190 University Town Center Dr<br>Sarasota, FL 34243 | Tenant | Unknown | N/A | Unknown |
| International Plaza<br>2223 N Westshore Blvd<br>Tampa, FL 33607 | Tenant | Unknown | N/A | Unknown |
| Newport<br>1 Levee Way, Suite 1140<br>Newport, KY 41071 | Tenant | Unknown | N/A | Unknown |
| Frontenac<br>1601 South Lindbergh Blvd<br>St. Louis, MO 63131 | Tenant | Unknown | N/A | Unknown |

**Schedule A/B – Exhibit A**

**BRAVO BRIO RESTAURANTS, LLC**
Case No. 6:25-bk-05224-LVV
Schedule A/B
Part 9, Question 54: Does the debtor own or lease any real property?

| Cherry Hill<br>901 Haddonfield Rd.<br>Cherry Hill, NJ 08002 | Tenant | Unknown | N/A | Unknown |
|---|---|---|---|---|
| Freehold<br>3710 US 9, Suite J 202<br>Freehold, NJ 07728 | Tenant | Unknown | N/A | Unknown |
| Marlton<br>500 Route 73 South<br>Marlton, NJ 08053 | Tenant | Unknown | N/A | Unknown |
| Town Square<br>6653 Las Vegas Blvd South<br>Las Vegas, NV 89119 | Tenant | Unknown | N/A | Unknown |
| Easton Town Center<br>3993 Easton Station<br>Columbus, OH 43219 | Tenant | Unknown | N/A | Unknown |
| Polaris<br>1500 Polaris Pkwy<br>Columbus, OH 43240 | Tenant | Unknown | N/A | Unknown |
| Liberty Township<br>7600 Gibson St<br>Liberty Township, OH 45069 | Tenant | Unknown | N/A | Unknown |
| Allen<br>810 Central Expressway<br>Allen, TX 75013 | Tenant | Unknown | N/A | Unknown |
| Southlake | Tenant | Unknown | N/A | Unknown |

**<u>Schedule A/B – Exhibit A</u>**

**BRAVO BRIO RESTAURANTS, LLC**
Case No. 6:25-bk-05224-LVV
Schedule A/B
Part 9, Question 54: Does the debtor own or lease any real property?

| | | | | |
|---|---|---|---|---|
| 1431 Plaza Place<br>Southlake, TX 76092 | | | | |
| Fashion Place<br>6173 South State St<br>Murray, UT 84107 | Tenant | Unknown | N/A | Unknown |
| City Creek<br>80 S Regent St<br>Salt Lake, UT 84111 | Tenant | Unknown | N/A | Unknown |

***BRAVO BRIO** RESTAURANTS, LLC - Lead Case No. 6:25-bk-05224-LVV*
***INVENTORY BALANCE BY LOCATION***
***AS OF 6.29.25***

| Sum of ACT Period 6 | Account 12020 | Description 12030 | 12040 | 12050 | 12060 | 12070 | 12090 | 12100 | 12110 | 12130 | 12140 | 12150 | 12160 | 12170 | 12180 | 12200 | 12210 | 12240 | 12410 | Grand Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cost Center | INVENTORY - FOOD - BAKERY | INVENTORY - FOOD - DAIRY | INVENTORY - FOOD - CHEESE | INVENTORY - FOOD - GROCERY | INVENTORY - FOOD - SEAFOOD | INVENTORY - FOOD - MEAT - BEEF | INVENTORY - FOOD - MEAT - POULTRY | INVENTORY - FOOD - PRODUCE | INVENTORY - FOOD - DESSERT | INVENTORY - FOOD - SAUCE | INVENTORY - FOOD - SOUP | INVENTORY - FOOD - PASTA | INVENTORY - FOOD - OLIVE OIL | INVENTORY - BEVERAGE | INVENTORY - BEVERAGE - LIQUOR | INVENTORY - BEVERAGE - WINE | INVENTORY - BEVERAGE - BEER BOTTLE | INVENTORY - CONSUMABLES | INVENTORY IN TRANSIT | |
| 009962-Bravo Brio General#9962 | | | | | | | | | | | | | | | | | | | 9,785 | 9,785 |
| 100999-Admin/Corporate | | | -13,225 | | | | | | | | | | | | | | | | 4,411 | -8,814 |
| 101002-Bethel Road | 427 | 531 | 1,247 | 3,039 | 503 | 3,324 | 1,194 | 1,109 | 1,318 | 1,107 | 758 | 774 | 1,370 | 2,397 | 3,630 | 6,651 | 817 | 905 | | 31,101 |
| 101004-Dayton | 440 | 518 | 1,040 | 2,530 | 1,744 | 2,179 | 770 | 700 | 651 | 945 | 294 | 404 | 959 | 1,347 | 3,447 | 5,537 | 699 | 2,276 | 261 | 26,741 |
| 101007-McKnight | 378 | 412 | 1,315 | 2,526 | 1,358 | 1,710 | 836 | 1,611 | 1,771 | 1,310 | 370 | 426 | 1,445 | 1,340 | 3,673 | 5,383 | 491 | 503 | | 26,856 |
| 101012-North Fayette | 1,303 | 722 | 1,573 | 4,960 | 1,318 | 2,919 | 1,073 | 2,091 | 1,925 | 1,317 | 792 | 926 | 1,627 | 3,200 | 3,839 | 5,143 | 637 | 1,476 | | 36,841 |
| 101013-Cranberry | 1,308 | 1,124 | 1,519 | 5,054 | 1,943 | 5,695 | 3,024 | 2,083 | 2,522 | 1,948 | 1,238 | 1,281 | 836 | 3,247 | 4,128 | 3,434 | 872 | 556 | | 41,813 |
| 101016-Waterfront | 615 | 759 | 1,447 | 3,304 | 1,702 | 2,766 | 2,026 | 1,569 | 1,503 | 1,821 | 1,210 | 970 | 893 | 2,222 | 4,421 | 4,485 | 451 | 877 | | 33,042 |
| 101021-Lansing | 2,958 | 600 | 1,093 | 2,406 | 1,526 | 1,600 | 1,187 | 1,025 | 1,214 | 1,199 | 418 | 792 | 1,020 | 2,292 | 4,461 | 7,350 | 819 | 1,395 | | 33,355 |
| 101023-Rochester Hills | 593 | 750 | 1,023 | 3,058 | 2,522 | 4,553 | 936 | 1,419 | 1,159 | 1,167 | 684 | 1,080 | 630 | 2,043 | 3,905 | 5,528 | 750 | 1,653 | | 33,452 |
| 101027-Leawood | | | | - | - | | | - | | | - | | - | | | - | | - | | - |
| 101028-Louisville | 954 | 1,316 | 2,076 | 2,749 | 1,335 | 4,028 | 898 | 1,338 | 2,092 | 1,111 | 468 | 868 | 576 | 1,882 | 5,451 | 3,290 | 962 | 1,636 | 261 | 33,292 |
| 101031-West Chester | 704 | 750 | 1,270 | 2,521 | 928 | 2,066 | 616 | 1,245 | 1,113 | 1,033 | 403 | 681 | 1,327 | 1,390 | 3,529 | 5,654 | 710 | 1,147 | | 27,086 |
| 101034-Galleria | 647 | 726 | 1,288 | 3,098 | 775 | 1,624 | 990 | 1,365 | 1,630 | 755 | 366 | 539 | 719 | 1,701 | 1,709 | 3,703 | 382 | 539 | | 22,554 |
| 101036-Knoxville | 910 | 682 | 1,053 | 3,150 | 1,493 | 2,458 | 1,154 | 1,345 | 2,379 | 1,574 | 326 | 993 | 198 | 1,576 | 6,832 | 3,593 | 691 | 1,060 | | 31,467 |
| 101038-Zona Rosa | 608 | 636 | 1,780 | 2,785 | 1,595 | 3,024 | 816 | 1,096 | 1,417 | 1,107 | 365 | 851 | 1,156 | 1,277 | 6,894 | 5,172 | 898 | 818 | | 32,295 |
| 101039-Virginia Beach | 1,087 | 1,037 | 1,310 | 3,401 | 2,542 | 4,500 | 1,249 | 1,392 | 1,545 | 1,513 | 384 | 906 | 735 | 2,485 | 2,975 | 2,843 | 1,249 | 1,036 | | 32,188 |
| 101040-Jordan Creek | 250 | 303 | 646 | 1,894 | 595 | 1,302 | 538 | 798 | 4,442 | 799 | 297 | 390 | 170 | 1,807 | 2,749 | 3,973 | 968 | 876 | | 22,797 |
| 101042-Livonia | 648 | 545 | 1,354 | 3,006 | 1,833 | 2,316 | 587 | 1,684 | 1,758 | 1,346 | 780 | 1,360 | 773 | 2,254 | 5,038 | 4,690 | 733 | 1,231 | | 31,936 |
| 101045-Brookfield | 1,127 | 715 | 1,414 | 3,473 | 1,161 | 2,540 | 1,172 | 1,251 | 2,001 | 1,319 | 437 | 675 | 1,564 | 2,032 | 4,103 | 4,685 | 723 | 1,540 | | 31,933 |
| 101052-Belden Village | 533 | 534 | 1,154 | 3,060 | 948 | 1,623 | 579 | 985 | 1,610 | 742 | 306 | 845 | 1,257 | 1,371 | 2,106 | 5,223 | 478 | 1,028 | | 24,381 |
| 101057-Friendly Center | 562 | 569 | 825 | 3,066 | 1,089 | 1,140 | 288 | 889 | 1,027 | 851 | 216 | 376 | 976 | 2,101 | 3,251 | 2,453 | 267 | 528 | | 20,474 |
| 101060-Uptown | 1,171 | 625 | 963 | 3,281 | 4,577 | 3,958 | 1,168 | 1,111 | 1,766 | 1,347 | 624 | 1,250 | 2,553 | 3,341 | 5,097 | 3,127 | 658 | 1,243 | | 37,861 |
| 101077-Deerfield | 670 | 690 | 1,487 | 3,323 | 956 | 2,303 | 652 | 1,651 | 1,297 | 1,156 | 527 | 520 | 1,315 | 2,216 | 1,290 | 3,344 | 390 | 623 | | 24,410 |
| 101085-Spotslyvania | 865 | 912 | 1,783 | 3,500 | 1,778 | 4,719 | 1,064 | 1,100 | 1,493 | 1,114 | 533 | 1,016 | 1,149 | 555 | 2,897 | 3,381 | 2,100 | 990 | | 30,951 |
| 101088-Mercato | 623 | 469 | 880 | 1,783 | 1,241 | 1,308 | 902 | 1,436 | 626 | 743 | 267 | 547 | 1,088 | 1,418 | 6,362 | 4,383 | 1,043 | 1,031 | | 26,148 |
| 101100-Lennox | 759 | 748 | 1,240 | 3,239 | 1,565 | 2,189 | 1,461 | 1,548 | 1,856 | 1,210 | 383 | 1,138 | 1,022 | 2,215 | 4,885 | 3,672 | 583 | 1,398 | | 31,111 |
| 101136-Huntsville | 2,080 | 913 | 1,828 | 4,291 | 1,119 | 2,121 | 1,061 | 1,744 | 2,982 | 1,207 | 376 | 690 | 138 | 2,230 | 2,861 | 3,212 | 561 | 900 | | 30,315 |
| 202011-Easton Town Center | 641 | 800 | 1,293 | 3,142 | 1,940 | 4,043 | 1,563 | 2,081 | 1,293 | 1,136 | 760 | 590 | 1,013 | 1,220 | 5,594 | 5,326 | 678 | 1,346 | | 34,457 |
| 202020-Newport | 929 | 496 | 994 | 3,418 | 2,800 | 6,695 | 1,130 | 1,288 | 2,545 | 1,716 | 381 | 943 | 1,041 | 1,913 | 4,185 | 5,834 | 904 | 1,890 | | 39,102 |
| 202022-Millenia | 1,752 | 1,129 | 1,500 | 4,759 | 1,372 | 8,866 | 889 | 3,364 | 2,315 | 1,142 | 660 | 883 | 931 | 2,845 | 6,363 | 9,662 | 2,621 | 1,763 | 73 | 52,886 |
| 202029-Legacy | 712 | 660 | 692 | 2,651 | 1,067 | 3,335 | 543 | 931 | 1,548 | 736 | 610 | 796 | 682 | 1,368 | 2,521 | 6,289 | 516 | 934 | | 26,592 |
| 202030-Palm Beach Gardens | 718 | 406 | 651 | 2,641 | 817 | 3,007 | 819 | 1,034 | 2,624 | 936 | 318 | 421 | 1,347 | 1,492 | 4,615 | 4,600 | 747 | 943 | | 28,137 |
| 202032-Frontenac | 1,622 | 923 | 2,698 | 4,828 | 2,383 | 6,858 | 1,796 | 1,816 | 2,682 | 1,615 | 1,284 | 955 | 1,331 | 3,988 | 5,579 | 9,614 | 1,266 | 2,776 | | 54,015 |
| 202053-Waterside | 1,918 | 1,005 | 1,526 | 4,449 | 2,452 | 3,888 | 1,471 | 1,698 | 2,216 | 1,546 | 756 | 1,217 | 1,896 | 2,308 | 6,324 | 5,704 | 1,426 | 1,765 | | 43,566 |
| 202054-Southlake | 754 | 657 | 807 | 3,261 | 1,049 | 2,918 | 659 | 1,282 | 1,549 | 1,323 | 902 | 750 | 438 | 1,563 | 2,791 | 7,534 | 525 | 1,204 | | 29,967 |
| 202056-The Greene | 994 | 588 | 704 | 3,018 | 1,526 | 2,887 | 610 | 783 | 967 | 907 | 464 | 421 | 922 | 1,689 | 2,704 | 5,033 | 516 | 883 | | 25,617 |
| 202062-Cherry Hill | 1,529 | 1,111 | 1,262 | 3,336 | 3,043 | 4,345 | 1,082 | 1,594 | 2,135 | 1,090 | 825 | 990 | 819 | 3,151 | 9,440 | 9,825 | 1,754 | 3,092 | | 50,422 |
| 202064-Pembroke Pines | 1,006 | 615 | 1,065 | 1,949 | 1,339 | 2,789 | 969 | 1,570 | 938 | 687 | 490 | 655 | 216 | 1,096 | 4,346 | 5,971 | 1,098 | 889 | | 27,686 |
| 202065-Watters Creek, TX | 640 | 740 | 904 | 3,338 | 1,835 | 3,261 | 679 | 1,478 | 818 | 950 | 703 | 945 | 1,283 | 1,827 | 2,672 | 4,329 | 481 | 845 | | 27,730 |
| 202067-Las Vegas | 1,086 | 1,042 | 1,397 | 2,841 | 2,313 | 4,691 | 1,473 | 1,536 | 1,593 | 1,189 | 802 | 1,005 | 645 | 2,900 | 15,586 | 11,613 | 1,421 | 1,749 | | 54,881 |
| 202070-Polaris | 828 | 836 | 1,282 | 2,948 | 1,563 | 5,067 | 729 | 1,544 | 1,401 | 1,691 | 660 | 844 | 963 | 1,413 | 7,113 | 6,197 | 714 | 1,360 | | 37,154 |
| 202072-San Tan | 839 | 683 | 599 | 2,161 | 915 | 2,967 | 85 | 811 | 2,095 | 349 | 1,929 | 196 | 147 | 874 | 4,326 | 5,421 | 1,633 | 1,292 | | 27,323 |
| 202076-Crabtree | 1,332 | 1,854 | 1,333 | 5,074 | 7,641 | 6,569 | 2,742 | 2,510 | 2,058 | 2,415 | 471 | 1,419 | 453 | 1,492 | 7,067 | 6,798 | 763 | 959 | | 52,949 |
| 202080-Westfarms | 802 | 671 | 691 | 2,628 | 1,917 | 3,312 | 757 | 1,198 | 1,484 | 1,004 | 613 | 579 | 1,173 | 1,838 | 5,503 | 3,960 | 490 | 1,495 | | 30,114 |
| 202087-International Plaza | 995 | 453 | 1,169 | 2,941 | 1,218 | 3,433 | 955 | 2,219 | 1,204 | 974 | 737 | 811 | 1,237 | 1,901 | 7,223 | 7,845 | 759 | 1,818 | 363 | 38,256 |

| | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202089-City Centre | 1,563 | 883 | 1,098 | 3,481 | 1,078 | 2,601 | 427 | 1,200 | 2,795 | 931 | 796 | 795 | 397 | 1,206 | 3,368 | 6,975 | 712 | 1,033 | | 31,338 |
| 202092-Christiana | 563 | 656 | 662 | 3,221 | 872 | 3,474 | 413 | 1,014 | 853 | 757 | 327 | 401 | 1,324 | 1,647 | 5,361 | 3,907 | 781 | 1,164 | | 27,395 |
| 202101-Marlton | 1,715 | 818 | 1,575 | 2,981 | 2,181 | 5,332 | 829 | 1,705 | 1,627 | 876 | 619 | 933 | 1,458 | 1,754 | 5,136 | 2,619 | 1,128 | 1,259 | | 34,544 |
| 202102-Murray | 1,004 | 738 | 1,250 | 3,535 | 3,056 | 3,865 | 952 | 1,304 | 1,275 | 1,097 | 727 | 802 | 132 | 1,842 | 2,806 | 5,717 | 583 | 422 | | 31,108 |
| 202106-Freehold | 661 | 475 | 766 | 3,408 | 1,482 | 2,854 | 816 | 1,429 | 901 | 873 | 692 | 548 | 786 | 1,160 | 7,585 | 5,536 | 885 | 1,026 | | 31,881 |
| 202116-Spectrum | 810 | 731 | 1,476 | 3,888 | 2,515 | 2,868 | 1,071 | 918 | 875 | 880 | 607 | 422 | 214 | 1,606 | 8,584 | 6,889 | 458 | 1,353 | | 36,165 |
| 202122-City Creek | 1,199 | 756 | 1,597 | 3,682 | 3,067 | 6,985 | 2,659 | 1,994 | 3,219 | 1,438 | 1,839 | 592 | 503 | 1,763 | 4,043 | 5,987 | 498 | 928 | | 42,748 |
| 202123-University Town Center | 563 | 539 | 1,037 | 2,718 | 981 | 3,234 | 662 | 1,499 | 1,388 | 985 | 463 | 524 | 1,426 | 1,693 | 7,884 | 7,928 | 1,091 | 1,089 | | 35,704 |
| 202125-Liberty Center | 1,247 | 537 | 573 | 2,223 | 1,279 | 2,230 | 372 | 995 | 1,333 | 681 | 461 | 445 | 1,099 | 2,273 | 3,186 | 4,426 | 949 | 929 | | 25,238 |
| 202132-Plantation | 1,103 | 979 | 1,187 | 2,736 | 1,658 | 4,600 | 1,211 | 2,111 | 1,782 | 1,226 | 666 | 934 | 1,253 | 1,521 | 4,582 | 4,933 | 712 | 899 | | 34,093 |
| 999999-Corp (RE) | | | | | | | | | | | | | | | | | | | 612 | 612 |
| **Grand Total** | **51,747** | **39,363** | **51,172** | **169,750** | **93,508** | **184,938** | **54,605** | **76,489** | **90,609** | **60,886** | **33,384** | **41,114** | **50,626** | **101,280** | **256,019** | **286,380** | **45,042** | **64,371** | **15,766** | **1,767,050** |

**Schedule B - Exhibit 50**
**Inventory**

**Fill in this information to identify the case:**

Debtor name **Bravo Brio Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:25-bk-05224-LLV**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 **GPEE LENDER, LLC**<br>Creditor's Name<br>**4700 Millenia Blvd.<br>Suite 400<br>Orlando, FL 32839**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6/11/2020**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All money, deposit accounts, and personal property defined as Collateral on the loan documents.**<br><br>**Describe the lien**<br>**Secured Loans**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,793,600.37** | **Unknown** |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$26,793,600.37**

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| **Michael Neukamm, Reg Agent<br>301 E. Pine St., Ste 1400<br>Orlando, FL 32802** | Line **2.1** | |

**Fill in this information to identify the case:**

Debtor name **Bravo Brio Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:25-bk-05224-LLV**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Allegheny County Treasurer**<br>**Allegheny CourthouseRoom 108**<br>**436 Grant Street**<br>**Pittsburgh, PA 15219** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$190.00** | **$190.00** |
| | Date or dates debt was incurred<br>**8/18/2025** | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Broward Co. Tax Collector**<br>**115 S. Andrews Ave., #A100**<br>**Fort Lauderdale, FL 33301-1895** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$512.50** | **$512.50** |
| | Date or dates debt was incurred<br>**8/18/2025** | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

| 2.3 | Priority creditor's name and mailing address<br>**Camden County Tax Collector**<br>**509 Lakeland Road**<br>**Blackwood, NJ 08012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice purposes only.** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.4 | Priority creditor's name and mailing address<br>**Charter Township of Lansing**<br>**Office of the Treasurer**<br>**3209 W. Michigan Ave.**<br>**Lansing, MI 48917** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,105.85** | **$7,105.85** |
| | Date or dates debt was incurred<br>**8/18/2025** | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.5 | Priority creditor's name and mailing address<br>**City of Livonia**<br>**Treasurer's Office**<br>**33000 Civic Center Dr.**<br>**Livonia, MI 48154-5474** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,582.74** | **$2,582.74** |
| | Date or dates debt was incurred<br>**8/18/2025** | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.6 | Priority creditor's name and mailing address<br>**City of Virginia Beach**<br>**Attn: Treasurer's Office**<br>**2401 Courthouse Drive**<br>**Virginia Beach, VA 23456-9018** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$17,934.55** | **$17,934.55** |
| | Date or dates debt was incurred<br>**8/18/2025** | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **City of Virginia Beach**<br>**Attn: Treasurer's Office**<br>**2401 Courthouse Drive**<br>**Virginia Beach, VA 23456-9018** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$250.00** | **$250.00** |
| | Date or dates debt was incurred<br>**8/18/2025** | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **Collin County Tax Collector**<br>**P.O. Box 8006**<br>**McKinney, TX 75070** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice purposes only.** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **Franklin County Treasurer**<br>**373 S. High St., 17th Floor**<br>**Columbus, OH 43215-6306** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$21,105.42** | **$21,105.42** |
| | Date or dates debt was incurred<br>**8/18/2025** | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|
| | **Gilford County Tax Dept**<br>**P.O. Box 70939**<br>**Charlotte, NC 28272-0939** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,768.30** | **$4,768.30** |
| | Date or dates debt was incurred<br>**8/18/2025** | Basis for the claim:<br>**Local taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

2.11 Priority creditor's name and mailing address
**Harris County Tax Collector**
**1001 Preston St.**
**Houston, TX 77002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.12 Priority creditor's name and mailing address
**Internal Revenue Service**
**Centralized Insolvency Ops**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.13 Priority creditor's name and mailing address
**Jefferson County Tax Collect**
**531 Court Place, 6th Floor**
**Louisville, KY 40202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

2.14 Priority creditor's name and mailing address
**Madison Co. Tax Collector**
**1918 North Memorial Pkwy**
**Huntsville, AL 35801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,472.36** **$4,472.36**

Date or dates debt was incurred
**8/18/2025**

Basis for the claim:
**Local taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

2.15 Priority creditor's name and mailing address

**Ohio Department of Taxation**
**P.O. Box 181140**
**Columbus, OH 43218-1140**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$40,000.00** **$40,000.00**

Date or dates debt was incurred
**8/18/2025**

Basis for the claim:
**Local taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

2.16 Priority creditor's name and mailing address

**Orange Co. Tax Collector**
**County Service Center**
**601 N. Ross Street**
**Santa Ana, CA 92701**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

2.17 Priority creditor's name and mailing address

**Orange County Tax Collector**
**P.O. Box 545100**
**Orlando, FL 32854**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:
**Notice purposes only**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

2.18 Priority creditor's name and mailing address

**Salt Lake Co. Assessor**
**Personal Property Division**
**P.O. Box 147421**
**Salt Lake City, UT 84114-7421**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$22.15** **$22.15**

Date or dates debt was incurred
**8/18/2025**

Basis for the claim:
**Local taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

2.19 Priority creditor's name and mailing address
**Spotsylvania Co. Treasurer**
**P.O. Box 9000**
**Spotsylvania, VA 22553**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$120.24** **$120.24**

Date or dates debt was incurred **8/18/2025**

Basis for the claim: **Local taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.20 Priority creditor's name and mailing address
**State of New Jersey-Div Tax**
**Revenue Processing Center**
**P.O. Box 642**
**Trenton, NJ 08646-0642**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,000.00** **$9,000.00**

Date or dates debt was incurred **8/18/2025**

Basis for the claim: **Local taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.21 Priority creditor's name and mailing address
**Tarrant County Tax Collector**
**100 E. Weatherford**
**Fort Worth, TX 76196**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim: **Notice purposes only.**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

2.22 Priority creditor's name and mailing address
**Texas Comptroller**
**of Public Accounts**
**PO Box 149348**
**Austin, TX 78714-9348**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$36,800.00** **$36,800.00**

Date or dates debt was incurred **8/18/2025**

Basis for the claim: **Local taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

2.23 Priority creditor's name and mailing address
**Utah State Tax Commission**
**Attn: Bankruptcy Unit**
**210 North 1950 West**
**Salt Lake City, UT 84134-9000**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred
**11/21/2024**

Basis for the claim:
**Sales tax**

Last 4 digits of account number **5551**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.24 Priority creditor's name and mailing address
**Wake Co. Tax Administration**
**P.O. Box 580084**
**Charlotte, NC 28258-0084**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,627.09** **$2,627.09**

Date or dates debt was incurred
**8/18/2025**

Basis for the claim:
**Local taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2: List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**1000BULBS.COM**
**DEPT. 2112**
**P.O. Box 650850**
**DALLAS, TX 75265-0850**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**$177.01**

---

3.2 **Nonpriority creditor's name and mailing address**
**1TOM PLUMBER HUNTSVILLE**
**1916 JORDAN LANE NW**
**HUNTSVILLE, AL 35816**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**$10,365.00**

---

3.3 **Nonpriority creditor's name and mailing address**
**412 HOODS LLC**
**133 CLAUS AVE**
**PITTSBURGH, PA 15227**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**$909.50**

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.4 | **A CLEAR VIEW WINDOW CLEAN**<br>**P.O. Box 502**<br>**NEW FREEDOM, PA 17349**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,012.00** |
| 3.5 | **A RUDI CUELLAR LOCK CO.**<br>**2 SOUTH ORANGE AVE**<br>**GARAGE UNIT 2**<br>**Orlando, FL 32801**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$305.65** |
| 3.6 | **A&F WATER HEATER**<br>**35170 BEATTIE DR**<br>**Sterling Heights, MI 48312**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,197.00** |
| 3.7 | **A-TECH COMMERCIAL PARTS & SERVICES LLC**<br>**428 HAYDEN STATION RD**<br>**WINDSOR, CT 06095**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,299.87** |
| 3.8 | **A.J. ALLEN MECHANICAL CONT**<br>**320 SE 6TH STREET**<br>**DES MOINES, IA 50309**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,535.31** |
| 3.9 | **A.N.E LAWN CARE SERVICES**<br>**ATTENTION ADRIEN**<br>**9375 TIMBER TRAIL**<br>**PITTSBURGH, PA 15237**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,025.00** |
| 3.10 | **AB360 INDUSTRIES, LLC**<br>**13851 W 63RD STREET**<br>**SUITE 323**<br>**SHAWNEE, KS 66216**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,311.50** |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.11 **Nonpriority creditor's name and mailing address**
**ABLE MECHANICAL INC.**
**280 ROUTE 35**
**SUITE 203**
**REDBANK, NJ 07701**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,480.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.12 **Nonpriority creditor's name and mailing address**
**ABQ UPTOWN LLC.**
**7065 SOLUTION CENTER**
**Chicago, IL 60677-7000**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$126,102.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.13 **Nonpriority creditor's name and mailing address**
**ACTION PLUMBING INC.**
**7 EAST STOW RD**
**MARLTON, NJ 08053**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,276.29**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.14 **Nonpriority creditor's name and mailing address**
**ADMIRAL BEVERAGE CORP-NM**
**P.O. Box 27821**
**ALBUQUERQUE, NM 87175**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$711.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.15 **Nonpriority creditor's name and mailing address**
**ADVANCED MECHANICAL PLUS**
**P.O. Box 7410423**
**Chicago, IL 60674-0423**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$713.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.16 **Nonpriority creditor's name and mailing address**
**ADVANTAGE FIRE PROTECTION SYSTEM INC**
**404B NW 11TH ST**
**BLUE SPRINGS, MO 64015**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,399.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.17 **Nonpriority creditor's name and mailing address**
**AFA PROTECTIVE SYSTEMS INC.**
**P.O. Box 21030**
**NY,, NY 10087-1030**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,490.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

**3.18** **Nonpriority creditor's name and mailing address**
**AIRE RITE AIRCON.**
**& REFRIGERATION**
**1045 SOUTH JOHN RODES BLVD**
**MELBOURNE, FL 32904**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,734.43**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.19** **Nonpriority creditor's name and mailing address**
**AIRE-MASTER OF AMERICA**
**P.O. Box 2310**
**NIXA, MO 65714**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.20** **Nonpriority creditor's name and mailing address**
**AIRE-MASTER OF PALM BEACH**
**11301 SOUTH DIXIE HWY**
**#565776**
**Miami, FL 33256**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,491.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.21** **Nonpriority creditor's name and mailing address**
**AIRECOM**
**6171 HUNTLEY ROAD**
**SUITE E**
**COLUMBUS, OH 43229**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,783.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.22** **Nonpriority creditor's name and mailing address**
**AIS COMMERCIAL PARTS**
**& SERVICE INC.**
**310 KING COURT**
**CORAOPOLIS, PA 15108**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,058.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.23** **Nonpriority creditor's name and mailing address**
**AL FRESCO UNLIMITED**
**6767 S VINE ST**
**#1007**
**CENTENNIAL, CO 80122**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,800.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.24** **Nonpriority creditor's name and mailing address**
**ALABAMA ALCOHOLIC BEVERAGE**
**CONTROL BOARD**
**2612 LEEMAN FERRY ROAD SW**
**HUNTSVILLE, AL 35801**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,299.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.25 **Nonpriority creditor's name and mailing address**
**ALABAMA CROWN DISTR CO.**
**1330 CORPORATE WOODS DR**
**ALABASTER, AL 35007**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,824.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.26 **Nonpriority creditor's name and mailing address**
**Albuquerque BCWUA**
**P.O. Box 27226**
**ALBUQUERQU, NM 87125-7226**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,455.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
**ALBUQUERQUE PLUMBING,**
**HEATING & COOLING**
**4300 2ND STREET NW**
**ALBUQUERQUE, NM 87107**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,194.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**ALE WINE & SPIRITS OF POWELL**
**7560 GUARD WELL ST**
**POWELL, OH 43065**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,790.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**ALEX TOWERS**
**178 DWELL DRIVE**
**KISSIMMEE, FL 34747**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**Alex's Sliding Glass**
**Door Repair, LLC**
**1891 Riviera Circle**
**Sarasota, FL 34232**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**ALL STATES MALL SERVICES II**
**P.O. Box 93717**
**LAS VEGAS, NV 89193**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,889.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

**3.32** Nonpriority creditor's name and mailing address
**ALLAN S GOODMAN**
**P.O. Box 749**
**HARTFORD, CT 06142-0749**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$803.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
**ALLIANCE BEVERAGE DIST.**
**4490 60TH ST SE**
**GRAND RAPIDS, MI 49512-9631**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$163.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
**ALLIED ADVERTISING**
**LIMITED PARTNERSHIP**
**P.O. Box 845382**
**BOSTON, MA 02284-5382**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
**ALLIED BEVERAGE GROUP LLC**
**P.O. Box 7000**
**ELIZABETH, NJ 07207**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,267.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
**ALLSTATE**
**PAYMENT PROCESSING CENTER**
**P.O. Box 650514**
**DALLAS, TX 75265-0514**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$654.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address
**ALPAGIO PAINTING REMODEL**
**19459 YOUPON DR**
**CONROE, TX 77385**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,460.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address
**ALSCO INC**
**30 MCCULLOUGH DR**
**NEW CASTLE, DE 19720**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,817.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

**3.39** Nonpriority creditor's name and mailing address
**ALUM CREEK CARRY OUT**
**ALUM CREEK CARRY OUT**
**4275 ALUM CREEK DRIVE**
**OBETZ, OH 43207**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$7,459.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address
**AM PM PLUMBING**
**701 RAILROAD AVE**
**West Des Moines, IA 50265**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$331.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** Nonpriority creditor's name and mailing address
**AMERICAN COOL HEAT AIR**
**77564 COUNTRY CLUB DRIVE**
**#142**
**PALM DESERT, CA 92211**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$47,014.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** Nonpriority creditor's name and mailing address
**AMERICAN PREMIUM BEVERAGE**
**5241 NATIONAL CENTER**
**COLFAX, NC 27235**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,475.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** Nonpriority creditor's name and mailing address
**AMERICAN RESTAURANT SRVS**
**35246 US HWY 19 N**
**#268**
**PALM HARBOR, FL 34684**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$14,271.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** Nonpriority creditor's name and mailing address
**AMERICAN WASTE REMOVAL**
**502 CARMONY RD NE**
**ALBUQUERQUE, NM 87107**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,452.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** Nonpriority creditor's name and mailing address
**ANDREA D. HARRYMAN**
**3904 8th Pl**
**DES MOINES, IA 50313**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,375.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.46 | **ANDREWS CONSTRUCTION**<br>**5617 E HILLERY DR**<br>**SCOTTSDALE, AZ 85254**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$245.25** |
| 3.47 | **ANDREWS PLUMBING SERVICES**<br>**5617 E HILLERY DR**<br>**SCOTTSDALE, AZ 85254**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,230.33** |
| 3.48 | **ANDREWS REFRIGERATION INC**<br>**5617 E HILLERY DR**<br>**SCOTTSDALE, AZ 85254**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$33,364.58** |
| 3.49 | **ARMADA HOFFLER BLOCK & ASSOC**<br>**DIVARIS PROP MGMT**<br>**4525 MAIN ST., STE 900**<br>**VIRGINIA BEACH, VA 23462**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$184,772.37** |
| 3.50 | **ARMSTRONG REPAIR CENTER**<br>**P.O. Box 1770**<br>**BELLAIRE, TX 77402**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,116.89** |
| 3.51 | **ARROW WINE CO**<br>**615 LYONS RD**<br>**DAYTON, OH 45459**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,599.23** |
| 3.52 | **ASCAP**<br>**P.O. Box 331608**<br>**NASHVILLE, TN 37203-7515**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,139.50** |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.53 **Nonpriority creditor's name and mailing address**
**ASK LOCALA, INC**
**55 EAST 59TH STREET**
**9TH FLOOR**
**NEW YORK, NY 10022**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,084.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.54 **Nonpriority creditor's name and mailing address**
**ATECH REFRIGERATION**
**& MECHANICAL/TECHPRO**
**200 BILMAR DR**
**PITTSBURGH, PA 15205**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,499.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.55 **Nonpriority creditor's name and mailing address**
**AUSTIN MECHANICAL & PLUMB.**
**4617 PACKARD AVE NW**
**CANTON, OH 44709**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$450.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.56 **Nonpriority creditor's name and mailing address**
**AVERUS NORTHEAST LLC**
**P.O. Box 588**
**HARTFORD, CT 06057**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,092.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.57 **Nonpriority creditor's name and mailing address**
**AVIT LLC**
**8403 SUNSTATE ST**
**TAMPA, FL 33634**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$59,131.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.58 **Nonpriority creditor's name and mailing address**
**AZTEC MAINTENANCE**
**JANITORIAL SERVICES**
**P.O. Box 8217**
**ALBUQUERQUE, NM 87198**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,408.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.59 **Nonpriority creditor's name and mailing address**
**B & D INDUSTRIES, INC.**
**9720 BELL AVE SE**
**ALBUQUERQUE, NM 87123**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,415.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.60 **Nonpriority creditor's name and mailing address**
**B&B FACILITY MAINTENANCE**
**15013 SPRIGGS TREE LANE**
**WOODBRIDGE, VA 22193**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,476.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.61 **Nonpriority creditor's name and mailing address**
**B&D ELECTRIC, INC.**
**7606 NORTHPORT DRIVE**
**LANSING, MI 48917**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,663.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.62 **Nonpriority creditor's name and mailing address**
**Baker & McKenzie**
**401 East Jackson Street**
**Suite 1000 (10th Floor)**
**Tampa, FL 33602**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

---

3.63 **Nonpriority creditor's name and mailing address**
**BAKER COMMODITIES INC**
**P.O. Box 6518**
**PHOENIX, AZ 85005**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,160.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.64 **Nonpriority creditor's name and mailing address**
**BAKER ROOFING COMPANY**
**DEPT. #357**
**P.O. Box 1431**
**CHARLOTTE, NC 28201-1431**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,001.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.65 **Nonpriority creditor's name and mailing address**
**BAR HARBOR SEAFOOD**
**2000 PREMIER ROW**
**Orlando, FL 32809**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,319.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.66 **Nonpriority creditor's name and mailing address**
**BARE METAL STANDARD - UTAH**
**P.O. Box 16374**
**BOISE, ID 83715-6374**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,118.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.67 **Nonpriority creditor's name and mailing address**
**BECKETT WINE & LIQUOR**
**8211 PRINCETON GLENDALE RD**
**WEST CHESTER, OH 45069**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,270.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.68 **Nonpriority creditor's name and mailing address**
**BEECHWOOD DISTRIBUTORS**
**BEECHWOOD DISTRIBUTORS**
**P.O. Box 510946**
**NEW BERLIN, WI 53151**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$347.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.69 **Nonpriority creditor's name and mailing address**
**BEER CAPITOL DISTRIBUTING**
**Attn: Accounts Receivable**
**W222 N5700 MILLER WAY**
**SUSSEX, WI 53089**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$457.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**BELDEN MALL LLC.**
**4230 Belden Village Mall**
**CANTON, OH 44718**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$23,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**BENBRIA INC**
**390 MARCH RD, STE 110**
**KANATA ON K2K 0G7**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$22,131.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**BENT CARYL & KROLL, LLP**
**6300 WILSHIRE BLVD**
**SUITE 1415**
**LOS ANGELES, CA 90048**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,304.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**BERKELEY RESEARCH GROUP**
**P.O. Box 676158**
**Dallas, TX 75267-6158**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$44,150.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

| No. | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is | Basis for the claim | Subject to offset? | Amount |
|---|---|---|---|---|---|---|---|
| 3.74 | BETHANY ASSOCIATES<br>P.O. Box 986<br>HAMMONTON, NJ 08037 | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | $675.00 |
| 3.75 | BEVERAGE CONTROL, INC OF TN<br>2331 NEWS SENTINEL DR<br>KNOXVILLE, TN 37921 | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | $1,627.30 |
| 3.76 | BEVERAGE DISTRIBUTORS<br>3800 KING AVE<br>CLEVELAND, OH 44114 | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | $321.84 |
| 3.77 | BEVERAGE DISTRIBUTORS-IOWA<br>3221 SE 14TH ST<br>DES MOINES, IA 50320 | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | $2,274.55 |
| 3.78 | BIG RED LOCKSMITHS<br>7611 MAIN ST<br>RALSTON, NE 68127 | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | $150.00 |
| 3.79 | BIRMINGHAM BEVERAGE<br>dba ALABEV<br>211 CITATION COURT<br>Birmingham, AL 35209 | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | $116.00 |
| 3.80 | BJ LANDSCAPE DESIGNSERVICE<br>P.O. Box 934926<br>MARGATE, FL 33093 | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | $4,800.00 |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

**3.81** **Nonpriority creditor's name and mailing address**
**BLACKHAWK NETWORK INC**
**c/o WELLS FARGO**
**P.O. Box 936199**
**Atlanta, GA 31193-6199**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$207.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** **Nonpriority creditor's name and mailing address**
**BOB'S LOCK SAFE & KEY**
**3112 WEST 3500 SOUTH**
**WEST VALLEY, UT 84119**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** **Nonpriority creditor's name and mailing address**
**BOMMARITO WINES & SPIRITS**
**2465 Centerline Industrial D**
**ST LOUIS, MO 63043**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** **Nonpriority creditor's name and mailing address**
**BONBRIGHT DISTRIBUTORS**
**1 ARENA PARK DRIVE**
**DAYTON, OH 45417**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,421.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** **Nonpriority creditor's name and mailing address**
**BOOTLEGN LLC**
**P.O. Box 536**
**RIVERTON, UT 84065**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,092.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** **Nonpriority creditor's name and mailing address**
**BOTTLE TO GLASS**
**43 E MARKET STREET**
**AKRON, OH 44308**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,118.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** **Nonpriority creditor's name and mailing address**
**BREAKTHRU BEVERAGE**
**NEVADA BEER, LLC**
**P.O. Box 13146**
**BALTIMORE, MD 21203**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,586.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

| No. | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | Contingent | Unliquidated | Disputed | Basis for the claim | Subject to offset? | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 3.88 | BREAKTHRU BEVERAGE FLORIDA, P.O. Box 837, BALTIMORE, MD 21203 | 8/18/2025 | _ | ☐ | ☐ | ☐ | Trade debt | ■ No ☐ Yes | $2,685.26 |
| 3.89 | BREAKTHRU BEVERAGE MISSOURI, P.O. Box 959881, SAINT LOUIS, MO 63195 | 8/18/2025 | _ | ☐ | ☐ | ☐ | Trade debt | ■ No ☐ Yes | $2,556.65 |
| 3.90 | BREAKTHRU BEVERAGE MO, P.O. Box 952601, ST LOUIS, MO 63195 | 8/18/2025 | _ | ☐ | ☐ | ☐ | Trade debt | ■ No ☐ Yes | $1,116.87 |
| 3.91 | BREAKTHRU BEVERAGE OF VA, 5800 TECHNOLOGY BLVD, SANDSTON, VA 23150 | 8/18/2025 | _ | ☐ | ☐ | ☐ | Trade debt | ■ No ☐ Yes | $834.57 |
| 3.92 | BRENTWOOD DIST. CO., 1200 LEBANON RD, WEST MIFFLIN, PA 15122 | 8/18/2025 | _ | ☐ | ☐ | ☐ | Trade debt | ■ No ☐ Yes | $3,385.23 |
| 3.93 | BRESCOME BARTON, 69 DEFCO PARK ROAD, NORTH HAVEN, CT 06473 | 8/18/2025 | _ | ☐ | ☐ | ☐ | Trade debt | ■ No ☐ Yes | $1,878.74 |
| 3.94 | BRIGHT GROVE GROUP LLC, P.O. Box 34032, KNOXVILLE, TN 37930 | 8/18/2025 | _ | ☐ | ☐ | ☐ | Trade debt | ■ No ☐ Yes | $16,025.69 |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.95 **Nonpriority creditor's name and mailing address**
**BRIGHTVIEW LANDSCAPE SRVS**
**P.O. Box 31001-2463**
**PASADENA, CA 91110-2463**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$325.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.96 **Nonpriority creditor's name and mailing address**
**BRILLIANT WINDOW SERVICES**
**2512 CANTERBURY DRIVE**
**CARROLLTON, TX 75006**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.97 **Nonpriority creditor's name and mailing address**
**BRINKS INCORPORATED**
**7373 SOLUTIONS CENTER**
**Chicago, IL 60677-7003**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,835.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.98 **Nonpriority creditor's name and mailing address**
**BROOKFIELD SQUARE**
**& LIFESTYLE CENTER**
**P.O. Box 749434**
**Atlanta, GA 30374-9434**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,042.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.99 **Nonpriority creditor's name and mailing address**
**BUCKHEAD MEAT & SEAFOOD**
**P.O. Box 670445**
**DEPT 33**
**HOUSTON, TX 77267-0445**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,742.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.100 **Nonpriority creditor's name and mailing address**
**BUCKHEAD MEAT OF DALLAS**
**4216 MINT WAY**
**DALLAS, TX 75237**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,245.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.101 **Nonpriority creditor's name and mailing address**
**BULBS.COM**
**243 STAFFORD ST**
**WORCESTER, MA 01603**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,878.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

**3.102** **Nonpriority creditor's name and mailing address**
**BUSINESSOLVER.COM, INC**
**P.O. Box 850411**
**MINNEAPOLIS, MN 55485-0411**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,599.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.103** **Nonpriority creditor's name and mailing address**
**C.H. ROBINSON COMPANY, INC.**
**14701 CHARLSTON RD**
**SUITE 1400**
**EDEN PRAIRIE, MN 55347**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$721,164.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.104** **Nonpriority creditor's name and mailing address**
**C4 HOME IMPORVEMENT LLC**
**52975 FOX POINTE DR**
**NEW BALTIMORE, MI 48047**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,062.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.105** **Nonpriority creditor's name and mailing address**
**CADILLAC COFFEE COMPANY**
**CADILLAC COFFEE COMPANY**
**P.O. Box 1588**
**TROY, MI 48099**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$523.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.106** **Nonpriority creditor's name and mailing address**
**CAFFEY DISTRIBUTING CO.**
**8749 W MARKET STREET**
**GREENSBORO, NC 27409-9699**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$423.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.107** **Nonpriority creditor's name and mailing address**
**CAPITOL-HUSTING CO INC**
**12001 W CARMEN AVE**
**MILWAUKEE, WI 53225**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,803.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.108** **Nonpriority creditor's name and mailing address**
**CARLSON DISTRIBUTING CO**
**2449 S 6755 W**
**SUITE A**
**Salt Lake City, UT 84128**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$577.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.109 **Nonpriority creditor's name and mailing address**
**CARPET CARE SERVICES INC.**
**41 DYKE ROAD**
**WEST SENECA, NY 14224**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.110 **Nonpriority creditor's name and mailing address**
**CBL-TRS FRIENDLY CENTER 2023**
**P.O. Box 944395**
**CLEVELAND, OH 44194-0011**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$31,227.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.111 **Nonpriority creditor's name and mailing address**
**CCS PLUMBING SERVICES**
**8675 MEMORIAL DR**
**PLAIN CITY, OH 43064**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,936.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.112 **Nonpriority creditor's name and mailing address**
**CENTERPOINT ENERGY**
**P.O. Box 4981**
**HOUSTON, TX 77210-4849**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,650.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.113 **Nonpriority creditor's name and mailing address**
**CENTRAL STATES BEV CO.**
**P.O. Box 481873**
**KANSAS CITY, MO 64148**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$305.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.114 **Nonpriority creditor's name and mailing address**
**CENTRAL STATES SERVICES, INC**
**P.O. Box 1476**
**LAKE OZARK, MO 65049**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,535.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.115 **Nonpriority creditor's name and mailing address**
**CENTURY FIRE PROTECTION-**
**ADVANCED FIRE & SECURITY**
**P.O. Box 668370**
**POMPANO BEACH, FL 33066**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$359.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.116 **Nonpriority creditor's name and mailing address**
**CGP-CPP PLAZA FRONTENAC LLC**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486-3110**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$152,539.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.117 **Nonpriority creditor's name and mailing address**
**CHANDLER LANDSCAPING LLC**
**8819 JOE DANIELS RD**
**KNOXVILLE, TN 37931**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,064.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.118 **Nonpriority creditor's name and mailing address**
**CHARTER COMMUNICATIONS**
**P.O. Box 7186**
**PASADENA, CA 91109-7186**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,745.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.119 **Nonpriority creditor's name and mailing address**
**CHARTER COMMUNICATIONS**
**P.O. Box 6030**
**Carol Stream, IL 60197-6030**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,458.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.120 **Nonpriority creditor's name and mailing address**
**CHARTER COMMUNICATIONS**
**P.O. Box 7173**
**PASADENA, CA 91109-7173**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$275.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.121 **Nonpriority creditor's name and mailing address**
**CHAS. SELIGMAN DIST CO**
**10885 CLYDESDALE COURT**
**WALTON, KY 41094**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$616.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.122 **Nonpriority creditor's name and mailing address**
**CHATEAU WINE & SPIRITS**
**2131 POLARIS PARKWAY**
**COLUMBUS, OH 43240**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,313.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.123 **Nonpriority creditor's name and mailing address**
**CHEF WORKS INC**
**FILE 2438**
**1801 W OLYMPIC BLVD**
**PASADENA, CA 91199-2438**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,670.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.124 **Nonpriority creditor's name and mailing address**
**CHELSEA FLOOR COVERING CO**
**25 EVERETT AVENUE**
**CHELSEA, MA 02150-2759**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$605.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.125 **Nonpriority creditor's name and mailing address**
**CHEM-DRY CORP SRVS**
**3310 WEST END AVE.**
**SUITE 620**
**NASHVILLE, TN 37203**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,779.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.126 **Nonpriority creditor's name and mailing address**
**CHEROKEE DISTRUBUTING CO**
**200 MILLER MAIN CIRCLE**
**KNOXVILLE, TN 37919**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$486.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.127 **Nonpriority creditor's name and mailing address**
**CHERRY HILL TOWNSHIP**
**820 MERCER STREET**
**ROOM 205**
**CHERRY HILL, NJ 08002**
**Date(s) debt was incurred** 8/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.128 **Nonpriority creditor's name and mailing address**
**CHESBAY DISTRIBUTING CO**
**3928 COOK BLVD**
**CHESAPEAKE, VA 23323**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,055.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.129 **Nonpriority creditor's name and mailing address**
**CHRISTIANA MALL LLC**
**SDS-12-3026**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486-3026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$151,736.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.130 **Nonpriority creditor's name and mailing address**
**CINTAS FIRE PROTECTION**
**P.O. Box 636525**
**CINCINNATI, OH 45263-6525**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,524.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.131 **Nonpriority creditor's name and mailing address**
**CITY BEVERAGES COMPANY**
**10928 FLORIDA CROWN DR**
**Orlando, FL 32824**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,283.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.132 **Nonpriority creditor's name and mailing address**
**CITY OF ALLEN UTILITY BILLING**
**P.O. Box 734802**
**DALLAS, TX 75373-4802**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,573.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.133 **Nonpriority creditor's name and mailing address**
**CITY OF GREENSBORO**
**P.O. Box 1170**
**GREENSBORO, NC 27402-1170**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,925.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.134 **Nonpriority creditor's name and mailing address**
**CITY OF GREENSBORO**
**P.O. Box 26120**
**GREENSBORO, NC 27402**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.135 **Nonpriority creditor's name and mailing address**
**CITY OF HOUSTON**
**HOUSTON FIRE DEPT**
**P.O. Box 3625**
**HOUSTON, TX 77253**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$546.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.136 **Nonpriority creditor's name and mailing address**
**CITY OF LIVONIA**
**WATER & SEWER**
**33000 Civic Center Dr**
**Livonia, MI 48154**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,995.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.137 **Nonpriority creditor's name and mailing address**
**CITY OF PEMBROKE PINES**
**P.O. Box 269005**
**Hollywood, FL 33026**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,041.64**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.138 **Nonpriority creditor's name and mailing address**
**CITY OF PLANTATION-TAMPA**
**P.O. Box 31132**
**TAMPA, FL 33631-3132**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,570.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.139 **Nonpriority creditor's name and mailing address**
**CITY OF RALEIGH**
**P.O. Box 71081**
**CHARLOTTE, NC 28272-1081**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$980.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.140 **Nonpriority creditor's name and mailing address**
**CITY OF RANCHO CUCAMONGA**
**P.O. Box 4499**
**Rancho Cucamonga, CA 91729-4499**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,352.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.141 **Nonpriority creditor's name and mailing address**
**CITY OF ROCHESTER HILLS**
**WATER AND SEWER**
**P.O. Box 94593**
**CLEVELAND, OH 44101-4593**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,389.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.142 **Nonpriority creditor's name and mailing address**
**CITY SEAFOOD**
**32 PROGRESS PARKWAY**
**Maryland Heights, MO 63043**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$329.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.143 **Nonpriority creditor's name and mailing address**
**CJH MECHANICAL INC.**
**P.O. Box 750215**
**DAYTON, OH 45475-0215**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,440.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.144 **Nonpriority creditor's name and mailing address**
**CLEAN-RITE**
**7512 DR.PHILLIPS BLVD**
**SUITE 50-305**
**Orlando, FL 32819**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$850.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.145 **Nonpriority creditor's name and mailing address**
**CLEANCARE**
**40 51st STREET**
**PITTSBURGH, PA 15201**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,813.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.146 **Nonpriority creditor's name and mailing address**
**CLIMATECH INC.**
**200 BILMAR DR**
**PITTSBURGH, PA 15205-4601**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,917.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.147 **Nonpriority creditor's name and mailing address**
**COLD TECH REFRIGERATION**
**13961 SO. MINUTEMAN DR**
**SUITE 325**
**DRAPER, UT 84020**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,046.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.148 **Nonpriority creditor's name and mailing address**
**COMCAST-01409**
**P.O. Box 70219**
**PHILADELPHIA, PA 19176-0219**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,685.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.149 **Nonpriority creditor's name and mailing address**
**COMFORT REFRIGERATION SRV**
**5324 LOMA LINDA LANE NE**
**CANTON, OH 44714**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,582.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.150 **Nonpriority creditor's name and mailing address**
**COMMERICAL PARTS & SERVICE**
**10671 TECHWOOD CIRCLE**
**CINCINNATI, OH 45242**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$761.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.151 **Nonpriority creditor's name and mailing address**
**COMMONWEALTH OF PENN.**
**2301 N CAMERON ST**
**HARRISBURG, PA 17110-9408**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$53,299.81**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.152 **Nonpriority creditor's name and mailing address**
**CONFLUENCE BREWING CO.**
**1235 THOMAS BECK RD**
**Des Moines, IA 50315**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$216.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.153 **Nonpriority creditor's name and mailing address**
**CONNECTICUT DISTRIBUTORS**
**P.O. Box 487**
**STRATFORD, CT 06110-7100**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,416.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.154 **Nonpriority creditor's name and mailing address**
**CONSUMERS ENERGY**
**PAYMENT CENTER**
**P.O. Box 740309**
**CINCINNATI, OH 45274-0309**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,700.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.155 **Nonpriority creditor's name and mailing address**
**CONTINENTAL WEB PRESS**
**1430 INDUSTRIAL DR**
**ITASCA, IL 60143**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$382.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.156 **Nonpriority creditor's name and mailing address**
**COOLERS INC**
**6922 ALDER DRIVE**
**HOUSTON, TX 77081**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,901.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.157 **Nonpriority creditor's name and mailing address**
**COST CONTROL ASSOCIATES**
**796 MEETING ST**
**CHARLESTON, SC 29403**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,961.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.158 **Nonpriority creditor's name and mailing address**
**COSTA GROUP PRESSURE CLEAN.**
**P.O. Box 661280**
**MIAMI SPRINGS, FL 33266**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.159 **Nonpriority creditor's name and mailing address**
**COSTA WINDOW TREATMENT**
**6073 NW 167TH STREET**
**UNIT C-10**
**Miami, FL 33015**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,630.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.160 **Nonpriority creditor's name and mailing address**
**COUNTRY CLUB PLAZA**
**KC PARTNERS**
**P.O. Box 675001**
**DETROIT, MI 48267-5001**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$41,355.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.161 **Nonpriority creditor's name and mailing address**
**COVERALL NORTH AMERICA INC**
**2955 MONENTUM PLACE**
**Chicago, IL 60689**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$749.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.162 **Nonpriority creditor's name and mailing address**
**COZZINI BROS INC**
**8430 W BRYN MAWR AVE**
**SUITE 800**
**Chicago, IL 60631**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,563.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.163 **Nonpriority creditor's name and mailing address**
**CRAFTSMAN ELECTRIC INC**
**3855 ALTA AVE**
**CINCINNATI, OH 45236**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,118.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.164 **Nonpriority creditor's name and mailing address**
**CRANBERRY TOWNSHIP**
**PAYMENT PROCESSING**
**P.O. Box 6075**
**HERMITAGE, PA 16148-1075**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,394.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Name | Case number (if known) **6:25-bk-05224-LLV**

**3.165** **Nonpriority creditor's name and mailing address**
**CRESCENT CROWN DIST**
**1640 W BROADWAY ROAD**
**MESA, AZ 85202-1197**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$661.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.166** **Nonpriority creditor's name and mailing address**
**CROWTHER ROOFING**
**AND SHEETMETAL OF FL**
**2543 ROCKFILL RD**
**FORT MYERS, FL 33916**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$26,377.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.167** **Nonpriority creditor's name and mailing address**
**CRUSA OPERATIONS LLC**
**11309 DEERFIELD ROAD**
**CINCINNATI, OH 45242**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$63,096.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.168** **Nonpriority creditor's name and mailing address**
**CRUZ & COMPANY LLC**
**7566 PENWOOD PL**
**COLUMBUS, OH 43235**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,198.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.169** **Nonpriority creditor's name and mailing address**
**CURRY PRINTING**
**190 TURNPIKE ROAD**
**WESTBOROUGH, MA 01581**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$252.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.170** **Nonpriority creditor's name and mailing address**
**CUSTOM CARE CONSTRUCTION**
**3500 MILLIKAN CT, STE F**
**COLUMBUS, OH 43228**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,978.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.171** **Nonpriority creditor's name and mailing address**
**CUTTER'S EDGE**
**2281 COLLEGE AVENUE**
**DAVIE, FL 33317**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,604.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

| No. | Nonpriority creditor's name and mailing address | Date(s) debt was incurred | Last 4 digits of account number | As of the petition filing date, the claim is: Contingent / Unliquidated / Disputed | Basis for the claim | Is the claim subject to offset? | Amount |
|---|---|---|---|---|---|---|---|
| 3.172 | **CVM HOLDINGS LLC**<br>**CRABTREE VALLEY MALL**<br>**P.O. Box 22413**<br>**New York, NY 10087-2413** | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$48,990.00** |
| 3.173 | **D & V DISTRIBUTING COMPANY**<br>**P.O. Box 10865**<br>**KNOXVILLE, TN 37939** | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$1,135.48** |
| 3.174 | **D&M Ross Maintenance Sol.**<br>**1415 SHERIDAN DR.**<br>**LANCASTER, OH 43130** | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$4,438.86** |
| 3.175 | **D'ELIA ELECTRIC INC**<br>**127 ECENTRE ST**<br>**NUTLEY, NJ 07110** | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$5,678.05** |
| 3.176 | **DAN HENRY DISTRIBUTING CO.**<br>**5500 N AURELIUS RD**<br>**LANSING, MI 48911** | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$709.90** |
| 3.177 | **DANIEL ELECTRIC COMPANY**<br>**500 N KIMBALL AVE**<br>**STE 102**<br>**SOUTHLAKE, TX 76092** | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$2,874.81** |
| 3.178 | **DARK LAKE SOFTWARE, INC.**<br>**1229 WADING WATERS CIR**<br>**Clinton Township, MI 48036** | 8/18/2025 | _ | ☐ Contingent ☐ Unliquidated ☐ Disputed | Trade debt | ■ No ☐ Yes | **$6,140.40** |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.179 **Nonpriority creditor's name and mailing address**

**DATADELIVERS, LLC**
**100 W HILLCREST BLVD**
**SUITE 406**
**SCHAUMBURG, IL 60195**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$132,028.05**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.180 **Nonpriority creditor's name and mailing address**

**DAYTON MALL II LLC**
**c/o SPINOSO REAL ESTATE**
**P.O. Box 645935**
**LOCKBOX #005935**
**CINCINNATI, OH 45264-5935**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,457.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.181 **Nonpriority creditor's name and mailing address**

**DE PERE LIQUOR CO LLC**
**P.O. Box 88725**
**MILWAUKEE, WI 53288-8725**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,750.21**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.182 **Nonpriority creditor's name and mailing address**

**DELMAR DISTRIBUTING**
**6829 WALDO-DELWARE RD**
**WALDO, OH 43356**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$327.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.183 **Nonpriority creditor's name and mailing address**

**DELTA LOCKSMITH**
**448 N CEDAR BLUFF RD**
**SUITE 115**
**KNOXVILLE, TN 37923**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,397.92**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.184 **Nonpriority creditor's name and mailing address**

**DEMARK'S BUILDING**
**MAINTENANCE SOLUTIONS**
**722 N.GRAND AVE**
**WAUKESHA, WI 53186**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$558.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.185 **Nonpriority creditor's name and mailing address**

**DENNY'S PLUMBING**
**309 S PARLIAMENT DR**
**Virginia Beach, VA 23462**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,190.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.186 **Nonpriority creditor's name and mailing address**
**DESIGN MECHANICAL INC.**
**P.O. Box 875988**
**KANSAS CITY, MO 64187-5988**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,913.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.187 **Nonpriority creditor's name and mailing address**
**DJ LUVA LUVA, LLC**
**2350 WAST ARBOR LANE**
**P.O. Box 17791**
**Salt Lake City, UT 84117**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.188 **Nonpriority creditor's name and mailing address**
**DOLL DISTRIBUTING LLC**
**1901 DE WOLF ST**
**DES MOINES, IA 50316**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$292.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.189 **Nonpriority creditor's name and mailing address**
**DOMINION ENERGY**
**P.O. Box 100256**
**Columbia, SC 29202**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,383.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.190 **Nonpriority creditor's name and mailing address**
**DOMINION ENERGY NC**
**P.O. Box 25715**
**Richmond, VA 23260-5715**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,113.01**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.191 **Nonpriority creditor's name and mailing address**
**DOMINION ENERGY VIRGINIA**
**P.O. Box 25715**
**RICHMOND, VA 23260-5715**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,081.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.192 **Nonpriority creditor's name and mailing address**
**DOUBLE EAGLE DISTRIBUTING**
**50 LOCK RD**
**DEERFIELD, FL 33442**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$441.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

**3.193** Nonpriority creditor's name and mailing address
**DREAMVIEW LANDSCAPING LLC**
**161 LECHNER AVE**
**COLUMBUS, OH 43223**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$1,533.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.194** Nonpriority creditor's name and mailing address
**DRY IT RIGHT**
**1048 TORNGAT COURT**
**DRY IT RIGHT**
**Virginia Beach, VA 23454**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$4,575.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.195** Nonpriority creditor's name and mailing address
**DSI Holdings Corporation**
**c/o M.A. Nigro and Assoc LLC**
**221 East Gregory Blvd, Ste D**
**Kansas City, MO 64114**
Date(s) debt was incurred _
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$9,512.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.196** Nonpriority creditor's name and mailing address
**DUCKHORN WINE COMPANY**
**DEPT. LA 24662**
**PASADENA, CA 91185-4662**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$290.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.197** Nonpriority creditor's name and mailing address
**DUMAN'S LOCK & SAFE INC**
**6779 ENGLE ROAD**
**SUITE L**
**Cleveland, OH 44130-7926**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$3,837.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.198** Nonpriority creditor's name and mailing address
**DUTCHMAN WINDOW & CLEAN**
**P.O. Box 1581**
**SARASOTA, FL 34230**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$845.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.199** Nonpriority creditor's name and mailing address
**E.R. PUMPING SERVICE CORP.**
**P.O. Box 266603**
**FT LAUDERDALE, FL 33326**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$2,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.200 **Nonpriority creditor's name and mailing address**
**EAGLE DISTRIBUTING COMPANY**
**310 RADFORD PLACE**
**KNOXVILLE, TN 37917**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,748.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.201 **Nonpriority creditor's name and mailing address**
**EASTON TOWN CENTER II LLC**
**L-3769**
**COLUMBUS, OH 43260-3769**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$175,948.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.202 **Nonpriority creditor's name and mailing address**
**EASY ICE, LLC**
**P.O. Box 650769**
**DALLAS, TX 75265-0769**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,348.35**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.203 **Nonpriority creditor's name and mailing address**
**ECOLAB FOOD SAFETY SPEC.**
**24198 NETWORK PLACE**
**Chicago, IL 60673-1241**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,313.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.204 **Nonpriority creditor's name and mailing address**
**ECOLAB INC**
**P.O. Box 70343**
**CHICAGO IL, IL 60673**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$105,914.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.205 **Nonpriority creditor's name and mailing address**
**ECOLAB INC - PASADENA**
**P.O. Box 100512**
**PASADENA, CA, CA 91189**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,405.77**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.206 **Nonpriority creditor's name and mailing address**
**ECOLAB INC. - NY**
**ECOLAB INC.**
**P.O. Box 32027**
**NEW YORK, NY 10087**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,566.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.207 **Nonpriority creditor's name and mailing address**
**ECOLAB PEST ELIM DIVISION**
**26252 NETWORK PLACE**
**Chicago, IL 60673**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$74,113.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.208 **Nonpriority creditor's name and mailing address**
**EDGE MECHANICAL INC.**
**2429 BOWLAND PARKWAY**
**SUITE 115**
**Virginia Beach, VA 23454**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,915.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.209 **Nonpriority creditor's name and mailing address**
**EDWARD DON & CO. HOLDINGS, LLC**
**2562 PAYSPHERE CIRCLE**
**Chicago, IL 60674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$335,445.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.210 **Nonpriority creditor's name and mailing address**
**EEC ACQUISITIONS LLC**
**SMART CARE**
**P.O. Box 74008980**
**Chicago, IL 60674-8980**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$75,890.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.211 **Nonpriority creditor's name and mailing address**
**ELECTRIC COMPANY OF OMAHA**
**2132 SOUTH 156TH CIRCLE**
**OMAHA, NE 68130**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$625.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.212 **Nonpriority creditor's name and mailing address**
**ELEVATE OUTDOOR**
**1112 BRYAN ROAD**
**O FALLON, MO 63366**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,438.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.213 **Nonpriority creditor's name and mailing address**
**ELGE PLUMBING & HEATING CO**
**12 WILMINGTON RD**
**BURLINGTON, MA 01803**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$46,226.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.214 **Nonpriority creditor's name and mailing address**
**EMPIRE DISTRIBUTORS OF TN**
**1541 MT TABOR RD**
**MARYVILLE, TN 37801**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,243.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.215 **Nonpriority creditor's name and mailing address**
**EMPIRE NC-RALEIGH**
**1201 BURMA DR**
**APEX, NC 27539**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,096.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.216 **Nonpriority creditor's name and mailing address**
**EMS3**
**P.O. BOX 646**
**EXTON, PA 19341-0646**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,631.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.217 **Nonpriority creditor's name and mailing address**
**ENBRIDGE GAS OHIO**
**P.O. Box 26785**
**RICHMOND, VA 23261-6785**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,708.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.218 **Nonpriority creditor's name and mailing address**
**ENBRIDGE GAS-VA**
**P.O. Box 27031**
**RICHMOND, VA 23261-7031**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,909.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.219 **Nonpriority creditor's name and mailing address**
**ENERGIZE ELECTRONICS INC**
**P.O. Box 815**
**BLUE SPRINGS, MO 64013**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,361.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.220 **Nonpriority creditor's name and mailing address**
**ENVIRO-MASTER CORP**
**P.O. Box 12350**
**CHARLOTTE, NC 28220**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,295.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.221 **Nonpriority creditor's name and mailing address**
**ENVIRO-MASTER SERVICES**
**EMS OF COLUMBUS**
**P.O. Box 950467**
**ST. LOUIS, MO 63195-0467**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,485.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.222 **Nonpriority creditor's name and mailing address**
**ENVIRO-MASTER SERVICES**
**P.O. Box 950467**
**ST. LOUIS, MO 63195-0467**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,160.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.223 **Nonpriority creditor's name and mailing address**
**ENVIRO-MASTER SERVICES-FL**
**100 CANDACE DR**
**UNIT 112**
**MAITLAND, FL 32751**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,096.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.224 **Nonpriority creditor's name and mailing address**
**ESBER BEVERAGE COMPANY**
**2217 BOLIVAR RD SW**
**CANTON, OH 44718**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$118.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.225 **Nonpriority creditor's name and mailing address**
**EVESHAM MUA**
**P.O. Box 467**
**MARLTON, NJ 08053**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,784.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.226 **Nonpriority creditor's name and mailing address**
**EYEMED**
**P.O. Box 632530**
**CINCINNATI, OH 45263-2530**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,550.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.227 **Nonpriority creditor's name and mailing address**
**FABULOUS FISH COMPANY**
**13560 NW INDUSTRIAL DR**
**BRIDGETON, MO 63044**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$478.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.228 **Nonpriority creditor's name and mailing address**
**FAIRFAX COMP OF VIRGINIA LLC**
**DEPARTMENT 56501**
**P.O. Box 67000**
**DETROIT, MI 48267-5001**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$92,898.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.229 **Nonpriority creditor's name and mailing address**
**FASHION PLACE ANCHOR**
**ACQUISITION LLC**
**P.O. BOX 86**
**MINNEAPOLIS, MN 55486-2780**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$129,339.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.230 **Nonpriority creditor's name and mailing address**
**FAT FREE INC.**
**3118 PALM BEACH BLVD**
**FORT MYERS, FL 33916**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,815.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
**FEDERAL BUILDING SERVICES**
**1641 BARCLAY BLVD.**
**BUFFALO GROVE, IL 60089**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,650.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.232 **Nonpriority creditor's name and mailing address**
**FEDERAL EXPRESS**
**P.O. Box 660481**
**DALLAS, TX 04526-6481**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$19,557.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.233 **Nonpriority creditor's name and mailing address**
**FEDERAL REALTY OP LP**
**LOCKBOX 9320**
**2005 MARKET STREET, 5th FL**
**PHILADELPHIA, PA 19103-7042**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$77,948.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.234 **Nonpriority creditor's name and mailing address**
**FEDEX**
**DEPT CH**
**P.O. Box 10306**
**PALATINE, IL 60055-0306**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,397.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.235 **Nonpriority creditor's name and mailing address**
**FEDEX FREIGHT**
**DEPT CH**
**P.O. Box 10306**
**PALATINE, IL 60055-0306**
**Date(s) debt was incurred** **8/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,111.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.236 **Nonpriority creditor's name and mailing address**
**FEDWAY NATIONAL ACCTS**
**P.O. Box 651**
**BASKING RIDGE, NJ 07920-0651**
**Date(s) debt was incurred** **8/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,237.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.237 **Nonpriority creditor's name and mailing address**
**FINLEYS FACILITIES SERVICES**
**5707 STATE ROUTE 61**
**MT.GILEAD, OH 43338**
**Date(s) debt was incurred** **8/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,911.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.238 **Nonpriority creditor's name and mailing address**
**FIRE FIGHTER INC**
**P.O. Box 888**
**LAND O LAKES, FL 34638**
**Date(s) debt was incurred** **8/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$578.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.239 **Nonpriority creditor's name and mailing address**
**FIRST CLASS PLUMBING-NAPLES**
**6123 LEE ANN LANE**
**NAPLES, FL 34109**
**Date(s) debt was incurred** **8/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,047.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.240 **Nonpriority creditor's name and mailing address**
**FISH WINDOW CLEANING**
**WESTERVILLE OH (3119)**
**P.O. Box 784**
**WESTERVILLE, OH 43086**
**Date(s) debt was incurred** **8/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,426.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.241 **Nonpriority creditor's name and mailing address**
**FISH WINDOW CLEANING**
**PMB 153,3111 ROUTE 38, 11**
**MOUNT LAUREL, NJ 08054**
**Date(s) debt was incurred** **8/18/2025**
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,471.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

**3.242** Nonpriority creditor's name and mailing address
**FISH WINDOW CLEANING**
**WEST DEMOINES IA (3061)**
**c/o ERIC L GARDNER LLC**
**P.O. Box 65681**
**West Des Moines, IA 50265**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$539.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.243** Nonpriority creditor's name and mailing address
**FISH WINDOW CLEANING**
**FARM HILLS MI (2540)**
**37550 HILLS TECH DR**
**Farmington, MI 48331**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$330.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.244** Nonpriority creditor's name and mailing address
**FISH WINDOW CLEANING-FTL**
**P.O. Box 7685**
**FT LAUDERDALE, FL 33338**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$684.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.245** Nonpriority creditor's name and mailing address
**FISHBOWL INC.**
**P.O. Box 740513**
**Atlanta, GA 30374-0513**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$59,280.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.246** Nonpriority creditor's name and mailing address
**FISHERS FOODS**
**5215 FULTON DR NW**
**CANTON, OH 44718**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$2,158.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.247** Nonpriority creditor's name and mailing address
**FIVE STAR VALET**
**1415 PANTHER LANE**
**UNIT 110**
**NAPLES, FL 34109**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$9,222.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.248** Nonpriority creditor's name and mailing address
**FLORIDA DISTRIBUTING**
**3964 SHADER RD**
**Orlando, FL 32808-3142**
Date(s) debt was incurred 8/18/2025
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply. **$2,948.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.249 **Nonpriority creditor's name and mailing address**
**FLYING LOCKSMITHS - DE**
**1002 SOCIETY DR**
**CLAYMONT, DE 19703**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,769.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.250 **Nonpriority creditor's name and mailing address**
**Food Equipment Services**
**c/o Garner & Conner**
**PO Box 509**
**Maryville, TN 37802**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,608.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.251 **Nonpriority creditor's name and mailing address**
**FORBES TAUBMAN ORLANDO LLC**
**LOCKBOX 16286**
**16286 COLLECTIONS CENTER DR**
**Chicago, IL 60693**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$128,333.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.252 **Nonpriority creditor's name and mailing address**
**FORBES/COHEN FLORIDA**
**16156 COLLECTIONS CENTER DR**
**Chicago, IL 60693**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$80,501.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.253 **Nonpriority creditor's name and mailing address**
**FREDDY JACKSON**
**1937 SEASIDE LANE**
**MONONGAHELA, PA 15063**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.254 **Nonpriority creditor's name and mailing address**
**FREEMALL ASSOCIATES LLC**
**c/o BMO Harris Bank**
**606 S. Olive St., 23rd FL**
**LOS ANGELES, CA 90014**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,706.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.255 **Nonpriority creditor's name and mailing address**
**G & J PEPSI-COLA BOTTLERS**
**P.O. Box 643383**
**CINCINNATI, OH 45264-3383**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,042.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.256 **Nonpriority creditor's name and mailing address**
**G & R MECHANICAL INC**
**3220 BERGEY RD**
**HATFIELD, PA 19440**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,110.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.257 **Nonpriority creditor's name and mailing address**
**GALLO WINE SALES**
**P.O. Box 36446**
**NEWARK, NJ 07188**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$978.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.258 **Nonpriority creditor's name and mailing address**
**GASKET GUY /GASKETS-N-MORE**
**3680 WEST RENO AVENUE**
**LAS VEGAS, NV 89118**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,985.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.259 **Nonpriority creditor's name and mailing address**
**GASKET GUY OF SALT LAKE CITY**
**882 W 885 ST**
**BRIGHAM CITY, UT 84302**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,174.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.260 **Nonpriority creditor's name and mailing address**
**GASKETS ROCK - CENTRAL OHIO**
**5083 LAMBERT RD**
**GROVE CITY, OH 43123**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$852.89**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.261 **Nonpriority creditor's name and mailing address**
**GASKETS ROCK INTERNATIONAL**
**409 PARKWAY VIEW DR**
**PITTSBURGH, PA 15205**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,090.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.262 **Nonpriority creditor's name and mailing address**
**GEAUGA MECHANICAL CO.**
**12585 CHARDON-WINDSOR RD**
**CHARDON, OH 44024**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,380.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

---

**3.263** Nonpriority creditor's name and mailing address
**GENERAL BEVERAGE MILWAUKEE**
**16255 W STRATTON DRIVE**
**P.O. Box 51023**
**NEW BERLIN, WI 53151**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$534.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.264** Nonpriority creditor's name and mailing address
**GENERAL DISTRIBUTING CO.**
**P.O. Box 221210**
**Salt Lake City, UT 84122**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$456.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** Nonpriority creditor's name and mailing address
**GENERAL PARTS LLC**
**GENERAL PARTS LLC**
**MI10 P.O. Box 9201**
**MINNEAPOLIS, MN 55480-9201**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$13,908.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** Nonpriority creditor's name and mailing address
**GETHSEMANE GARDEN LANDS.**
**c/o ROBERTO JUAREZ**
**4028 QUACKERBRIDGE RD**
**LAWRENCE, NJ 08619**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,932.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** Nonpriority creditor's name and mailing address
**GFL ENVIRONMENTAL**
**P.O. Box 791519**
**BALTIMORE, MD 21279-1519**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,081.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** Nonpriority creditor's name and mailing address
**GIANT EAGLE**
**840 WEST 3RD AVE**
**COLUMBUS, OH 43212**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,159.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** Nonpriority creditor's name and mailing address
**GOLD COAST BEVERAGE**
**P.O. Box 743259**
**Atlanta, GA 30374-3259**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$21,643.41**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.270 **Nonpriority creditor's name and mailing address**
**GOLD COAST EAGLE**
**7051 WIRELESS CT**
**SARASOTA, FL 34240**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,019.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.271 **Nonpriority creditor's name and mailing address**
**GOLDEN GATE BEVERAGE**
**6105 MAYFIELD RD**
**CLEVELAND, OH 44124**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,452.79**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.272 **Nonpriority creditor's name and mailing address**
**GOODWIN TUCKER GROUP**
**P.O. Box 3285**
**DES MOINES, IA 50316**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,587.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.273 **Nonpriority creditor's name and mailing address**
**GOODY GOODY LIQUOR**
**1950 FM 407**
**Lewisville, TX 75077**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,979.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.274 **Nonpriority creditor's name and mailing address**
**GORDON & REES SCULLY et al**
**LOCKBOX SERV BOX #399258**
**3440 FLAIR DR**
**EL MONTE, CA 91731-2823**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,474.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.275 **Nonpriority creditor's name and mailing address**
**GORDON FOOD SERVICE**
**1500 NORTH RIVER ROAD**
**Lithia Springs, GA 30122**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$313.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
**GRABILL PLUMBING & HEATING INC**
**10235 MANCHESTER AVE SW**
**BEACH CITY, OH 44608**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$130.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.277 **Nonpriority creditor's name and mailing address**
**GREASE TRAP SOLUTIONS, INC**
**P.O. Box 100068**
**CAPE CORAL, FL 33910**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,675.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.278 **Nonpriority creditor's name and mailing address**
**GREAT LAKES WINE & SPIRITS**
**373 VICTOR AVE**
**HIGHLAND PARK, MI 48203**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,487.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.279 **Nonpriority creditor's name and mailing address**
**GREAT WASTE**
**3051 NW 129 STREET**
**OPA LOCKA, FL 33054**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,043.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.280 **Nonpriority creditor's name and mailing address**
**GREENE TOWN CENTER LLC**
**ATTN: OLSHAN PROPERTIES**
**600 MADISON AVE., 14TH FLOOR**
**New York, NY 10022**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$401,660.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.281 **Nonpriority creditor's name and mailing address**
**GREENSBORO ABC**
**115 N CEDAR ST**
**GREENSBORO, NC 27401**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,794.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.282 **Nonpriority creditor's name and mailing address**
**GREY EAGLE DISTRIBUTORS**
**801 ASSEMBLY PARKWAY**
**FENTON, MO, MO 63026**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,078.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.283 **Nonpriority creditor's name and mailing address**
**GRIME SOLVERS INC**
**17222 FRANKLIN DR**
**OMAHA, NE 68118**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,524.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.284 **Nonpriority creditor's name and mailing address**
**GRUBHUB HOLDING INC**
**P.O. Box 71649**
**Chicago, IL 60694-1649**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,144.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.285 **Nonpriority creditor's name and mailing address**
**GULF DISTRIBUTING OF ALABAMA**
**5860 ENDEAVOR WAY**
**TANNER, AL 35671**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$625.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.286 **Nonpriority creditor's name and mailing address**
**H2O CLEANING**
**P.O. Box 603**
**Excelsior Springs, MO 64024**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$585.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.287 **Nonpriority creditor's name and mailing address**
**HAB-BPT**
**P.O. Box 21810**
**LEHIGH VALLEY, PA 18002-1810**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,700.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.288 **Nonpriority creditor's name and mailing address**
**HALPERN'S STEAK**
**AND SEAFOOD CO. LLC**
**P.O. Box 84943**
**Chicago, IL 60689-4943**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,264.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.289 **Nonpriority creditor's name and mailing address**
**HAPPY CHEF INC**
**22 PARK PLACE**
**BUTLER, NJ 07405**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,561.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.290 **Nonpriority creditor's name and mailing address**
**HARBOR DISTRIBUTING, LLC**
**P.O. Box 842685**
**LOS ANGELES, CA 90084-2684**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$492.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.291 **Nonpriority creditor's name and mailing address**
**HARTFORD DISTRIBUTORS**
**131 CHAPEL ROAD**
**P.O. Box 8400**
**MANCHESTER, CT 06042**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$358.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.292 **Nonpriority creditor's name and mailing address**
**HAWK ELECTRIC INC.**
**P.O. Box 540150**
**North Salt Lake, UT 84054-0150**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,499.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.293 **Nonpriority creditor's name and mailing address**
**HEIDELBERG DIST- COLUMBUS**
**3801 PARKWEST DRIVE**
**COLUMBUS, OH 43228**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,708.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.294 **Nonpriority creditor's name and mailing address**
**HEIDELBERG CINCINNATI**
**1518 DALTON AVE**
**CINCINNATI, OH 45214**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,715.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.295 **Nonpriority creditor's name and mailing address**
**HEIDELBERG DIST OF DAYTON**
**3601 DRYDEN RD**
**MORAINE, OH 45439**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,306.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.296 **Nonpriority creditor's name and mailing address**
**HEIDELBERG DIST. CLEVELAND**
**9101 E PLEASANT VALLEY RD**
**INDEPENDENCE, OH 44131**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,555.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.297 **Nonpriority creditor's name and mailing address**
**HEIGHTS SECURITY INC**
**920 SAN MATEO BLVD NE**
**ALBUQUERQUE, NM 87108**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,866.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.298 **Nonpriority creditor's name and mailing address**
**HENSLEY & COMPANY**
**4201 N 45TH AVENUE**
**PHOENIX, AZ 85031**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$123.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.299 **Nonpriority creditor's name and mailing address**
**HIGH-TECH VINYL REPAIR**
**635 LAMP POST LN.**
**OAK POINT, TX 75068**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$944.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.300 **Nonpriority creditor's name and mailing address**
**Hilco Real Estate, LLC**
**5 Revere Drive**
**Suite 206**
**Northbrook, IL 60062**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
■ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.301 **Nonpriority creditor's name and mailing address**
**HOFFMAN BEVERAGE**
**4105 S MILITARY HWY**
**CHESAPEAKE, VA 23321**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$458.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.302 **Nonpriority creditor's name and mailing address**
**HOUMANN'S FISH & SEAFOOD**
**1026 LIBERTY ST**
**RACINE, WI 53404**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,068.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.303 **Nonpriority creditor's name and mailing address**
**I.D. GRIFFITH, INC.**
**735 SOUTH MARKET STREET**
**WILMINGTON, DE 19801**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,546.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.304 **Nonpriority creditor's name and mailing address**
**IMPERIAL BEVERAGE**
**3825 EMERALD DR**
**KALAMAZOO, MI 49001**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$756.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.305 **Nonpriority creditor's name and mailing address**
**Impero Wine Distributors VA Inc**
**7965 Twist Lane**
**Springfield, VA 22153**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$576.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.306 **Nonpriority creditor's name and mailing address**
**INDEPENDENT SIGN & LIGHTING**
**1725 S NOVA RD**
**SUITE E8**
**SOUTH DAYTONA, FL 32119**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,397.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.307 **Nonpriority creditor's name and mailing address**
**INKIND CARDS, INC.**
**ATTENTION: MERCHANT SUPPORT**
**600 CONGRESS AVE., SUITE 170**
**Austin, TX 78701**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.308 **Nonpriority creditor's name and mailing address**
**INTEGRATED PLUMBING SOL**
**P.O. Box 1113**
**WEST JORDAN, UT 84084**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,544.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.309 **Nonpriority creditor's name and mailing address**
**INTERNATIONAL APPRAISAL CO**
**6 ARROW ROAD**
**STE 100**
**RAMSEY, NJ 07446**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,760.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.310 **Nonpriority creditor's name and mailing address**
**IOWA BEVERAGE SYSTEM**
**2115 NORTHEAST 58TH AVE**
**DES MOINES, IA 50313**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$153.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.311 **Nonpriority creditor's name and mailing address**
**ISST, INC**
**407 SUN BLVD**
**BEAR, DE 19701**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,597.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

**3.312** **Nonpriority creditor's name and mailing address**
**J.J. TAYLOR DIST. CO. OF FL**
**2040 PARK 82 DRIVE**
**FORT MYERS, FL 33905**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,087.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address**
**J.R. PLUMBING SEWER & DRAIN CLEANING LLC**
**16817 W GREENFIELD AVE**
**NEW BERLIN, WI 53151**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$382.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**
**JAGS MECHANICAL INC.**
**4772 RIVER ROAD**
**Cincinnati, OH 45233**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,714.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address**
**JAM MECHANICAL**
**8998 NW 117TH TERR**
**Hialeah, FL 33018**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,142.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address**
**JAYHAWK FIRE SPRINKLER CO**
**110 NE GORDON STREET**
**TOPEKA, KS 66608**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$540.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** **Nonpriority creditor's name and mailing address**
**JB MUTUAL DISTRUBUTING**
**2233 CAPITAL BLVD.**
**RALEIGH, NC 27604**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,543.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** **Nonpriority creditor's name and mailing address**
**JCP & L**
**P.O. Box 3687**
**AKRON, OH 44309-3687**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,799.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.319 **Nonpriority creditor's name and mailing address**
**JERRY'S DRAIN CLEANING**
**715 WILLIAM ST., #7**
**Fredericksburg, VA 22401**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.320 **Nonpriority creditor's name and mailing address**
**JF ELECTRICAL CONTRACTORS**
**P.O. Box 2526**
**SPOTSYLVANIA, VA 22553**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.321 **Nonpriority creditor's name and mailing address**
**JOE BELAN**
**1285 SNEE DR**
**PITTSBURGH, PA 15236**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$2,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.322 **Nonpriority creditor's name and mailing address**
**JOHNSON BROTHERS OF FLORIDA**
**4520 S. CHURCH AVE.**
**TAMPA, FL 33611**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$1,338.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.323 **Nonpriority creditor's name and mailing address**
**JOHNSON BROTHERS OF NV**
**4701 Mitchell Street**
**North Las Vegas, NV 89081**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$540.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.324 **Nonpriority creditor's name and mailing address**
**JOHNSON BROTHERS OF WI**
**301 E VIENNA AVE**
**MILWAUKEE, MI 53212**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$2,373.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

3.325 **Nonpriority creditor's name and mailing address**
**JOHNSON BROTHERS SVC DIST**
**8397 PARIS STREET**
**LORTON, VA 22079**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _
As of the petition filing date, the claim is: *Check all that apply.* **$360.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

**3.326 Nonpriority creditor's name and mailing address**
**JOHNSON CONTROLS**
**P.O. Box 371967**
**PITTSBURGH, PA 15250-7967**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$45,422.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.327 Nonpriority creditor's name and mailing address**
**JORDAN CREEK TOWN CENTER**
**SDS 12 2423**
**P.O. Box 86**
**MINNEAPOLIS, MN 55486-2423**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$87,123.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.328 Nonpriority creditor's name and mailing address**
**JORDAN TAX SERVICE INC**
**ROSS TOWNSHIP**
**P.O. Box 645124**
**PITTSBURGH, PA 15264-5124**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,354.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.329 Nonpriority creditor's name and mailing address**
**Katten**
**525 West Monroe Street**
**Chicago, IL 60661-3693**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.330 Nonpriority creditor's name and mailing address**
**KAY HEATING & AIR COND.**
**809 POST STREET**
**GREENSBORO, NC 27405**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,410.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.331 Nonpriority creditor's name and mailing address**
**KC WATER**
**P.O. Box 807045**
**KANSAS CITY, MO 64180-7045**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,499.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.332 Nonpriority creditor's name and mailing address**
**KEG 1 RIVER CITY, LLC**
**P.O. Box 58369**
**LOUISVILLE, KY 40268**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$452.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.333 **Nonpriority creditor's name and mailing address**
**KELLER STEEL**
**11703 BASSWOOD ROAD**
**CHARDON, OH 44024**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,222.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.334 **Nonpriority creditor's name and mailing address**
**KENNICO CONSTRUCTION**
**2386 SILVER POINTE DR**
**WATERFORD, MI 48328**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.335 **Nonpriority creditor's name and mailing address**
**KETER ENVIRONMENTAL SRVS**
**P.O. Box 417468**
**BOSTON, MA 02241-7468**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$50,687.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.336 **Nonpriority creditor's name and mailing address**
**KEVIN CLEMMONS**
**629 SKYTOP DE**
**CUMMING, GA 30040**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.337 **Nonpriority creditor's name and mailing address**
**KEVMCO INC**
**7810 MOUNT PLEASANT RD**
**WILLOW SPRING, NC 27592**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$900.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.338 **Nonpriority creditor's name and mailing address**
**KIMBLE RECYCLING & DISPOSAL**
**P.O. Box 448**
**DOVER, OH 44622**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$892.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.339 **Nonpriority creditor's name and mailing address**
**KLABUNDE DELIVERY SERVICES INC**
**8555 IZARD STREET**
**OMAHA, NE 68114**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,990.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.340 **Nonpriority creditor's name and mailing address**
**KNIGHT ELECTRIC CO., INC.**
**7513 CENTRAL INDUSTRIAL DR**
**RIVIERA BEACH, FL 33404**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$715.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.341 **Nonpriority creditor's name and mailing address**
**KNOXCET LLC**
**127 PERIMETER PARK RD**
**STE C**
**KNOXVILLE, TN 37922**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.342 **Nonpriority creditor's name and mailing address**
**KNOXVILLE BEVERAGE COMPANY**
**P.O. Box 51628**
**KNOXVILLE, TN 37950-1628**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,530.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.343 **Nonpriority creditor's name and mailing address**
**KONRAD BEVERAGE CO.**
**1320 HURFFVILLE ROAD**
**P.O. Box 5396**
**DEPTFORD, NJ 08096**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$329.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.344 **Nonpriority creditor's name and mailing address**
**KOZLOVICH ENTERPRISES**
**WINDOW CLEANING**
**4067 ERIE STREET**
**WILLOUGHBY, OH 44094**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,635.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.345 **Nonpriority creditor's name and mailing address**
**KRAMER BEVERAGE CO. , LLC**
**P.O. Box 470**
**161 S 2ND ROAD**
**HAMMONTON, NJ 08037**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,684.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

3.346 **Nonpriority creditor's name and mailing address**
**KRG LANSING EASTWOOD LLC**
**13068 COLLECTION CENTER DR**
**Chicago, IL 60693-0130**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$67,280.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

| No. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.347 | **LAFAYETTE PARTNERS**<br>**5812 DARLINGTON RD**<br>**PITTSBURGH, PA 15217**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$22,942.67** |
| 3.348 | **LANCASTER'S HANDYMAN**<br>**110 CATALPA LN**<br>**Washington Boro, PA 17582**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,503.00** |
| 3.349 | **LAND/LALK SERVICES LLC**<br>**630 LOWERIES RUN ROAD**<br>**PITTSBURGH, PA 15237**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,357.00** |
| 3.350 | **LANDERT BREAD**<br>**6041 COPPER LEAF LN**<br>**NAPLES, FL 34116**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,878.70** |
| 3.351 | **LANSING BOARD WATER & LIGHT**<br>**P.O. Box 30824**<br>**LANSING, MI 48909-8311**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,084.09** |
| 3.352 | **LARRY'S LOCK, SAFE**<br>**AND SECURITY CENTER**<br>**8005 PLAINFIELD ROAD**<br>**Salt Lake City, UT 84126**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$198.64** |
| 3.353 | **LAS VEGAS TOWEL & TISSUE**<br>**P.O. Box 94946**<br>**LAS VEGAS, NV 89193**<br>Date(s) debt was incurred **8/18/2025**<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Trade debt**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,313.85** |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

**3.354** Nonpriority creditor's name and mailing address
**LASER REFRIGERATION CO.**
**P.O. Box 151**
**KERNERSVILLE, NC 27285**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,799.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.355** Nonpriority creditor's name and mailing address
**LAUREL LINEN SERVICE, INC.**
**P.O. Box 15695**
**PITTSBURGH, PA 15244**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$20,829.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** Nonpriority creditor's name and mailing address
**LAWTON COMMERCIAL SRV**
**P.O. Box 1179**
**MCKINNEY, TX 75070**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$6,955.33**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** Nonpriority creditor's name and mailing address
**Legacy Village Investors LLC**
**c/o Berkadia Commercial Mtg**
**P.O. Box 944406**
**Cleveland, OH 44194-0012**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$29,406.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** Nonpriority creditor's name and mailing address
**LEGALSHIELD**
**P.O. Box 660903**
**DALLAS, TX 75266-9488**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$208.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** Nonpriority creditor's name and mailing address
**LENNOX TOWN CENTER LTD**
**c/o CASTO**
**P.O. Box 1450**
**COLUMBUS, OH 43216**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$16,608.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** Nonpriority creditor's name and mailing address
**LEPPERT PROP. MAINT.**
**3304 WILLOW WAY**
**LOUISVILLE, KY 40218**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$4,812.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.361 **Nonpriority creditor's name and mailing address**
**LIBERTY CENTER LLC.**
**7600 GIBSON RD**
**L-3745**
**COLUMBUS, OH 43260-3745**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$166,980.13**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.362 **Nonpriority creditor's name and mailing address**
**LIBERTY TOWNSHIP**
**5021 WINNERS CIRCLE DRIVE**
**Hamilton, OH 45011**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.363 **Nonpriority creditor's name and mailing address**
**LINCOLN CORNER**
**555 WEST NEWTON STREET**
**GREENSBURG, PA 15601**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,627.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.364 **Nonpriority creditor's name and mailing address**
**LIQUID ENVIRONMENTAL SOL.**
**P.O. Box 733372**
**DALLAS, TX 75373-3372**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,354.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.365 **Nonpriority creditor's name and mailing address**
**LIQUOR LEASING & SERVICE LC**
**9283 S JEAN DR**
**SANDY, UT 84070**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$531.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.366 **Nonpriority creditor's name and mailing address**
**LITECH LIGHTING**
**MANAGEMENT SERVICES INC**
**3549 JOHNNY APPLESEED CT.**
**COLUMBUS, OH 43231**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$727.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.367 **Nonpriority creditor's name and mailing address**
**LIVE OAK LANDSCAPE CONT.**
**2 LAKEVIEW AVE, SUITE 1B**
**PISCATAWAY, NJ 08854**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$266.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.368 **Nonpriority creditor's name and mailing address**
**LODOVICO AND SONS WINDOW CLEANING**
**P.O. Box 651**
**MURRYSVILLE, PA 15668**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,464.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.369 **Nonpriority creditor's name and mailing address**
**LOGAN KARKENNY**
**28 Ocala Lane**
**Fredericksburg, VA 22408**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$595.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.370 **Nonpriority creditor's name and mailing address**
**LONG BEVERAGE**
**10500 WORLD TRADE BLVD**
**RALEIGH, NC 27617**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$626.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.371 **Nonpriority creditor's name and mailing address**
**LOUIS R POLSTER COMPANY**
**P.O. Box 2016**
**COLUMBUS, OH 43216**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,670.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.372 **Nonpriority creditor's name and mailing address**
**M & J BIG WATERFRONT TOWN CENTER LLC**
**ATTN: EMILY WITTMER**
**149 WEST BRIDGE STREET**
**HOMESTEAD, PA 15120**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$72,471.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.373 **Nonpriority creditor's name and mailing address**
**M&M DISTRIBUTING**
**531 W 600 N**
**Salt Lake City, UT 84116**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$155.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.374 **Nonpriority creditor's name and mailing address**
**MACERICH CRABTREE LP**
**DEPT #880901**
**P.O. Box 29650**
**PHOENIZX, AZ 85038**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,660.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.375 **Nonpriority creditor's name and mailing address**
**MAESER SERVICES CORP.**
**11101 ELECTRON DR**
**LOUISVILLE, KY 40299**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,104.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.376 **Nonpriority creditor's name and mailing address**
**MAJOR BRANDS**
**P.O. Box 840141**
**KANSAS CITY, MO 64184**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,406.06**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.377 **Nonpriority creditor's name and mailing address**
**MARED MECHANICAL**
**W128 N8600 OLD ORCHARD RD**
**MARED MECHANICAL**
**Menomonee Falls, WI 53051**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$33,600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.378 **Nonpriority creditor's name and mailing address**
**MARQII INC**
**9639 HILLCROFT ST #878**
**HOUSTON, TX 77096**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,539.78**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.379 **Nonpriority creditor's name and mailing address**
**MARTIGNETTI COMPANIES**
**500 John Hancock Road**
**Taunton, MA 02780**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$508.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.380 **Nonpriority creditor's name and mailing address**
**McNatt Plumbing Company**
**5800 E Broadway Ave**
**Tampa, Fl 33619**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,329.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.381 **Nonpriority creditor's name and mailing address**
**MCSHANE PLUMBING**
**& COMMERCIAL SERVICES**
**152 BIG HORN RD**
**PITTSBURGH, PA 15239**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,742.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

**3.382** **Nonpriority creditor's name and mailing address**
**Mechanical Source Solutions**
**1244 Executive Blvd**
**Bldg B, Suite 101**
**Chesapeake, VA 23320**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,981.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.383** **Nonpriority creditor's name and mailing address**
**MERCHANTVILLE PENNSAUKEN WATER COMMISION**
**6751 WESTFIELD AVE**
**PENNSAUKEN, NJ 08110**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,802.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**
**MESFIN TESSEMA**
**5308 JOSHUA TREE CIRCLE**
**Fredericksburg, VA 22407**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.385** **Nonpriority creditor's name and mailing address**
**METRO ENVIROMENTAL SRVS**
**P.O. Box 725**
**WALLED LAKE, MI 48390-0725**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,102.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.386** **Nonpriority creditor's name and mailing address**
**METROPOLITAN ST LOUIS SEWER DISTRICT**
**P.O. Box 437**
**ST. LOUIS, MO 63166-0437**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,615.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.387** **Nonpriority creditor's name and mailing address**
**MICHAEL SHURNIK WINES, INC.**
**P.O. Box 1315**
**SYOSSET, NY 11791**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$468.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**
**MICHAEL T HORNING**
**c/o MICHAEL T SERVICES LLC**
**4786 LOTZ AVENUE SE**
**EAST CANTON, OH 44730**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,130.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.389 **Nonpriority creditor's name and mailing address**
**MICHAEL'S FINER MEATS**
**29037 NETWORK PLACE**
**Chicago, IL 60673-1290**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,252.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.390 **Nonpriority creditor's name and mailing address**
**MICHIGAN LIQUOR**
**CONTROL COMMISSION**
**17550 ALLEN RD**
**BROWNSTOWN, MI 48193**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,780.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.391 **Nonpriority creditor's name and mailing address**
**MIDAMERICAN ENERGY CO.**
**P.O. Box 8020**
**DAVENPORT, IA 52808-8020**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,086.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.392 **Nonpriority creditor's name and mailing address**
**MIDWEST REPAIR SERVICE**
**200 WEST TESSON ST**
**ST. LOUIS, MO 63111**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,695.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.393 **Nonpriority creditor's name and mailing address**
**MIKE-MIKE UPHOLSTERY SRV**
**P.O. Box 853**
**SILER CITY, NC 27344**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,066.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.394 **Nonpriority creditor's name and mailing address**
**MILLERS TEXTILE SERVICES INC**
**P.O. Box 239**
**WAPAKONETA, OH 45895**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,548.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.395 **Nonpriority creditor's name and mailing address**
**MISSOURI AMERICAN WATER**
**P.O. Box 6029**
**CAROL, IL 60197-6029**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,694.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.396 **Nonpriority creditor's name and mailing address**
**MOLLY'S WINDOWS INC.**
**590 PARK AVE**
**SUITE 1A**
**FREEHOLD, NJ 07728**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,479.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.397 **Nonpriority creditor's name and mailing address**
**MONARCHS SUB LLC.**
**P.O. Box 734271**
**DALLAS, TX 75373-4271**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$105,220.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.398 **Nonpriority creditor's name and mailing address**
**MR ELECTRIC OF CENTRAL IOWA**
**4200 FOX STREET**
**COLFAX, IA 50054**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$438.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.399 **Nonpriority creditor's name and mailing address**
**MR. ROOTER PLUMBING**
**OF ST. LOUIS**
**1741 Rudder Ind'l Park Drive**
**Fenton, MO 63026**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$765.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.400 **Nonpriority creditor's name and mailing address**
**MTL ASSOCIATES INC**
**dba FISH WINDOW CLEANING**
**P.O. Box 32067**
**Palm Beach Gardens, FL 33420**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,992.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.401 **Nonpriority creditor's name and mailing address**
**MUETZEL PLUMBING HEATING**
**P.O. Box 12489**
**COLUMBUS, OH 43212**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,560.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.402 **Nonpriority creditor's name and mailing address**
**MUTUAL DISTRUBUTING CO**
**149 S WALNUT CIRCLE**
**GREENSBORO, NC 27409**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,135.32**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

**3.403** **Nonpriority creditor's name and mailing address**
**N.K.S. DISTRIBUTORS**
**P.O. Box 810**
**SMYRNA, DE 19977**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$322.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.404** **Nonpriority creditor's name and mailing address**
**NATIONAL DISTRIBUTING CO.**
**5920 OFFICE BLVD**
**DALLAS, TX 75320-4393**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,008.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.405** **Nonpriority creditor's name and mailing address**
**NATIONAL SIGN CORP.**
**780 FOUR ROD RD**
**BERLIN, CT 06037**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,546.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.406** **Nonpriority creditor's name and mailing address**
**NATIONAL SIGN TEAM**
**748 MOORLAND LANE**
**PALM HARBOR, FL 34683**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,545.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.407** **Nonpriority creditor's name and mailing address**
**NCR CORPORATION**
**P.O. Box 198755**
**Atlanta, GA 30384-8755**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$81,199.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.408** **Nonpriority creditor's name and mailing address**
**NELBUD SERVICES LLC**
**NELBUD SERVICES LLC**
**P.O. Box 809641**
**CHICAGO IL, IL 60680-8802**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,975.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.409** **Nonpriority creditor's name and mailing address**
**NEVADA BEVERAGE CO.**
**1801 W.OLYMIC BLVD**
**PASADENA, CA 91199-2309**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$329.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.410 **Nonpriority creditor's name and mailing address**
**NEW HORIZON COMM.**
**P.O. Box 981073**
**BOSTON, MA 02298-1073**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,071.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.411 **Nonpriority creditor's name and mailing address**
**NEW MEXICO GAS COMPANY**
**P.O. Box 27885**
**ALBUQUERQUE, NM 87125-7885**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,166.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.412 **Nonpriority creditor's name and mailing address**
**NEWLY WEDS FOODS**
**29565 NETWORK PLACE**
**CHICAGO, IL 60673-1295**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,219.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.413 **Nonpriority creditor's name and mailing address**
**NEWPORT MEAT COMPANY INC**
**P.O. Box 19726**
**IRVINE, CA 92623-9726**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,203.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.414 **Nonpriority creditor's name and mailing address**
**NORRIS MCLAUGHLIN P.A.**
**P.O. Box 5933**
**BRIDGEWATER, NJ 08807**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$25,119.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.415 **Nonpriority creditor's name and mailing address**
**NORTH KANSAS CITY BEVERAGE**
**203 E 11TH AVE**
**Kansas City, MO 64116**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$439.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.416 **Nonpriority creditor's name and mailing address**
**NOTL PROPERTY OWNER LLC**
**LOCKBOX 005686**
**P.O. Box 645686**
**CINCINNATI, OH 45264-5686**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$126,885.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.417 | **NUAIRE MECHANICAL ENG.**<br>**6171 HUNTLEY ROAD**<br>**SUITE E**<br>**COLUMBUS, OH 43229**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,059.13** |
| 3.418 | **NUCO2 INC.**<br>**2800 SE MARKET PLACE**<br>**STUART, FL 34997**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,508.14** |
| 3.419 | **NV ENERGY**<br>**P.O. Box 30150**<br>**RENO, NV 89520-3150**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,356.14** |
| 3.420 | **O & W INCORPORATED**<br>**3003 WILLIAM AVE**<br>**YPSILANTI, MI 49198**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$301.50** |
| 3.421 | **OBRYAN' S WINE & SPIRITS**<br>**8972 COLUMBIA ROAD**<br>**UNIT A**<br>**LOVELAND, OH 45140**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,108.16** |
| 3.422 | **OH BUREAU OF WORKERS COMP**<br>**P.O. Box 89492**<br>**CLEVELAND, OH 44101-6492**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$24,613.50** |
| 3.423 | **OHIO EAGLE DISTRIBUTING**<br>**9300 ALLEN RD**<br>**WEST CHESTER, OH 45069**<br>Date(s) debt was incurred 8/18/2025<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Trade debt<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,816.76** |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.424 **Nonpriority creditor's name and mailing address**
**OLSON ASSOCIATES LLC**
**1959 S POWER RD**
**STE 103-149**
**MESA, AZ 85206**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,605.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.425 **Nonpriority creditor's name and mailing address**
**OMAHA CEILING INC**
**12755 S 229TH ST**
**GRETNA, NE 68028**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$528.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.426 **Nonpriority creditor's name and mailing address**
**OMEGA ELECTRIC**
**300 MIDDLE ST**
**NEW SALEM, PA 15468**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,111.12**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.427 **Nonpriority creditor's name and mailing address**
**OPENTABLE INC**
**P.O. Box 101861**
**PASADENA, CA 91189-1861**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$113,762.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.428 **Nonpriority creditor's name and mailing address**
**ORLANDO UTILITIES COMM.**
**P.O. Box 31329**
**TAMPA, FL 33631-3329**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,934.24**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.429 **Nonpriority creditor's name and mailing address**
**OXI FRESH CARPET CLEANING**
**OXI FRESH OF ST. LOUIS**
**P.O. Box 440100**
**ST LOUIS, MO 63144**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$540.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.430 **Nonpriority creditor's name and mailing address**
**PACIFIC COAST PROPANE LLC**
**P.O. Box 9087**
**ONTARIO, CA 91762**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,132.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.431 **Nonpriority creditor's name and mailing address**
**PACIFIC ELECTRIC**
**3035 E PATRICK LN**
**STE 13 & 14**
**LAS VEGAS, NV 89120**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,312.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.432 **Nonpriority creditor's name and mailing address**
**PALT CRANBERRY**
**5812 DARLINGTON RD**
**PITTSBURGH, PA 15217**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,875.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.433 **Nonpriority creditor's name and mailing address**
**PAM'S PLANTS**
**15367 WILLOW ARBOR CIRCLE**
**Orlando, FL 32824**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,533.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.434 **Nonpriority creditor's name and mailing address**
**PAMELA Y ROBERTO CONGA**
**595 JEFFERSON DR**
**APT 116**
**Deerfield Beach, FL 33442**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.435 **Nonpriority creditor's name and mailing address**
**PARADISE PROPANE LLC**
**923 NE 24TH LANE**
**CAPE CORAL, FL 33909**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,175.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.436 **Nonpriority creditor's name and mailing address**
**PENN POWER**
**P.O. Box 3687**
**AKRON, OH 44309-3687**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,049.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.437 **Nonpriority creditor's name and mailing address**
**PEPIN DISTRIBUTORS INC**
**4121 N 50TH STREET**
**TAMPA, FL 33610**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$349.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.438 **Nonpriority creditor's name and mailing address**
**PEPSI - CINCINNATI**
**P.O. Box 643383**
**CINCINNATI, OH 45264-3383**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$907.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.439 **Nonpriority creditor's name and mailing address**
**PEPSI BEVERAGES CO.**
**P.O. Box 91884**
**Chicago, IL 60675-1884**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,295.83**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.440 **Nonpriority creditor's name and mailing address**
**PEPSI BOTTLING VENTURES-NC**
**P.O. Box 75990**
**CHARLOTTE, NC 28275-0990**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$198.99**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.441 **Nonpriority creditor's name and mailing address**
**PEPSI-COLA CO-CHICAGO**
**Pepsi-Cola**
**75 Remittance Dr, Suite 1884**
**Chicago, IL 60675-1884**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$326.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.442 **Nonpriority creditor's name and mailing address**
**PEPSI-COLA COMPANY**
**A DIVISION OF PEPSICO, INC.**
**P.O. Box 75948**
**CHICAGO, IL 60675-5948**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,057.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.443 **Nonpriority creditor's name and mailing address**
**PFP COLUMBUS II LLC**
**POLARIS FASHION PLACE**
**L-3581**
**COLUMBUS, OH 43260**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$264,901.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.444 **Nonpriority creditor's name and mailing address**
**PIAZZA PRODUCE**
**& SPECIALTY FOODS**
**P.O. Box 639476**
**CINCINNATI, OH 45263-9476**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,122.72**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.445 **Nonpriority creditor's name and mailing address**
**PIEDMONT NATURAL GAS**
**P.O. Box 1246**
**CHARLOTTE, NC 28201-1246**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,464.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.446 **Nonpriority creditor's name and mailing address**
**PINNACLE COMM. SRVS**
**1621 CARRANDIS RD**
**West Palm Beach, FL 33401**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$20,207.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.447 **Nonpriority creditor's name and mailing address**
**PINNACLE RESTAURANT SOL.**
**10636 ALICO PASS**
**New Port Richey, FL 34655**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,701.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.448 **Nonpriority creditor's name and mailing address**
**PLUMBING MASTER**
**P.O. Box 53137**
**RIVERSIDE, CA 92517**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$360.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.449 **Nonpriority creditor's name and mailing address**
**PNM**
**P.O. Box 27900**
**ALBUQUERQUE, NM 87125-7900**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,021.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.450 **Nonpriority creditor's name and mailing address**
**PR Mercato, LLC**
**91110 Strada Place**
**Suite 6205**
**Naples, FL 34108**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$78,261.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Unpaid rent on closed location
Is the claim subject to offset? ■ No ☐ Yes

3.451 **Nonpriority creditor's name and mailing address**
**PRECISION WASTE SOLUTIONS**
**P.O. Box 18856**
**SHREVEPORT, LA 71138**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,788.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.452 **Nonpriority creditor's name and mailing address**
**PREMIER DISTRIBUTING NM**
**P.O. Box 25806**
**ALBUQUERQUE, NM 87125**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$344.70**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.453 **Nonpriority creditor's name and mailing address**
**PREMIUM DIST OF MICHIGAN**
**3700 GIDDINGS ROAD**
**LAKE ORION, MI 48359**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$531.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.454 **Nonpriority creditor's name and mailing address**
**PRIDE MECHANICAL**
**16423 STILLWELL RD**
**Bonner Springs, KS 66012**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.455 **Nonpriority creditor's name and mailing address**
**PRIME TIME PARTY RENTAL, INC**
**5225 N SPRINGBORO PIKE**
**DAYTON, OH 45439**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,394.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.456 **Nonpriority creditor's name and mailing address**
**PRINT LAS VEGAS**
**5130 S VALLEY VIEW BLVD**
**CHARLOTTE, NC 28201-1246**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$132.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.457 **Nonpriority creditor's name and mailing address**
**PRIORITY PLUMBERS LLC**
**7805 SOUTHWEST ELLIPSE WAY**
**UNIT A15**
**STUART, FL 34997**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,932.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.458 **Nonpriority creditor's name and mailing address**
**PRISA LHC LLC.**
**P.O. Box 732937**
**DALLAS, TX 75373-2937**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$78,261.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.459 **Nonpriority creditor's name and mailing address**
**PRISTINO CLEANING SOLUTIONS**
**110 NOTTINGHAM PLACE**
**BOYNTON BEACH, FL 33426**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,889.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.460 **Nonpriority creditor's name and mailing address**
**PRO REFRIGERATION NT LLC**
**10582 HILLSIDE CIRCLE**
**FRANKSTON, TX 75763**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,781.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.461 **Nonpriority creditor's name and mailing address**
**PRO TECH MEDIA SOLUTIONS**
**2501 WHITE AVE**
**NASHVILLE, TN 37204**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$29,723.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.462 **Nonpriority creditor's name and mailing address**
**PRO TECH RESTAURANT SERVICE**
**P.O. Box 60232**
**FT. MEYERS, FL 33906-6232**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$469.73**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.463 **Nonpriority creditor's name and mailing address**
**PRO-TECH AIR CON.,**
**PLUMBING & ELECTRICAL**
**7210 GARDNER STREET**
**WINTER PARK, FL 32792**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,870.62**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.464 **Nonpriority creditor's name and mailing address**
**PROPANE PEOPLE, INC**
**2544 SW 36TH LANE**
**CAPE CORAL, FL 33914**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$800.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.465 **Nonpriority creditor's name and mailing address**
**PROPERTY-TECH INDUSTRIES**
**1080 GIBBARD AVE**
**COLUMBUS, OH 43201**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,620.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.466 **Nonpriority creditor's name and mailing address**
**PRYOR MECHANICAL LLC**
**221 NW 180TH STREET**
**SMITHVILLE, MO 64089**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,473.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.467 **Nonpriority creditor's name and mailing address**
**PRYOR MECHANICAL LLC**
**221 NW 180TH STREET**
**SMITHVILLE, MO 64089**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$148.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.468 **Nonpriority creditor's name and mailing address**
**R & B COMMERCIAL SERVICE INC**
**P.O. Box 36378**
**ALBUQUERQUE, NM 87176-6378**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,392.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.469 **Nonpriority creditor's name and mailing address**
**R.L. LIPTON DIST. CO.**
**9797 SWEET VALLEY DRIVE**
**VALLEY VIEW, OH 44125**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.470 **Nonpriority creditor's name and mailing address**
**RAGGS SEPTIC SERVICE INC.**
**P.O. Box 1027**
**CONCORD, MA 01742**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,390.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.471 **Nonpriority creditor's name and mailing address**
**RAVE ASSOCIATES**
**260 METTY DR**
**STE H**
**ANN ARBOR, MI 48103**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$306.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.472 **Nonpriority creditor's name and mailing address**
**RCG-WEST CHESTER PM, LLC**
**3060 PEACHTREE ROAD NW**
**SUITE 400**
**ATLANTA, GA 30305**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$106,909.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

**3.473** **Nonpriority creditor's name and mailing address**
**REINHOLD ELECTRIC, INC**
**2511 LEMAY FERRY RD**
**ST LOUIS, MO 63125**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$375.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.474** **Nonpriority creditor's name and mailing address**
**RELIABLE CONTRACTORS INC**
**dba RELIABLE ELECTRIC**
**94 COMPARK ROAD**
**DAYTON, OH 45459**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$179.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.475** **Nonpriority creditor's name and mailing address**
**RELIASTAR LIFE INS. CO.**
**3702 PAYSHERE CIRCLE**
**Chicago, IL 60674**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,072.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.476** **Nonpriority creditor's name and mailing address**
**RENEGADE OIL INC.**
**1141 SOUTH 3200 WEST**
**Salt Lake City, UT 84104**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.477** **Nonpriority creditor's name and mailing address**
**REPAIR 24/7 LLC**
**8532 VIRGINIA MEADOWS DR**
**MANASSASS, VA 20109**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,101.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.478** **Nonpriority creditor's name and mailing address**
**REPUBLIC NATIONAL DIST.**
**441 SW 12th AVE**
**Deerfield Beach, FL 33442**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,158.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

**3.479** **Nonpriority creditor's name and mailing address**
**REPUBLIC NATIONAL DIST.**
**P.O. Box 37100**
**LOUISVILLE, KY 40233-7100**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,126.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.480 **Nonpriority creditor's name and mailing address**
**REPUBLIC NATIONAL DIST.**
**5920 OFFICE BLVD NE**
**ALBUQUERQUE, NM 87109**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,398.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.481 **Nonpriority creditor's name and mailing address**
**REPUBLIC NATIONAL DIST.**
**4901 SAVARESE CIR N**
**TAMPA, FL 33634-2413**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,880.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.482 **Nonpriority creditor's name and mailing address**
**REPUBLIC NATIONAL DIST.**
**4200 CONROY ROAD**
**Orlando, FL 32839**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$2,111.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.483 **Nonpriority creditor's name and mailing address**
**REPUBLIC NATIONAL DIST.**
**14038 WASHINGTON HWY**
**ASHLAND, VA 23005**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$347.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.484 **Nonpriority creditor's name and mailing address**
**REPUBLIC SERVICES #241**
**FOR ALLIED WASTE SYSTEMS**
**P.O. Box 713502**
**CHICAGO, IL 60677-0052**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$3,490.56**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.485 **Nonpriority creditor's name and mailing address**
**REPUBLIC SERVICES #253**
**AWS OF NORTH AMERICA, LLC**
**P.O. Box 713502**
**CHICAGO, IL 60677-0052**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,314.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.486 **Nonpriority creditor's name and mailing address**
**RESTART APPLIANCE LLC**
**409 SIMPLICITY**
**IRVINE, CA 92620**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$506.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.487 **Nonpriority creditor's name and mailing address**
**RESTAURANT CARD CENTRAL**
**P.O. Box 1192**
**WHITE HOUSE, TN 37188**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$229.21**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.488 **Nonpriority creditor's name and mailing address**
**RESTAURANT TECHNOLOGIES**
**12962 COLLECTIONS CENTER DR**
**Chicago, IL 60693**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$60,851.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.489 **Nonpriority creditor's name and mailing address**
**RESTAURANT365**
**P.O. Box 846662**
**LOS ANGELES, CA 90084-6662**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,643.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.490 **Nonpriority creditor's name and mailing address**
**REVAMP UPHOLSTERY**
**916 4TH STREET SW**
**ALBUQUERQUE, NM 87102**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,690.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.491 **Nonpriority creditor's name and mailing address**
**RGH WASTE AND DISPOSAL**
**P.O. Box 31294**
**TAMPA, FL 33631-3294**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,700.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.492 **Nonpriority creditor's name and mailing address**
**RH BARRINGER DISTRIBUTING**
**1620 FAIRFAX RD**
**GREENSBORO, NC 27407**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$815.54**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.493 **Nonpriority creditor's name and mailing address**
**RHINEGEIST BREWERY**
**SPRING GROVE**
**1910 ELM STREET**
**CINCINNATI, OH 45202**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$211.08**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.494 **Nonpriority creditor's name and mailing address**
**RICHMOND CARPET CLEANING**
**4650 PLATEAU DRIVE**
**SPRINGFIELD, OH 45502**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,219.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.495 **Nonpriority creditor's name and mailing address**
**RIFAS FLOORING LLC**
**1904 SOUTHBRIDGE DR**
**ADEL, IA 50003-2523**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$358.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.496 **Nonpriority creditor's name and mailing address**
**RITCHIE & PAGE DIST. CO**
**175 NEW CANTON WAY**
**ROBBINSVILLE, NJ 08691**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$165.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.497 **Nonpriority creditor's name and mailing address**
**RM MEMBER LLC.**
**P.O. BOX 72439**
**CLEVELAND, OH 44192**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$229,335.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.498 **Nonpriority creditor's name and mailing address**
**RNDC AZ**
**402 SOUTH 54TH PLACE**
**PHOENIX, AZ 85034**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,034.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.499 **Nonpriority creditor's name and mailing address**
**RNDC MICHIGAN**
**17550 ALLEN RD**
**BROWNSTOWN, MI 48193**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,380.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.500 **Nonpriority creditor's name and mailing address**
**ROCKY TOP AIR INC.**
**7327 OAK RIDGE HIGHWAY**
**KNOXVILLE, TN 37931-3493**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,966.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,036.67** |
|---|---|---|---|
| | **RODOLFO ROMO**<br>**KNR MECHANICAL, LLC**<br>**1520 DESERT RIDGE AVE**<br>**N LAS VEGAS, NV 89031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/18/2025** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$338.18** |
|---|---|---|---|
| | **ROOFTOP SOLUTIONS**<br>**2019 CORPORATE LANE**<br>**SUITE 119**<br>**NAPERVILLE, IL 60563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/18/2025** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$89,740.17** |
|---|---|---|---|
| | **RPT REALTY LP**<br>**P.O. Box 30344**<br>**TAMPA, FL 33630** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/18/2025** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$189,635.94** |
|---|---|---|---|
| | **RREEF CONTINENTAL**<br>**MASTER TRUST**<br>**P.O. BOX 209266**<br>**AUSTIN, TX 78720-9266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,750.00** |
|---|---|---|---|
| | **RSS ROOFING SERVICES**<br>**AND SOLUTIONS FLORIDA**<br>**216 S NORTON AVE**<br>**ORLANDO, FL 32805** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/18/2025** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,438.45** |
|---|---|---|---|
| | **RSSUBSBB2013-C6-FL BML LLC**<br>**LOCKBOX#745932**<br>**LOS ANGELES, CA 09007-4592** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/18/2025** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,192.81** |
|---|---|---|---|
| | **RUMPKE OF KENTUCKY**<br>**P.O. Box 538710**<br>**CINCINNATI, OH 45253-8710** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **8/18/2025** | Basis for the claim: **Trade debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.508 **Nonpriority creditor's name and mailing address**
**SABATINO NORTH AMERICA**
**P.O. Box 505**
**WEST HAVEN, CT 06516**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$160.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.509 **Nonpriority creditor's name and mailing address**
**SADDLEBACK PLUMBING INC**
**23901 REMME RIDGE**
**LAKE FOREST, CA 92630**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$145.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.510 **Nonpriority creditor's name and mailing address**
**SAFE DRY CARPET CLEANING**
**314 CANYON DR**
**PELHAM, AL 35124**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.511 **Nonpriority creditor's name and mailing address**
**SAGEMORE MANAGEMENT LLC.**
**8000 SAGEMORE DRIVE**
**SUITE 8201**
**MARLTON, NJ 08053**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$84,644.92**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.512 **Nonpriority creditor's name and mailing address**
**SAMCO FACILITIES MAINT.**
**11878 BROOKFIELD ST**
**LIVONIA, MI 48150**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,562.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.513 **Nonpriority creditor's name and mailing address**
**SCHINDLER ELEVATOR CORP**
**P.O. Box 93050**
**CHICAGO IL, IL 60673-3050**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,108.16**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.514 **Nonpriority creditor's name and mailing address**
**SCHOOLCRAFT COMMONS**
**UNIT 3 SPE, LLC**
**150 W 2ND ST, STE 200**
**ROYAL OAK, MI 48067**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$46,455.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.515 **Nonpriority creditor's name and mailing address**
**SEAFOOD SUPPLY CO.**
**P.O. Box 222251**
**DALLAS, TX 75222-2251**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,340.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.516 **Nonpriority creditor's name and mailing address**
**SEASONED 2.0 INC**
**548 MARKET ST**
**PMB 92142**
**SAN FRANCISCO, CA 94104-5401**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,073.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.517 **Nonpriority creditor's name and mailing address**
**SEGOVIA'S DISTRIBUTING, INC**
**3310 MENAUL BLVD. NE**
**ALBUQUERQUE, NM 87107**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,822.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.518 **Nonpriority creditor's name and mailing address**
**SEMINO TILE & MARBLE, LLC**
**14265 SW 75 TERRACE**
**MIAMI, FL 33183**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.519 **Nonpriority creditor's name and mailing address**
**SERVCO LLC**
**701 BAGLEY DR**
**TRUSSVILLE, AL 35173**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,405.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.520 **Nonpriority creditor's name and mailing address**
**SERVICE FIRST**
**2510 N GRAND AVE #110**
**SANTA ANA, CA 92705**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,740.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.521 **Nonpriority creditor's name and mailing address**
**SERVISOFT OF MIDDLEFIELD**
**14299 KINSMAN RD**
**BURTON, OH 44021**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$997.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

**3.522** **Nonpriority creditor's name and mailing address**
**SETPOINT REFRIGERATION LLC**
**170 SCOTT SWAMP RD**
**UNIT C**
**FARMINGTON, CT 06032**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,418.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.523** **Nonpriority creditor's name and mailing address**
**SHEAKLEY UNISERVICE INC**
**P.O. Box 952089**
**CLEVELAND, OH 44193**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,665.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.524** **Nonpriority creditor's name and mailing address**
**SHORE POINT DIST CO**
**P.O. Box 275**
**ADELPHIA, NJ 07710**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$687.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.525** **Nonpriority creditor's name and mailing address**
**SIEMENS INDUSTRY, INC.**
**c/o CITYBANK (BLDG TECH)**
**P.O. Box 2134**
**CAROL STREAM, IL 60132-2134**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,030.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.526** **Nonpriority creditor's name and mailing address**
**SIRNA & SONS PRODUCE**
**7176 STATE RT 88**
**RAVENNA, OH 44266**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$178.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.527** **Nonpriority creditor's name and mailing address**
**SKURNIK WINES WEST**
**P.O. Box 421**
**SYOSSET, NY 11791**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,105.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.528** **Nonpriority creditor's name and mailing address**
**SLOCUM & SONS**
**P.O. Box 476**
**NORTH HAVEN, CT 06473**
**Date(s) debt was incurred 8/18/2025**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$908.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.529 **Nonpriority creditor's name and mailing address**
**SMART SOURCE LLC**
**BOSTON DIVISION**
**P.O. Box 106068**
**Atlanta, GA 30348-6068**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,709.26**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.530 **Nonpriority creditor's name and mailing address**
**SOCALGAS**
**P.O. Box C**
**MONTEREY PARK, CA 91756-5111**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,176.67**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

---

3.531 **Nonpriority creditor's name and mailing address**
**SOUTHERN CALIFORNIA EDISON**
**P.O. Box 300**
**ROSEMEAD, CA 91771-0001**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,503.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.532 **Nonpriority creditor's name and mailing address**
**SOUTHERN EAGLE DISTRIBUTING**
**P.O. Box 12399**
**Fort Pierce, FL 34981**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$405.25**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.533 **Nonpriority creditor's name and mailing address**
**SOUTHERN GLAZER'S OF AZ**
**2375 S 45TH AVE**
**PHOENIX, AZ 85043**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,791.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.534 **Nonpriority creditor's name and mailing address**
**SOUTHERN GLAZER'S OF CA**
**FILE 56002**
**LOS ANGELES, CA 90074-6002**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,186.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.535 **Nonpriority creditor's name and mailing address**
**SOUTHERN GLAZER'S OF DE**
**P.O. Box 70235**
**PHILADELPHIA, PA 19176-0235**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,121.52**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

---

**3.536** Nonpriority creditor's name and mailing address
**SOUTHERN GLAZER'S OF FL**
**P.O. Box 947921**
**Atlanta, GA 30394-7921**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$17,041.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.537** Nonpriority creditor's name and mailing address
**SOUTHERN GLAZER'S OF IA**
**4550 EXCEL PARKWAY**
**SUITE 500**
**ADDISON, TX 75001**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,010.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.538** Nonpriority creditor's name and mailing address
**SOUTHERN GLAZER'S OF KY**
**P.O. Box 946878**
**Atlanta, GA 30394-6878**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$5,770.63**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.539** Nonpriority creditor's name and mailing address
**SOUTHERN GLAZER'S OF MO**
**4550 EXCEL PARKWAY**
**SUITE 500**
**ADDISON, TX 75001**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$11,348.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.540** Nonpriority creditor's name and mailing address
**SOUTHERN GLAZER'S OF NE**
**P.O. Box 27069**
**OMAHA, NE 68127**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$2,329.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.541** Nonpriority creditor's name and mailing address
**SOUTHERN GLAZER'S OF NV**
**P.O. Box 19299**
**LAS VEGAS, NV 89132**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$14,701.86**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.542** Nonpriority creditor's name and mailing address
**SOUTHERN GLAZER'S OF OH**
**4550 EXCEL PARKWAY**
**SUITE 500**
**ADDISON, TX 75001**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$19,260.59**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.543 **Nonpriority creditor's name and mailing address**
**SOUTHERN GLAZER'S OF TX**
**4550 EXCEL PARKWAY**
**SUITE 500**
**ADDISON, TX 75001**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,491.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.544 **Nonpriority creditor's name and mailing address**
**SOUTHERN WINE**
**& SPIRITS LAKELAND**
**P.O. Box 90249**
**LAKELAND, FL 90249**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,563.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.545 **Nonpriority creditor's name and mailing address**
**SOUTHWASTE DISPOSAL LLC.**
**P.O. Box 53988**
**LAFAYETTE, LA 70505-3988**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,819.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.546 **Nonpriority creditor's name and mailing address**
**SOUTHWEST GAS**
**P.O. Box 24531**
**OAKLAND, CA 94623-1531**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,914.44**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.547 **Nonpriority creditor's name and mailing address**
**SPARTAN HOLDINGS LLC**
**c/o OLIVER SMITH REALTY**
**7216 WELLINGTON DR., STE 1**
**KNOXVILLE, TN 37919**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$46,958.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.548 **Nonpriority creditor's name and mailing address**
**SPEC'S LIQUORS - HOUSTON**
**2410 SMITH STREET**
**HOUSTON, TX 77006**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,742.07**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.549 **Nonpriority creditor's name and mailing address**
**SPECTRUM BUSINESS**
**P.O. Box 6030**
**CAROL STREAM, IL 60197**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$877.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.550 **Nonpriority creditor's name and mailing address**
**SPOTLESS AWNINGS INC.**
**14660 N 43RD AVE W**
**COLFAX, IA 50054**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$561.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.551 **Nonpriority creditor's name and mailing address**
**SPOTSYLVANIA MALL COMPANY**
**P.O. Box 7535**
**CAROL STREAM, IL 60197-7535**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$87,012.42**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.552 **Nonpriority creditor's name and mailing address**
**SPROUT SOCIAL, INC.**
**DEPT. CH 17275**
**PALATINE, IL 60055-7275**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,349.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.553 **Nonpriority creditor's name and mailing address**
**SRMF TOWN SQUARE OWNER**
**P.O. Box 748550**
**LOS ANGELES, CA 90074-8550**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$57,456.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.554 **Nonpriority creditor's name and mailing address**
**ST LOUIS CEILING INSTALLERS**
**4877 OLDENBURG AVE**
**SAINT LOUIS, MO 63123**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$350.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.555 **Nonpriority creditor's name and mailing address**
**STACO ELECTRIC CONST CO**
**11030 HICKMAN MILLS DRIVE**
**KANSAS CITY, MO 64134**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,727.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.556 **Nonpriority creditor's name and mailing address**
**STAGNARO DISTRUBUTING INC**
**1600 DOLWICK DRIVE**
**ERLANGER, KY 41018**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$575.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.557 **Nonpriority creditor's name and mailing address**
**STANDARD DISTRIBUTING INC**
**100 S MEWS DR**
**NEW CASTLE, DE 19720**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$590.05**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.558 **Nonpriority creditor's name and mailing address**
**STANDARD SALES COMPANY**
**4400 PRODUCE RD**
**LOUISVILLE, KY 40218**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$126.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.559 **Nonpriority creditor's name and mailing address**
**STANDARD WASTE SERVICE**
**21 EDGEBORO ROAD**
**East Brunswick, NJ 08816**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,915.93**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.560 **Nonpriority creditor's name and mailing address**
**STAPLES**
**P.O. Box 70242**
**PHILADELPHIA, PA 19176-0242**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$32,647.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.561 **Nonpriority creditor's name and mailing address**
**STAR DISTRIBUTORS INC**
**STAR DISTRIBUTORS**
**P.O. Box 1200**
**NEW HAVEN, CT 06505**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$588.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.562 **Nonpriority creditor's name and mailing address**
**STARK COUNTY METROPOLITAN SEWER DISTRICT**
**P.O. Box 9972**
**CANTON, OH 44711-0972**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,179.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.563 **Nonpriority creditor's name and mailing address**
**STEEL CITY GREASE TRAPS**
**3608 SPRING GARDEN RD**
**PITTSBURGH, PA 15212**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,025.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.564 **Nonpriority creditor's name and mailing address**
**STEPHENS DISTRIBUTING**
**5650 ANGLERS AVE**
**Fort Lauderdale, FL 33312**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$341.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.565 **Nonpriority creditor's name and mailing address**
**STIARWALT ELECTRIC INC**
**108 ARIEL CT**
**ST CHARLES, MO 63303**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,065.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Services
Is the claim subject to offset? ■ No ☐ Yes

3.566 **Nonpriority creditor's name and mailing address**
**SUBURBAN NATURAL GAS CO.**
**P.O. Box 130**
**CYGNET, OH 43413-0130**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,258.97**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.567 **Nonpriority creditor's name and mailing address**
**SUBZERO AIR CONDITIONING AND REFRIGERATION INC**
**2000 COMANCHE TRAIL NW**
**LABELLE, FL 33935**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,692.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.568 **Nonpriority creditor's name and mailing address**
**SUMMIT DISTRIBUTING**
**3201 RIDER TRAIL SOUTH**
**EARTH CITY, MO 63048**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,076.94**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.569 **Nonpriority creditor's name and mailing address**
**SUNBELT RENTALS INC**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,591.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.570 **Nonpriority creditor's name and mailing address**
**SUNCOAST BEVERAGE SALES**
**4480 DR MLK JR BLVD**
**FORT MYERS, FL 33905**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$787.17**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.571 **Nonpriority creditor's name and mailing address**
**SUNDIAL LOCKSMITH LLC**
**1709 E GUADALUPE RD**
**TEMPE, AZ 85283**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,031.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.572 **Nonpriority creditor's name and mailing address**
**SUNSHINE WINDOW CLEANING**
**P.O. Box 220044**
**KIRKWOOD, MO 63122**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$570.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.573 **Nonpriority creditor's name and mailing address**
**SUNWEST ALL SERVICE INC.**
**3945 TOLL HOUSE DR**
**NAPLES, FL 34114**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,674.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.574 **Nonpriority creditor's name and mailing address**
**SUPERIOR BEVERAGE GROUP**
**8133 HIGHFIELD DRIVE**
**LEWIS CENTER, OH 43035**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,845.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.575 **Nonpriority creditor's name and mailing address**
**SUPERIOR BEVERAGE GROUP**
**31031 DIAMOND PARKWAY**
**GLENWILLOW, OH 44139**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,061.36**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.576 **Nonpriority creditor's name and mailing address**
**SUPERIOR PRESSURE WASHING**
**204 DRUMMOND RD**
**HUNTSVILLE, AL 35802**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,225.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.577 **Nonpriority creditor's name and mailing address**
**SUPERLITE CLEANING SERVICE**
**1227 EAST FRONT STREET #9D**
**PLAINFIELD, NJ 07062**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$629.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.578 **Nonpriority creditor's name and mailing address**
**SUPREME MECHANICAL SRVS**
**1460 SW 3 STREET**
**SUITE B3**
**POMPANO BEACH, FL 33069**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,567.14**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.579 **Nonpriority creditor's name and mailing address**
**SWEET HONEY INC.**
**P.O. Box 7512**
**URBANDALE, IA 50323**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$600.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.580 **Nonpriority creditor's name and mailing address**
**SYMETRA FINANCIAL**
**P.O. Box 1491**
**WINTER PARK, FL 32792**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$118,976.48**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.581 **Nonpriority creditor's name and mailing address**
**SYMETRA LIFE INS. CO**
**BENEFITS DIVISION-ACCT SERV**
**P.O. Box 1491**
**MINNEAPOLIS, MN 55480-1491**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$43,700.61**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.582 **Nonpriority creditor's name and mailing address**
**SYSCO CORPORATION**
**24500 Northwest Freeway**
**Crypress, TX 77429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,933,757.22**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.583 **Nonpriority creditor's name and mailing address**
**TAMPA WESTSHORE ASSOCIATES**
**DEPT 177001**
**P.O. BOX 67000**
**DETROIT, MI 48267-1770**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$181,037.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.584 **Nonpriority creditor's name and mailing address**
**TANGER PROPERTIES LTD PTNR**
**P.O. Box 414225**
**Boston, MA 02241-4225**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$54,510.04**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.585 **Nonpriority creditor's name and mailing address**
**TANN ELECTRIC**
**13216 WEST 99TH STREET**
**LENEXA, KS 66215**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,506.10**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.586 **Nonpriority creditor's name and mailing address**
**TARHEEL LINEN SERVICE. INC.**
**P.O. Box 15028**
**DURHAM, NC 27704-0028**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$21,042.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.587 **Nonpriority creditor's name and mailing address**
**TB MALL AT UTC LLC.**
**P.O. BOX 674647**
**DETROIT, MI 48267-4647**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$139,539.51**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.588 **Nonpriority creditor's name and mailing address**
**TEASDALE FENTON CARPET CLEAN**
**12145 CENTRON PLACE**
**CINCINNATI, OH 45246**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$682.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.589 **Nonpriority creditor's name and mailing address**
**TECHNICARE HOME PROS**
**10366 LIBERTY ROAD S**
**POWELL, OH 43065**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,695.92**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.590 **Nonpriority creditor's name and mailing address**
**TEN31 SOLUTIONS LLC**
**2905 HUNTERS WAY**
**WYLIE, TX 75098**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,284.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.591 **Nonpriority creditor's name and mailing address**
**TENAPOGEE CORPORATION**
**30520 SWAN RD**
**SORRENTO, FL 32776**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$505.82**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

**3.592 Nonpriority creditor's name and mailing address**
**TERRY'S PLUMBING SERVICE INC**
**2401 15TH ST**
**SARASOTA, FL 34237**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$3,567.50**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.593 Nonpriority creditor's name and mailing address**
**TGM CCV PROPERTY LLC**
**P.O. BOX 843386**
**DALLAS, TX 75282-3386**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$242,261.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.594 Nonpriority creditor's name and mailing address**
**THE COLUMBUS DIST. CO**
**4949 FREEWAY DR EAST**
**COLUMBUS, OH 43229**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,483.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.595 Nonpriority creditor's name and mailing address**
**THE DTX CO. DBA FLOWCODE**
**233 SPRING ST, 4TH FL WEST**
**NEW YORK, NY 10013**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$6,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.596 Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS**
**DETROIT NORTH**
**2685 LAPEER RD, Ste 210**
**AUBURN HILLS, MI 48326**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$12,801.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.597 Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS**
**OF GREATER PA**
**1635 Bustleton Pike, Unit F**
**Feasterville Trevose, PA 19053**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$1,923.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

**3.598 Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS**
**OF ANNARBOR**
**2890 CARPENTER RD, SUIT 700**
**ANN ARBOR, MI 48108-1190**
Date(s) debt was incurred **8/18/2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$786.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: **Trade debt**
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.599 **Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS**
**875 WALNUT STREET**
**SUITE 25**
**CARY, NC 27511**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$289.58**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.600 **Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS OF CENTRAL OHIO**
**7500 GREEN MEADOWS DR.**
**UNIT 5306**
**LEWIS CENTER, OH 43035**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$380.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.601 **Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS-CINCI**
**635 W 7TH ST**
**STE 306**
**CINCINNATI, OH 45203**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$716.87**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.602 **Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS-PA N**
**1912 ART SCHOOL RD**
**Chester Springs, PA 19425**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$245.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.603 **Nonpriority creditor's name and mailing address**
**THE FLYING LOCKSMITHS-VA**
**4215 LAFAYETTE CENTER DR**
**SUITE 5**
**CHANTILLY, VA 20151**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,659.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.604 **Nonpriority creditor's name and mailing address**
**THE HOUSE OF LAROSE INC**
**6745 SOUTHPOINTE PARKWAY**
**BRECKSVILLE, OH 44141**
**Date(s) debt was incurred** 8/20/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$98.37**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.605 **Nonpriority creditor's name and mailing address**
**THE ILLUMINATING COMPANY**
**P.O. Box 3687**
**AKRON, OH 44309-3687**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,241.31**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.606 **Nonpriority creditor's name and mailing address**
**THE KNOT WORLDWIDE**
**WEDDING PRO**
**P.O. Box 32177**
**New York, NY 10087-2177**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$5,594.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.607 **Nonpriority creditor's name and mailing address**
**THE POWER OF TOOLS**
**27157 CASTLE ARCH COURT**
**KINGWOOD, TX 77339**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,299.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.608 **Nonpriority creditor's name and mailing address**
**The Shoppes at Tartan Ridge**
**6689 Dublin Center Drive**
**Dublin, OH 43017**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$33,872.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.609 **Nonpriority creditor's name and mailing address**
**THE SILK & STEWART DEV.**
**5812 DARLINGTON RD.**
**PITTSBURGH, PA 15217-1614**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$1,820.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.610 **Nonpriority creditor's name and mailing address**
**THE SPECIALTY WIRING CO**
**7222 SHANNON RD**
**VERONA, PA 15147**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.611 **Nonpriority creditor's name and mailing address**
**THE TAUBMAN REALTY GROUP**
**CITY CREEK CENTER ASSOC LLC**
**P.O.BOX 674566**
**DETROIT, MI 48267-4566**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$131,355.84**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.612 **Nonpriority creditor's name and mailing address**
**THE WALDINGER CORP.**
**P.O. Box 1612**
**DES MOINES, IA 50306-1612**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.* **$4,289.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.613 **Nonpriority creditor's name and mailing address**
**TIDAL ELECTRICAL SERVICES INC**
**P.O. Box 91767**
**SUITE 100**
**RALEIGH, NC 27675**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$930.69**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.614 **Nonpriority creditor's name and mailing address**
**TLC CARPET CLEANING INC.**
**4408 S. 149TH ST.**
**OMAHA, NE 68137**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$321.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.615 **Nonpriority creditor's name and mailing address**
**TOAST INC.**
**333 SUMMER STREET**
**BOSTON, MA 02210**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$27,602.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.616 **Nonpriority creditor's name and mailing address**
**TORKE COFFEE ROASTING CO.**
**P.O. Box 694**
**SHEBOYGAN, WI 53081**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$422.92**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.617 **Nonpriority creditor's name and mailing address**
**TOTAL LINEN CARE LLC**
**23 W ACADEMY ST**
**WILLIAMSTOWN, NJ 08094**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,375.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.618 **Nonpriority creditor's name and mailing address**
**TOWN OF WEST HARTFORD**
**LOCKBOX #411**
**P.O. Box 5047**
**NEW BRITAIN, CT 06050-5047**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,625.90**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.619 **Nonpriority creditor's name and mailing address**
**TOWN OF WEST HARTFORD**
**FIRE MARSHAL'S OFFICE**
**50 SOUTH MAIN ST.,ROOM 204**
**WEST HARTFORD, CT 06107**
**Date(s) debt was incurred** 8/21/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$95.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.620 **Nonpriority creditor's name and mailing address**
**TOWNSHIP OF CHERRY HILL**
**820 MERCER STREET**
**CHERRY HILL, NJ 08002**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$897.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.621 **Nonpriority creditor's name and mailing address**
**TOWNSHIP OF FREEHOLD**
**1 MUNICIPAL PLAZA**
**FREEHOLD, NJ 07728-3099**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,748.27**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.622 **Nonpriority creditor's name and mailing address**
**TREASURER-SPOTSYLVANIA**
**COUNTY UTILITIES**
**P.O. Box 9000**
**SPOTSYLVANIA, VA 22553-9000**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,650.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

3.623 **Nonpriority creditor's name and mailing address**
**TRI-COUNTY MECHANICAL**
**209 MADISON STREET**
**PASSAIC, NJ 07055**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,205.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.624 **Nonpriority creditor's name and mailing address**
**TRION-MMA**
**P.O. Box 412703**
**BOSTON, MA 02241-2703**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$48,450.85**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.625 **Nonpriority creditor's name and mailing address**
**TRIPLE A PRO SERVICES**
**3677 ANTHONY LANE**
**FRANKLIN, OH 45005**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,015.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.626 **Nonpriority creditor's name and mailing address**
**TRIPLESEAT SOFTWARE LLC**
**300 BAKER AVE**
**STE 160**
**CONCORD, MA 01742-2124**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,021.09**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.627 **Nonpriority creditor's name and mailing address**
**TRITON WINDOW CLEANING**
**10620 WIDMER RD.**
**LENEXA, KS 66215**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,250.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.628 **Nonpriority creditor's name and mailing address**
**TURNER BEVERAGE CORP**
**1935 MAX LUTHER DR.**
**HUNTSVILLE, AL 35811**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$578.15**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.629 **Nonpriority creditor's name and mailing address**
**TURNER CUSTOM LAWN & LAND**
**749 ASPEN COURT**
**ALLEN, TX 75002**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$900.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.630 **Nonpriority creditor's name and mailing address**
**UNITED SERVICES INC**
**P.O. Box 12509**
**KNOXVILLE, TN 37912**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,325.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.631 **Nonpriority creditor's name and mailing address**
**UNITED-JOHNSON BROTHERS**
**OF ALABAMA, LLC**
**6000 GREENWOOD PKWY**
**SUITE 100**
**BESSEMER, AL 35022**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,918.74**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.632 **Nonpriority creditor's name and mailing address**
**US HVAC SERVICES INC**
**5540 PORT ROYAL RD**
**SPRINGFIELD, VA 22151**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,790.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.633 **Nonpriority creditor's name and mailing address**
**USA HVAC, INC**
**6448 PARKLAND DR**
**SARASOTA, FL 34243**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$131,027.65**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.634 **Nonpriority creditor's name and mailing address**
**UTAH DEPT OF ALCOHOLIC BEV**
**1625 SOUTH 900 WEST**
**Salt Lake City, UT 84104**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$16,245.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.635 **Nonpriority creditor's name and mailing address**
**V & M SERVICE**
**3449 S 126TH ST**
**OMAHA, NE 68144**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,564.53**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.636 **Nonpriority creditor's name and mailing address**
**VALLEY REFRIGERATION SRV**
**627 N. WAYNE AVE**
**CINCINNATI, OH 45215**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,682.20**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.637 **Nonpriority creditor's name and mailing address**
**VALLEY WASTE SERVICE INC**
**121 BRICKYARD RD**
**MARS, PA 16046**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,291.55**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.638 **Nonpriority creditor's name and mailing address**
**VDC ON THE FLY**
**218 E BEARSS AVE**
**SUITE 218**
**TAMPA, FL 33613**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,105.23**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.639 **Nonpriority creditor's name and mailing address**
**VESTIS / ARAMARK**
**22808 NETWORK PLACE**
**CHICAGO, IL 60673-1228**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$101,716.49**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

3.640 **Nonpriority creditor's name and mailing address**
**VIGO IMPORTING COMPANY INC**
**P.O. Box 15584**
**TAMPA, FL 33684**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,102.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

3.641 **Nonpriority creditor's name and mailing address**
**VIKING CLOUD**
**P.O. Box 771994**
**DETROIT, MI 48277**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,829.80**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.642 **Nonpriority creditor's name and mailing address**
**VINTAGE IMPORTS, INC**
**200 RITTENHOUSE CIR**
**WEST #5**
**BRISTOL, PA 19007**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$804.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.643 **Nonpriority creditor's name and mailing address**
**VINTAGE WINE DISTRIBUTOR**
**2277 WESTBROOKE DRIVE**
**BLDG H**
**COLUMBUS, OH 43228**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,739.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.644 **Nonpriority creditor's name and mailing address**
**VINYL DOCTOR SYSTEMS**
**P.O. Box 32086**
**West Palm Beach, FL 33420**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$245.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.645 **Nonpriority creditor's name and mailing address**
**VIRGINIA ALCOHOLIC BEV.**
**CONTROL AUTHORITY**
**7450 FREIGHT WAY**
**Mechanicsville, VA 23116**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,562.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.646 **Nonpriority creditor's name and mailing address**
**VIRGINIA BEACH DEPARTMENT**
**OF PUBLIC HEALTH**
**4452 CORPORATION LANE**
**Virginia Beach, VA 23462**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,970.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.647 **Nonpriority creditor's name and mailing address**
**VIRGINIA IMPORTS, LTD.**
**7550 ACCOTINK PARK RD**
**SPRINGFIELD, VA 22150**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$107.88**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.648 **Nonpriority creditor's name and mailing address**
**VIRGINIA LINEN SERVICE**
**6694-96 FLEET DR**
**FRANCONIA, VA 22310**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$18,056.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.649 **Nonpriority creditor's name and mailing address**
**VIRGINIA NATURAL GAS**
**P.O. Box 5409**
**CAROL STREAM, IL 60197-5409**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,588.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.650 **Nonpriority creditor's name and mailing address**
**VIRTUAL DINING CONCEPTS**
**4700 MILLENIA BLD**
**STE 405**
**Orlando, FL 32839**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,396.95**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.651 **Nonpriority creditor's name and mailing address**
**VISIONS PERSONNEL**
**881 WORTHINGTON COURT**
**OVIEDO, FL 32765**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.652 **Nonpriority creditor's name and mailing address**
**VOGEL DISPOSAL SERVICE INC.**
**P.O. Box 847**
**MARS, PA 16046**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,044.71**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.653 **Nonpriority creditor's name and mailing address**
**VORH ASSOCIATES LLC**
**Attn: Dept 77925**
**P.O. Box 77000**
**DETROIT, MI 48277-0925**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,560.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.654 **Nonpriority creditor's name and mailing address**
**WACMA**
**NORTH FAYETTE TOWNSHIP**
**403 VIRGINIA DRIVE**
**OAKDALE, PA 15071**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$295.02**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.655 **Nonpriority creditor's name and mailing address**
**WAKE ABC**
**1212 WICKER DRIVE**
**RALEIGH, NC 27604**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,448.30**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.656 **Nonpriority creditor's name and mailing address**
**WASHINGTON GAS**
**P.O. Box 37747**
**PHILADELPHIA, PA 19101-5047**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,476.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.657 **Nonpriority creditor's name and mailing address**
**WASSERSTROM COMPANY**
**P.O. Box 933469**
**CLEVELAND, OH 44193**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,479.18**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.658 **Nonpriority creditor's name and mailing address**
**WASTELESS SOLUTIONS**
**54 GARDNER RD**
**GRADY, AL 36036**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,086.47**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.659 **Nonpriority creditor's name and mailing address**
**WATERSIDE SHOPS LLC**
**16316 COLLECTIONS CENTER DR**
**Chicago, IL 60693**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$102,055.46**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.660 **Nonpriority creditor's name and mailing address**
**WATTS UP**
**9320 JOHNSON DRIVE**
**MERRIAM, KS 66203**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$846.28**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.661 **Nonpriority creditor's name and mailing address**
**WEST DES MOINES**
**WATER WORKS**
**P.O. Box 402002**
**DES MOINES, IA 50940-2002**
**Date(s) debt was incurred** 8/22/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5.75**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Utility
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.662 **Nonpriority creditor's name and mailing address**
**WEST FARMS MALL LLC**
**DEPT 55501**
**P.O. Box 67000**
**DETROIT, MI 48267-0555**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$109,734.39**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.663 **Nonpriority creditor's name and mailing address**
**WEST PENN POWER**
**P.O. BOX 3687**
**AKRON, OH 44309-3687**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,161.11**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.664 **Nonpriority creditor's name and mailing address**
**WEST SIDE BEER DISTRIBUTING**
**3901 South Creyts Road**
**LANSING, MI 48917**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$110.60**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.665 **Nonpriority creditor's name and mailing address**
**WESTCOR SANTAN VILLAGE LLC**
**DEPT LA 25429**
**PASADENA, CA 91185-5429**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$146,752.40**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.666 **Nonpriority creditor's name and mailing address**
**WESTFALL ROOFING**
**5413 WEST SLIGH AVE**
**TAMPA, FL 33634**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,315.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.667 **Nonpriority creditor's name and mailing address**
**WHALEY FOODSERVICE LLC**
**P.O. Box 617**
**LEXINGTON, SC 29071**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,642.91**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.668 **Nonpriority creditor's name and mailing address**
**WHEBLES WINDOW WASHING**
**8281 Woodcrest Dr., #3**
**WESTLAND, MI 48185**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,275.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**
Name

3.669 **Nonpriority creditor's name and mailing address**
**WICK PHILLIPS GOULD & MARTIN LLP**
**3131 MCKINNEY AVENUE**
**SUITE 500**
**DALLAS, TX 75204**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$55,532.66**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.670 **Nonpriority creditor's name and mailing address**
**WINDOW CLEANING SPECIALISTS**
**4067 ERIE STREET**
**WILLOUGHBY, OH 44094**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$643.68**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.671 **Nonpriority creditor's name and mailing address**
**WINDSTREAM ENTERPRISE**
**P.O. Box 9001013**
**LOUISVILLE, KY 40290-1950**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$42,157.76**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.672 **Nonpriority creditor's name and mailing address**
**WINEBOW**
**20 HOOK MOUNTAIN RD**
**SUITE 103A**
**PINE BROOK, NJ 07058**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,536.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.673 **Nonpriority creditor's name and mailing address**
**WINEBOW -VA**
**P.O. Box 1540**
**ASHLAND, VA 23005**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$288.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.674 **Nonpriority creditor's name and mailing address**
**WIRTZ BEVERAGE-WI**
**P.O. Box 78465**
**MILWAUKEE, WI 53278-8465**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,261.03**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

3.675 **Nonpriority creditor's name and mailing address**
**WM CORPORATE SERVICES**
**P.O. Box 4648**
**CAROL STREAM, IL 60197-4648**
**Date(s) debt was incurred** 8/18/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,959.96**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** Trade debt
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

Name

3.676 **Nonpriority creditor's name and mailing address**

**WM CORPORATE SERVICES**
**AS PAYMNET AGENT**
**P.O. Box 660345**
**DALLAS, TX 75266-0345**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,896.18**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.677 **Nonpriority creditor's name and mailing address**

**WOLTERS KLUWER/CCH**
**P.O. Box 4307**
**CAROL STREAM, IL 60197-4307**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,208.36**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.678 **Nonpriority creditor's name and mailing address**

**WSA SYSTEMS-BOCA LLC**
**2200 PARK CENTRAL BLVD. N**
**SUITE 100**
**POMPANO BEACH, FL 33064**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,412.14**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

3.679 **Nonpriority creditor's name and mailing address**

**XEROGRAPHIC DIGITAL PRINT**
**1948 33rd Street**
**Orlando, FL 32839**

**Date(s) debt was incurred** 8/18/2025

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$54,513.48**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hartley & Parker**<br>**P.O. Box 742**<br>**Bridgeport, CT 06601** | Line 3.379<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **INKIND CARDS, INC.**<br>**c/o Andrew Harris, Reg Agent**<br>**610 W. Live Oak St.**<br>**Austin, TX 78704** | Line 3.307<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **INKIND CARDS, INC.**<br>**C/O VCORP SERVICES, LLC**<br>**108 W. 13th Street, Ste 100**<br>**Wilmington, DE 19801** | Line 3.307<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **INKIND CREDIT FUND LP**<br>**c/o Andrew Harris, Reg Agent**<br>**610 W. Live Oak St.**<br>**Austin, TX 78704** | Line 3.307<br>☐ Not listed. Explain ____ | _ |

Debtor **Bravo Brio Restaurants, LLC** Case number (if known) **6:25-bk-05224-LLV**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.5 | **INKIND CREDIT FUND LP**<br>**c/o Cogency Global Inc**<br>**850 New Burton Rd., Ste 201**<br>**Dover, DE 19904** | Line **3.307**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **INKIND WAREHOUSE FACILITY**<br>**c/o PUGLISI & ASSOCIATES**<br>**Donald J. Puglisi Reg Agent**<br>**850 Library Ave., Ste 204**<br>**Newark, DE 19711** | Line **3.307**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **147,491.20** |
| **5b. Total claims from Part 2** | 5b. + | $ **13,023,372.85** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ **13,170,864.05** |

**Fill in this information to identify the case:**

Debtor name **Bravo Brio Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:25-bk-05224-LLV**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for commercial real property located at 4700 Millenia Blvd., Suite 400, Orlando, FL 32839 [corporate office].** | |
| | State the term remaining | | **Millenia Lakes Owner I L.P.<br>591 West Putnam Avenue<br>Greenwich, CT 06830** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **See attached Schedule G Ex A** |

**Fill in this information to identify the case:**

Debtor name **Bravo Brio Restaurants, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **6:25-bk-05224-LLV**

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bravo (Bethel), LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.2 | **Bravo (Leawood), LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.3 | **Bravo (Louisville), LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.4 | **Bravo Restaurants, LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.5 | **Brio (Cherokee), LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |

Debtor **Bravo Brio Restaurants, LLC** Case number *(if known)* **6:25-bk-05224-LLV**

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Brio (Cherry Hill), LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.7 | **Brio (Irvine), LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.8 | **Brio (Texas), LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |
| 2.9 | **Brio Restaurants, LLC** | **4700 Millenia Blvd., Ste. 400 Orlando, FL 32839** | **GPEE LENDER, LLC** | ■ D **2.1**<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case: |
|---|
| Debtor name **Bravo Brio Restaurants, LLC** |
| United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) **6:25-bk-05224-LLV** |

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/25**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other | **$104,820,892.00** |
| **For prior year:** From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$185,215,907.00** |
| **For year before that:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other | **$209,283,357.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Bravo Brio Restaurants, LLC** Case number *(if known)* **6:25-bk-05224-LLV**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **See attached SoFA Exhibit 3a Payments to unsecured creditors** | **5/20/2025 through 8/18/2025** | **$14,265,304.34** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **Utliities, services, inventory, and supplies.** |
| 3.2. **See attached SoFA Exhibit 3b Payments to taxing authorities** | **5/20/2025 through 8/18/2055** | **$1,865,084.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Sales tax payments** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Bravo Brio Restaurants, LLC** Case number *(if known)* **6:25-bk-05224-LLV**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Schoolcraft Commons Unit 3 SPE, LLC v. Bravo Brio Restaurants, LLC** | **Breach of contract** | **Third Judicial Circuit of Michigan<br>Coleman A Young Municipal Center<br>2 Woodward Avenue<br>Detroit, MI 48226** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Bravo Brio Restaurants, LLC vs. RTC Restaurant Corp. and Post Polak, P.A.<br>MER-L-001673-25** | **Conversion, Unjust Enrichment, Fraud, Malpractice** | **Superior Court of New Jersey<br>Mercer County Civil Courthouse<br>209 South Broad Street<br>P.O. Box 8068<br>Trenton, NJ 08650** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Yanni Michael v. Bravo Brio Restaurants, LLC<br>3:23-cv-3691** | **Discrimination** | **New Jersey District Court<br>U.S. District Court of New Jersey<br>50 Walnut St #4015<br>Newark, NJ 07102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **TANGER HUNTSVILLE, LLC vs. BRAVO BRIO RESTAURANTS, LLC<br>47-CV-2025-901076.00** | **Breach of contract** | **Madison Co. Circuit Court<br>00 North Side Sq,. Rm 217<br>Huntsville, AL 35801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Freemall Associates, LLC vs. Bravo Brio Restaurants, LLC<br>MON-LT-002637-25** | **Breach of Contract** | **Superior Court of New Jersey<br>71 Monument Park<br>P.O. Box 1270<br>Freehold, NJ 07728-1270** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **WESTCOR SANTAN VILLAGE, LLC vs. BRAVO BRIO RESTAURANTS, LLC<br>CV2025026596** | **Breach of Contract** | **Superior Court of Arizona<br>620 West Jackson Street<br>Phoenix, AZ 85003** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **CBL-TRS Friendly Center 2023, LLC vs. FoodFirst Global Restaurants, Inc.<br>25CV017494-400** | **Breach of Contract** | **Guilford County District Court<br>PO Box 3008<br>Greensboro, NC 27402** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Spartan Holdings, LLC vs. Bravo Brio Restaurants, LLC<br>106271** | **Breach of Contract** | **Knox County Courthouse<br>400 Main Street<br>Suite 149<br>Knoxville, TN 37902** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **MONARCHS SUB, LLC vs. Bravo Brio Restaurants, LLC<br>25AE-CC00301** | **Breach of Contract** | **Platte County Circuit Court<br>415 3rd Street<br>Platte City, MO 64079** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **See attached SoFA Exhibit 7** | **Pending GL and EPL claims** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Pre-petition Attorney Fees and Expenses** | **8/18/2025** | **$51,260.32** |

**Email or website address**
**rshuker@shukerdorris.com**

**Who made the payment, if not debtor?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Bravo Brio Restaurants, LLC** Case number *(if known)* **6:25-bk-05224-LLV**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Shuker & Dorris, P.A.**<br>**121 S. Orange Avenue**<br>**Suite 1120**<br>**Orlando, FL 32801** | **Retainer for Post-Petition Attorney Fees and Expenses.** | **8/18/2025** | **$207,429.68** |

**Email or website address**
**rshuker@shukerdorris.com**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7: Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

**Customer telephone numbers, mailing addresses, and email addresses.**

Does the debtor have a privacy policy about that information?

☐ No

■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Earl Enterprises Retirement Savings Plan** | EIN: **59-3283783** |

Has the plan been terminated?

■ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| 25.1. **Brio (Cherokee), LLC**<br>**4700 Millenia Blvd.**<br>**Suite 400**<br>**Orlando, FL 32839** | **Affiliate** | EIN: **85-1295838**<br>From-To **6/3/2020 to Present** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Bravo Brio Restaurants, LLC** Case number *(if known)* **6:25-bk-05224-LLV**

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.2. | **Brio (Cherry Hill), LLC**<br>**4700 Millenia Blvd.**<br>**Suite 400**<br>**Orlando, FL 32839** | **Affiliate** | EIN: **85-2408327**<br>From-To **8/10/2020 to Present** |
| 25.3. | **Brio Restaurants, LLC**<br>**4700 Millenia Blvd.**<br>**Suite 400**<br>**Orlando, FL 32839** | **Affiliate** | EIN: **85-1444575**<br>From-To **6/3/2020 to Present** |
| 25.4. | **Brio (Irvine), LLC**<br>**4700 Millenia Blvd.**<br>**Suite 400**<br>**Orlando, FL 32839** | **Affiliate** | EIN: **85-1430857**<br>From-To **6/3/2020 to Present** |
| 25.5. | **Bravo (Louisville), LLC**<br>**4700 Millenia Blvd.**<br>**Suite 400**<br>**Orlando, FL 32839** | **Affiliate** | EIN: **85-1513138**<br>From-To **6/18/2020 to Present** |
| 25.6. | **Brio (Texas), LLC**<br>**4700 Millenia Blvd., Ste. 400**<br>**Orlando, FL 32839** | **Affiliate** | EIN: **85-3565656**<br>From-To **10/15/2020** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Purvis, Gray & Company, LLP**<br>**507 N. New York Ave., #200**<br>**Winter Park, FL 32789** | **2022 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Earl Enterprises, Corp., LLC**<br>**4700 Millenia Blvd., Ste 400**<br>**Orlando, FL 32839** | |
| 26c.2. | **Purvis, Gray & Company, LLP**<br>**507 N. New York Ave., #200**<br>**Winter Park, FL 32789** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor **Bravo Brio Restaurants, LLC** Case number *(if known)* **6:25-bk-05224-LLV**

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Various restaurant managers** | **9/29/2025** | **$1,767,050.00 Cost** |

| Name and address of the person who has possession of inventory records |
|---|
| **Various restaurant managers**<br>**ADDRESS**<br>**CITY, FL** |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Thomas Avallone** | **4700 Millenia Blvd., Ste. 400**<br>**Orlando, FL 32839** | **Manager and President** | **0%** |
| **Hollie Rose** | **4700 Millenia Blvd., Ste. 400**<br>**Orlando, FL 32839** | **Chief Financial Officer** | **0%** |
| **Jeffrey Sirolly** | **4700 Millenia Blvd., Ste. 400**<br>**Orlando, FL 32839** | **Secretary** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
■ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Bravo Brio Holdings, Inc.** | **EIN:** **85-1205968** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ☐ No
- ■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Earl Enterprises Retirement Savings Plan** | **EIN:** **59-3283783** |

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 12, 2025**

**/s/ Thomas Avallone**
Signature of individual signing on behalf of the debtor

**Thomas Avallone**
Printed name

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- ■ No
- ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# Statement of Financial Affairs - Exhibit 3a
# Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC

Lead Case No. 6:25-bk-05224-LVV

| Check Date | Bal. Account No. | Check No. | Bank Account No. | Description | Amount | | Entry Status | Entry No. |
|---|---|---|---|---|---|---|---|---|
| 8/18/2025 | 503292 | WT8182025 | CNBOP8763 | TRISH GIORDANO | $ | 34,930.31 | Posted | 5483 |
| 8/17/2025 | 503809 | WT081725 | CNBOP8763 | NEWLY WEDS FOODS, IN | $ | 4,219.68 | Posted | 5488 |
| 8/15/2025 | 503292 | WT8152025 | CNBOP8763 | TRISH GIORDANO | $ | 35,000.00 | Posted | 5484 |
| 8/13/2025 | 501109 | 081325 ACH | CNBOP8763 | SYSCO CORPORATION | $ | 532,768.60 | Posted | 5435 |
| 8/12/2025 | 500821 | ACH-08122025 | CNBOP8763 | NUCO2 INC. | $ | 18,573.17 | Posted | 5398 |
| 8/11/2025 | 503834 | ACH08112025-1 | CNBOP8763 | TOAST INC. | $ | 994.93 | Posted | 5411 |
| 8/11/2025 | 503834 | ACH8112025-1 | CNBOP8763 | TOAST INC. | $ | 926.68 | Posted | 5410 |
| 8/8/2025 | 501157 | WT08082025 | CNBOP8763 | The Shoppes at Tartan Rid | $ | 33,872.49 | Posted | 5485 |
| 8/8/2025 | 501109 | 080825 ACH | CNBOP8763 | SYSCO CORPORATION | $ | 440,292.23 | Posted | 5436 |
| 8/8/2025 | 500208 | ACH08082025-CHROB | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 121,759.08 | Posted | 5389 |
| 8/7/2025 | 503834 | ACH872025 | CNBOP8763 | TOAST INC. | $ | 1,002.02 | Posted | 5413 |
| 8/7/2025 | 503834 | ACH08072025 | CNBOP8763 | TOAST INC. | $ | 1,166.02 | Posted | 5412 |
| 8/5/2025 | 503834 | ACH08052025 | CNBOP8763 | TOAST INC. | $ | 4,292.68 | Posted | 5414 |
| 8/4/2025 | 503834 | ACH08012025 | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 5419 |
| 8/4/2025 | 503834 | ACH8042025 | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 5418 |
| 8/4/2025 | 503834 | ACH842025 | CNBOP8763 | TOAST INC. | $ | 967.02 | Posted | 5417 |
| 8/4/2025 | 503834 | ACH08042025-1 | CNBOP8763 | TOAST INC. | $ | 1,142.02 | Posted | 5416 |
| 8/4/2025 | 503834 | ACH08042025 | CNBOP8763 | TOAST INC. | $ | 4,539.82 | Posted | 5415 |
| 8/4/2025 | 503834 | ACH812025 | CNBOP8763 | TOAST INC. | $ | 1,068.14 | Posted | 5409 |
| 8/3/2025 | 500341 | ACHP7-2025 | CNBOP8763 | DELIVERTHAT | $ | 8,804.08 | Posted | 5438 |
| 8/3/2025 | 500383 | ACH07032025-EDDON | CNBOP8763 | EDWARD DON & COMPAN | $ | 128,490.54 | Posted | 5433 |
| 8/3/2025 | 500757 | FIN-P7MICH-2 | CNBOP8763 | MICHIGAN LIQUOR CONT | $ | 2,804.19 | Posted | 5423 |
| 8/3/2025 | 503207 | FINP7-MICH | CNBOP8763 | RNDC MICHIGAN | $ | 1,927.02 | Posted | 5422 |
| 8/3/2025 | 502974 | FINP7-PLCB | CNBOP8763 | COMMONWEALTH OF PEI | $ | 40,268.56 | Posted | 5421 |
| 8/3/2025 | 503075 | FINP8-UTAH | CNBOP8763 | UTAH DEPT OF ALCOHOL | $ | 14,658.89 | Posted | 5420 |
| 8/3/2025 | 503214 | ACHP7.2025 | CNBOP8763 | NCR CORPORATION | $ | 82,374.24 | Posted | 5374 |
| 8/1/2025 | 500383 | ACH08012025-EDDON | CNBOP8763 | EDWARD DON & COMPAN | $ | 3,056.91 | Posted | 5425 |
| 8/1/2025 | 500208 | ACH08012025-CHROB | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 122,130.85 | Posted | 5335 |
| 7/31/2025 | 500383 | ACH 7.21 & 7.29 | CNBOP8763 | EDWARD DON & COMPAN | $ | 51,579.67 | Posted | 5473 |
| 7/31/2025 | 500529 | WT07312025 | CNBOP8763 | WT07312025 HALPERENS | $ | 6,698.34 | Posted | 5331 |
| 7/31/2025 | 500103 | ACHVESTIS-7.29.25-1 | CNBOP8763 | TOTAL WIRE $12,000 | $ | 6,017.13 | Posted | 5330 |
| 7/31/2025 | 500103 | ACHVESTIS-7.29.25 | CNBOP8763 | TOTAL WIRE $12,000 | $ | 5,984.74 | Posted | 5329 |
| 7/30/2025 | 501109 | 073025 ACH-1 | CNBOP8763 | SYSCO CORPORATION | $ | 1.57 | Posted | 5340 |
| 7/30/2025 | 501109 | 073025 ACH | CNBOP8763 | SYSCO CORPORATION | $ | 496,571.48 | Posted | 5339 |
| 7/29/2025 | 502974 | FINPLCB-P62025 | CNBOP8763 | COMMONWEALTH OF PEI | $ | 34,252.64 | Posted | 5314 |
| 7/28/2025 | 503834 | ACH072825-FREEHOLD | CNBOP8763 | TOAST INC. | $ | 5,699.60 | Posted | 5408 |
| 7/28/2025 | 503834 | ACH072825-UPTOWN | CNBOP8763 | TOAST INC. | $ | 927.73 | Posted | 5407 |
| 7/28/2025 | 503834 | ACH072825-CHILL | CNBOP8763 | TOAST INC. | $ | 5,699.60 | Posted | 5405 |
| 7/28/2025 | 503834 | ACH072825-CTYCRK | CNBOP8763 | TOAST INC. | $ | 934.88 | Posted | 5404 |
| 7/25/2025 | 503941 | ACH07252025-FREEPAY | CNBOP8763 | FREEDOM PAY INC. | $ | 21,345.94 | Posted | 5431 |
| 7/25/2025 | 500383 | ACH07252025-EDDON | CNBOP8763 | EDWARD DON & COMPAN | $ | 5,197.41 | Posted | 5426 |
| 7/25/2025 | 503834 | ACH07252025-DAYTON | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 5400 |
| 7/25/2025 | 500103 | ACH07252025-VESTIS | CNBOP8763 | VESTIS / ARAMARK | $ | 40,000.00 | Posted | 5384 |
| 7/25/2025 | 500208 | ACH7.25.25-3 | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 1,159.16 | Posted | 5328 |
| 7/25/2025 | 500208 | ACH7.25.25-2 | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 109,722.20 | Posted | 5327 |
| 7/25/2025 | 500208 | ACH7.25.25-1 | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 101,735.75 | Posted | 5326 |
| 7/24/2025 | 503834 | ACH072425-UPTOWN | CNBOP8763 | TOAST INC. | $ | 5,993.22 | Posted | 5406 |
| 7/24/2025 | 503834 | ACH072425-CTYCRK | CNBOP8763 | TOAST INC. | $ | 5,037.50 | Posted | 5403 |
| 7/24/2025 | 503834 | ACH07252025 | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 5396 |
| 7/23/2025 | 503292 | WT-072325 | CNBOP8763 | TRISH GIORDANO | $ | 515.65 | Posted | 5424 |
| 7/23/2025 | 501109 | 072325 ACH | CNBOP8763 | SYSCO CORPORATION | $ | 535,582.87 | Posted | 5338 |
| 7/23/2025 | 503373 | ACH072325 | CNBOP8763 | COLUMBUS CITY TREASU | $ | 650.40 | Posted | 5283 |
| 7/22/2025 | 500383 | ACH07182025-EDDON | CNBOP8763 | EDWARD DON & COMPAN | $ | 124,779.04 | Posted | 5428 |
| 7/22/2025 | 503834 | ACH07222025 | CNBOP8763 | TOAST INC. | $ | 134.08 | Posted | 5394 |
| 7/21/2025 | 503834 | ACH072125-MCKNIGHT | CNBOP8763 | TOAST INC. | $ | 913.74 | Posted | 5402 |
| 7/21/2025 | 503834 | ACH07212025-1 | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 5395 |
| 7/21/2025 | 503834 | ACH07212025 | CNBOP8763 | TOAST INC. | $ | 6,617.18 | Posted | 5393 |
| 7/21/2025 | 503785 | ACH072125 | CNBOP8763 | CITY OF ROCHESTER HILL | $ | 350.00 | Posted | 5278 |
| 7/18/2025 | 503834 | ACH07182025 | CNBOP8763 | TOAST INC. | $ | 1,934.04 | Posted | 5392 |
| 7/17/2025 | 503834 | ACH07172025-MCKNIGHT | CNBOP8763 | TOAST INC. | $ | 5,074.00 | Posted | 5401 |

# Statement of Financial Affairs - Exhibit 3a
## Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC

Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/16/2025 | 501109 | 071625 ACH | CNBOP8763 | SYSCO CORPORATION | $ | 556,854.95 | Posted | 5337 |
| 7/14/2025 | 503956 | WT071425 | CNBOP8763 | CRAIG MILLER | $ | 13,281.25 | Posted | 5496 |
| 7/11/2025 | 500208 | ACH7.11.25-CH ROB | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 49,592.31 | Posted | 5434 |
| 7/11/2025 | 500383 | ACH071125-EDDON | CNBOP8763 | EDWARD DON & COMPAN | $ | 110,669.80 | Posted | 5281 |
| 7/11/2025 | 500103 | ACH 7.8.25/7.11.25 | CNBOP8763 | VESTIS / ARAMARK | $ | 100,000.00 | Posted | 5220 |
| 7/10/2025 | 500685 | ACH07102025 | CNBOP8763 | Legacy Village Investors L | $ | 22,550.10 | Posted | 5358 |
| 7/10/2025 | 503402 | ACH071025-1057CABLE | CNBOP8763 | CHARTER COMMUNICATI | $ | 507.05 | Posted | 5207 |
| 7/9/2025 | 501109 | 070925 ACH | CNBOP8763 | SYSCO CORPORATION | $ | 577,779.05 | Posted | 5336 |
| 7/8/2025 | 503218 | ACH07082025 | CNBOP8763 | PAYTRONIX SYSTEMS INC | $ | 3,746.52 | Posted | 5375 |
| 7/8/2025 | 501109 | 070225 ACH | CNBOP8763 | SYSCO CORPORATION | $ | 517,196.17 | Posted | 5333 |
| 7/7/2025 | 503834 | ACH07072025-DAYTON | CNBOP8763 | TOAST INC. | $ | 5,112.06 | Posted | 5399 |
| 7/7/2025 | 503834 | ACH07072025-1 | CNBOP8763 | TOAST INC. | $ | 5,492.08 | Posted | 5391 |
| 7/7/2025 | 503834 | ACH07072025 | CNBOP8763 | TOAST INC. | $ | 1,068.14 | Posted | 5390 |
| 7/6/2025 | 502974 | FINPLCB-062025 | CNBOP8763 | COMMONWEALTH OF PEI | $ | 1,476.12 | Posted | 5315 |
| 7/3/2025 | 500492 | ACH7.3.25 | CNBOP8763 | GFL ENVIRONMENTAL | $ | 3,243.21 | Posted | 5166 |
| 6/30/2025 | 503941 | ACH06302025 | CNBOP8763 | FREEDOM PAY INC. | $ | 18,689.69 | Posted | 5432 |
| 6/30/2025 | 500529 | WT06302025 | CNBOP8763 | HALPERN'S STEAK AND SI | $ | 9,747.24 | Posted | 5359 |
| 6/30/2025 | 503834 | ACH06262025 | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 5174 |
| 6/29/2025 | 503207 | FINRNDC06.2025 | CNBOP8763 | RNDC MICHIGAN | $ | 2,042.80 | Posted | 5317 |
| 6/29/2025 | 500757 | FINMICHLQBD-062025 | CNBOP8763 | MICHIGAN LIQUOR CONT | $ | 2,817.01 | Posted | 5316 |
| 6/29/2025 | 500341 | ACHP6-2025 | CNBOP8763 | DELIVERTHAT | $ | 8,740.52 | Posted | 5310 |
| 6/29/2025 | 503075 | P6 ACH PAYMENTS | CNBOP8763 | UTAH DEPT OF ALCOHOL | $ | 13,800.00 | Posted | 5289 |
| 6/29/2025 | 500383 | ACH062425-EDDON | CNBOP8763 | EDWARD DON & COMPAN | $ | 112,241.51 | Posted | 5279 |
| 6/27/2025 | 500208 | ACH062725-CH ROB BAL | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 2,638.99 | Posted | 5160 |
| 6/27/2025 | 500208 | ACH062725-CH ROB | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 100,179.06 | Posted | 5159 |
| 6/26/2025 | 500103 | ACH06262025-VESTIS | CNBOP8763 | VESTIS / ARAMARK | $ | 60,956.09 | Posted | 5175 |
| 6/25/2025 | 503834 | ACH06252025 | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 5173 |
| 6/24/2025 | 500208 | ACH06242025 | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 124,528.74 | Posted | 5158 |
| 6/24/2025 | 501109 | ACH 062425 | CNBOP8763 | SYSCO CORPORATION | $ | 794.06 | Posted | 5080 |
| 6/24/2025 | 501109 | 062425 ACH | CNBOP8763 | SYSCO CORPORATION | $ | 523,472.69 | Posted | 5079 |
| 6/23/2025 | 503941 | ACH06232025 | CNBOP8763 | FREEDOM PAY INC. | $ | 32,926.96 | Posted | 5430 |
| 6/23/2025 | 503858 | WT062325 | CNBOP8763 | MYERS RESTAURANT SUP | $ | 77,064.98 | Posted | 5312 |
| 6/18/2025 | 503897 | ACH061825 | CNBOP8763 | RESTAURANT365 | $ | 30,447.20 | Posted | 5106 |
| 6/17/2025 | 501109 | ACH 6.17.25 | CNBOP8763 | SYSCO CORPORATION | $ | 582,422.49 | Posted | 5048 |
| 6/16/2025 | 503834 | ACH06162025-1 | CNBOP8763 | TOAST INC. | $ | 5,367.51 | Posted | 5170 |
| 6/16/2025 | 503834 | ACH06162025 | CNBOP8763 | TOAST INC. | $ | 6,477.77 | Posted | 5169 |
| 6/13/2025 | 500103 | ACH06132025-VESTIS | CNBOP8763 | VESTIS / ARAMARK | $ | 42,406.24 | Posted | 5003 |
| 6/13/2025 | 500208 | ACH06132025-CHR | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 117,710.68 | Posted | 4999 |
| 6/13/2025 | 500341 | ACHPER5.25 | CNBOP8763 | DELIVERTHAT | $ | 7,334.38 | Posted | 4987 |
| 6/13/2025 | 503834 | ACH05.29.25 | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 4985 |
| 6/13/2025 | 503834 | ACH05.16.25 | CNBOP8763 | TOAST INC. | $ | 4,461.98 | Posted | 4984 |
| 6/12/2025 | 434631 | ACH06122025-DIRECTV | CNBOP8763 | DIRECTV | $ | 8,413.42 | Posted | 4945 |
| 6/11/2025 | 500529 | ACH061125 | CNBOP8763 | HALPERN'S STEAK AND SI | $ | 23,488.67 | Posted | 5282 |
| 6/11/2025 | 500685 | ACH06112025 | CNBOP8763 | Legacy Village Investors L | $ | 22,550.10 | Posted | 5113 |
| 6/10/2025 | 501109 | ACH6092025-6102025SY | CNBOP8763 | SYSCO CORPORATION | $ | 611,137.96 | Posted | 4928 |
| 6/9/2025 | 503834 | ACH06092025 | CNBOP8763 | TOAST INC. | $ | 1,002.02 | Posted | 5168 |
| 6/9/2025 | 503177 | ACH06092025-2032 | CNBOP8763 | WM CORPORATE SERVICI | $ | 4,755.49 | Posted | 4916 |
| 6/6/2025 | 503218 | ACH6.6.25 | CNBOP8763 | PAYTRONIX SYSTEMS INC | $ | 3,746.52 | Posted | 5120 |
| 6/6/2025 | 503263 | ACH06.06.25 | CNBOP8763 | AVIT LLC | $ | 18,594.38 | Posted | 5085 |
| 6/6/2025 | 503177 | ACH06062025WM | CNBOP8763 | WM CORPORATE SERVICI | $ | 4,416.67 | Posted | 5013 |
| 6/6/2025 | 503177 | ACH06062025-1040 | CNBOP8763 | WM CORPORATE SERVICI | $ | 2,399.94 | Posted | 4917 |
| 6/5/2025 | 503401 | ACH06052025-2087 | CNBOP8763 | CHARTER COMMUNICATI | $ | 276.70 | Posted | 4911 |
| 6/5/2025 | 500944 | ACH06052025-1042 | CNBOP8763 | REPUBLIC SERVICES #24: | $ | 2,946.22 | Posted | 4874 |
| 6/5/2025 | 503312 | ACH06052025NHC | CNBOP8763 | NEW HORIZON COMMUN | $ | 4,340.12 | Posted | 4867 |
| 6/4/2025 | 503834 | ACH06042025 | CNBOP8763 | TOAST INC. | $ | 1,068.14 | Posted | 5171 |
| 6/2/2025 | 503834 | ACH06022025 | CNBOP8763 | TOAST INC. | $ | 394.46 | Posted | 5172 |
| 6/2/2025 | 500492 | ACH04082025 | CNBOP8763 | GFL ENVIRONMENTAL | $ | 2,246.08 | Posted | 5167 |
| 6/2/2025 | 501109 | ACH06022025-SYSCO | CNBOP8763 | SYSCO CORPORATION | $ | 908,226.83 | Posted | 4927 |
| 6/2/2025 | 500208 | ACH06022025-CHR | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 127,917.10 | Posted | 4844 |
| 6/2/2025 | 500757 | FINTECH-P5 | CNBOP8763 | MICHIGAN LIQUOR CONT | $ | 3,687.80 | Posted | 4834 |
| 6/2/2025 | 503207 | FINTECH-P5 MICH | CNBOP8763 | RNDC MICHIGAN | $ | 1,498.80 | Posted | 4833 |

# Statement of Financial Affairs - Exhibit 3a
# Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC

Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/1/2025 | 501109 | ACH05272025SYSCO | CNBOP8763 | SYSCO CORPORATION | $ | 670,347.98 | Posted | 4923 |
| 6/1/2025 | 500041 | FINTECH-P5 ADMIRAL | CNBOP8763 | ADMIRAL BEVERAGE COR | $ | 367.40 | Posted | 4837 |
| 6/1/2025 | 503075 | FINTECH-P5 UTAH | CNBOP8763 | UTAH DEPT OF ALCOHOL | $ | 9,716.00 | Posted | 4836 |
| 6/1/2025 | 502974 | FINTECH-P5-PLCB | CNBOP8763 | COMMONWEALTH OF PEI | $ | 10,465.41 | Posted | 4835 |
| 5/30/2025 | 500103 | ACH05302025-VESTIS | CNBOP8763 | VESTIS / ARAMARK | $ | 43,018.11 | Posted | 4832 |
| 5/30/2025 | 500208 | ACH05232025CRHR | CNBOP8763 | C.H. ROBINSON COMPAN | $ | 128,122.46 | Posted | 4814 |
| 5/29/2025 | 503834 | ACH5.29.25 | CNBOP8763 | TOAST INC. | $ | 5,599.10 | Posted | 4982 |
| 5/28/2025 | 503214 | WT05.28.25 | CNBOP8763 | NCR CORPORATION | $ | 79,239.85 | Posted | 4841 |
| 5/28/2025 | 500978 | ACH05282025-1031 | CNBOP8763 | RUMPKE OF KENTUCKY | $ | 2,704.98 | Posted | 4838 |
| 5/27/2025 | 503834 | ACH5.27.25 | CNBOP8763 | TOAST INC. | $ | 862.02 | Posted | 4968 |
| 5/25/2025 | 500383 | ACH06022025-EDDON | CNBOP8763 | EDWARD DON & COMPAN | $ | 67,671.34 | Posted | 4849 |
| 5/23/2025 | 500383 | ACH05232025-EDDON | CNBOP8763 | EDWARD DON & COMPAN | $ | 68,181.33 | Posted | 4769 |
| 5/23/2025 | 500103 | ACH0523025-VESTIS | CNBOP8763 | VESTIS / ARAMARK | $ | 41,947.63 | Posted | 4758 |
| 5/22/2025 | 433253 | WT5.22.25 | CNBOP8763 | TRIADEX | $ | 16,740.36 | Posted | 4856 |
| 5/22/2025 | 501061 | ACH05222025-2022 | CNBOP8763 | SOUTHWASTE DISPOSAL | $ | 1,672.36 | Posted | 4741 |
| 5/22/2025 | 500944 | ACH05222025-1034 | CNBOP8763 | REPUBLIC SERVICES #24 | $ | 4,331.86 | Posted | 4729 |
| 5/21/2025 | 503177 | ACH05212025-2132 | CNBOP8763 | WM CORPORATE SERVICI | $ | 11,450.56 | Posted | 4703 |
| 5/21/2025 | 432348 | ACH05212025-1136 | CNBOP8763 | KETER ENVIRONMENTAL | $ | 1,693.13 | Posted | 4702 |
| 8/17/2025 | 503076 | 250239 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 489.82 | Posted | 5511 |
| 8/17/2025 | 503076 | 250083 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 527.02 | Posted | 5505 |
| 8/17/2025 | 500779 | 250498 | CNBCK0824 | MR ELECTRIC OF AL | $ | 520.00 | Posted | 5491 |
| 8/15/2025 | 500034 | 250117 | CNBCK0824 | ACTION PLUMBING INC. | $ | 661.92 | Posted | 5427 |
| 8/13/2025 | 500039 | 250510 | CNBCK0824 | ADKINS UPHOLSTERY/ DA | $ | 1,304.63 | Posted | 5503 |
| 8/13/2025 | 503035 | 250165 | CNBCK0824 | HIGH-TECH VINYL REPAIF | $ | 602.95 | Posted | 5397 |
| 8/11/2025 | 500575 | 250142 | CNBCK0824 | INTEGRATED PLUMBING S | $ | 819.67 | Posted | 5380 |
| 8/10/2025 | 503076 | 250238 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 375.59 | Posted | 5512 |
| 8/10/2025 | F1240 | 250043 | CNBCK0824 | Fedway Associates, Inc. | $ | 2,758.01 | Posted | 5509 |
| 8/10/2025 | 503076 | 250082 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 1,179.07 | Posted | 5504 |
| 8/8/2025 | 503358 | 250182 | CNBCK0824 | TEN31 SOLUTIONS LLC | $ | 2,801.88 | Posted | 5376 |
| 8/7/2025 | 503358 | 250181 | CNBCK0824 | TEN31 SOLUTIONS LLC | $ | 1,322.88 | Posted | 5383 |
| 8/7/2025 | 503358 | 250180 | CNBCK0824 | TEN31 SOLUTIONS LLC | $ | 2,710.95 | Posted | 5382 |
| 8/7/2025 | 503358 | 250179 | CNBCK0824 | TEN31 SOLUTIONS LLC | $ | 5,291.45 | Posted | 5381 |
| 8/5/2025 | 503053 | 250201 | CNBCK0824 | MARED MECHANICAL | $ | 1,042.72 | Posted | 5357 |
| 8/5/2025 | 432690 | 250267 | CNBCK0824 | MCSHANE PLUMBING & C | $ | 315.00 | Posted | 5346 |
| 8/4/2025 | 503622 | 250330 | CNBCK0824 | ZEROREZ OF TAMPA, INC | $ | 1,134.78 | Posted | 5437 |
| 8/4/2025 | 500259 | 250144 | CNBCK0824 | CITY CREEK PARKING - PF | $ | 432.00 | Posted | 5332 |
| 8/3/2025 | 500604 | 250249 | CNBCK0824 | JOE BELAN | $ | 350.00 | Posted | 5507 |
| 8/3/2025 | 500604 | 250276 | CNBCK0824 | JOE BELAN | $ | 350.00 | Posted | 5502 |
| 8/3/2025 | 503076 | 250237 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 369.57 | Posted | 5354 |
| 8/3/2025 | 503076 | 250081 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 475.56 | Posted | 5351 |
| 7/31/2025 | 503076 | 250236 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 190.93 | Posted | 5353 |
| 7/31/2025 | 503076 | 250235 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 523.83 | Posted | 5352 |
| 7/29/2025 | 432690 | 250246 | CNBCK0824 | MCSHANE PLUMBING & C | $ | 245.00 | Posted | 5366 |
| 7/28/2025 | 503053 | 250200 | CNBCK0824 | MARED MECHANICAL | $ | 444.15 | Posted | 5309 |
| 7/27/2025 | 500177 | 250015 | CNBCK0824 | BREAKTHRU BEVERAGE C | $ | 319.84 | Posted | 5371 |
| 7/27/2025 | 500420 | 250041 | CNBCK0824 | FEDWAY NATIONAL ACCC | $ | 1,133.78 | Posted | 5363 |
| 7/27/2025 | 503076 | 250080 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 1,239.27 | Posted | 5350 |
| 7/27/2025 | 500604 | 250266 | CNBCK0824 | JOE BELAN | $ | 350.00 | Posted | 5345 |
| 7/25/2025 | 503759 | 7285 | CNBCK0824 | LOS ANGELES PLUMBING | $ | 1,671.27 | Posted | 5458 |
| 7/24/2025 | 500864 | 250198 | CNBCK0824 | PIEPER ELECTRIC INC. | $ | 2,111.00 | Posted | 5355 |
| 7/24/2025 | 503232 | 250199 | CNBCK0824 | COMMERCIAL UPHOLSTE | $ | 997.50 | Posted | 5307 |
| 7/23/2025 | 500475 | 250040 | CNBCK0824 | G & R MECHANICAL INC | $ | 5,460.22 | Posted | 5306 |
| 7/21/2025 | 503938 | 250196 | CNBCK0824 | MOBILE KEY MASTER | $ | 675.00 | Posted | 5356 |
| 7/21/2025 | 500938 | 250155 | CNBCK0824 | RELIABLE LOCKSMITH & S | $ | 1,584.35 | Posted | 5334 |
| 7/20/2025 | 500475 | 250107A | CNBCK0824 | G & R MECHANICAL INC | $ | 466.48 | Posted | 5514 |
| 7/20/2025 | 500604 | 250248 | CNBCK0824 | JOE BELAN | $ | 350.00 | Posted | 5506 |
| 7/20/2025 | 500177 | 250013 | CNBCK0824 | BREAKTHRU BEVERAGE C | $ | 415.60 | Posted | 5370 |
| 7/20/2025 | 500068 | 250039 | CNBCK0824 | ALLIED BEVERAGE GROUI | $ | 1,815.81 | Posted | 5362 |
| 7/20/2025 | 503076 | 250079 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 589.57 | Posted | 5349 |
| 7/16/2025 | 500389 | 7790 | CNBCK0824 | ELGE PLUMBING & HEATII | $ | 382.86 | Posted | 5226 |
| 7/15/2025 | 503916 | 5137 | CNBCK0824 | GRANITE TOPS & MORE LI | $ | 2,112.00 | Posted | 5225 |

# Statement of Financial Affairs - Exhibit 3a
## Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC | Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/14/2025 | 500972 | 8049 | CNBCK0824 | ROTO ROOTER - AL | $ | 1,088.00 | Posted | 5223 |
| 7/13/2025 | 500177 | 250011 | CNBCK0824 | BREAKTHRU BEVERAGE C | $ | 474.30 | Posted | 5369 |
| 7/13/2025 | 500669 | 250038 | CNBCK0824 | KONRAD BEVERAGE CO. | $ | 164.65 | Posted | 5364 |
| 7/13/2025 | 503076 | 250078 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 614.48 | Posted | 5348 |
| 7/13/2025 | 503076 | 154 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 359.92 | Posted | 5347 |
| 7/12/2025 | 432690 | 250245 | CNBCK0824 | MCSHANE PLUMBING & C | $ | 1,051.12 | Posted | 5224 |
| 7/11/2025 | 503837 | ACH07112025 | CNBCK0824 | THE RESTAURANT ASSIST/ | $ | 10,666.67 | Posted | 5377 |
| 7/11/2025 | 500034 | 250104 | CNBCK0824 | ACTION PLUMBING INC. | $ | 1,522.10 | Posted | 5240 |
| 7/11/2025 | 503358 | 250175 | CNBCK0824 | TEN31 SOLUTIONS LLC | $ | 699.90 | Posted | 5222 |
| 7/10/2025 | 500403 | 250187 | CNBCK0824 | ENVIRONMENTAL AIR SYS | $ | 656.54 | Posted | 5214 |
| 7/8/2025 | 503906 | 7794 | CNBCK0824 | SETPOINT REFRIGERATIO | $ | 823.15 | Posted | 5165 |
| 7/8/2025 | 503906 | 7793 | CNBCK0824 | SETPOINT REFRIGERATIO | $ | 1,303.85 | Posted | 5164 |
| 7/7/2025 | 500475 | 250102 | CNBCK0824 | G&R MECHANICAL INC | $ | 470.80 | Posted | 5239 |
| 7/6/2025 | 500068 | 250035 | CNBCK0824 | ALLIED BEVERAGE GROUI | $ | 1,104.54 | Posted | 5237 |
| 7/6/2025 | 503076 | 250077 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 1,171.61 | Posted | 5236 |
| 7/6/2025 | 503076 | 153 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 560.81 | Posted | 5228 |
| 7/6/2025 | 500420 | 250034 | CNBCK0824 | FEDWAY NATIONAL ACCC | $ | 1,788.79 | Posted | 5227 |
| 7/2/2025 | 503358 | 6224 | CNBCK0824 | TEN31 SOLUTIONS LLC | $ | 990.95 | Posted | 5373 |
| 7/2/2025 | 503904 | 250007 | CNBCK0824 | LANCASTER'S HANDYMAI | $ | 1,850.00 | Posted | 5162 |
| 7/1/2025 | 500259 | 3254 | CNBCK0824 | CITY CREEK PARKING - PF | $ | 879.00 | Posted | 5208 |
| 6/30/2025 | 503358 | 6223 | CNBCK0824 | TEN31 SOLUTIONS LLC | $ | 2,198.90 | Posted | 5372 |
| 6/30/2025 | 500034 | 9268 | CNBCK0824 | ACTION PLUMBING INC. | $ | 745.00 | Posted | 5365 |
| 6/30/2025 | 503079 | 3591 | CNBCK0824 | ZEROREZ | $ | 4,021.41 | Posted | 5128 |
| 6/30/2025 | 500973 | 4980 | CNBCK0824 | ROTO-ROOTER PLUMBIN( | $ | 605.35 | Posted | 5121 |
| 6/29/2025 | 500177 | 250008 | CNBCK0824 | BREAKTHRU BEVERAGE C | $ | 315.50 | Posted | 5368 |
| 6/29/2025 | 501024 | 250053 | CNBCK0824 | SHORE POINT DIST CO | $ | 484.00 | Posted | 5238 |
| 6/29/2025 | 503076 | 250076 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 676.77 | Posted | 5235 |
| 6/29/2025 | 503076 | 151 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 356.59 | Posted | 5233 |
| 6/29/2025 | 500604 | 4792 | CNBCK0824 | JOE BELAN | $ | 350.00 | Posted | 5212 |
| 6/25/2025 | 503053 | 2530 | CNBCK0824 | MARED MECHANICAL | $ | 2,430.55 | Posted | 5114 |
| 6/25/2025 | 503896 | 250075 | CNBCK0824 | ATOMIC PLUMBING & DR/ | $ | 2,795.47 | Posted | 5087 |
| 6/23/2025 | 500575 | 003256 | CNBCK0824 | INTEGRATED PLUMBING S | $ | 675.00 | Posted | 5055 |
| 6/23/2025 | 500475 | 9296 | CNBCK0824 | G&R MECHANICAL INC | $ | 466.48 | Posted | 5054 |
| 6/22/2025 | 500177 | 250006 | CNBCK0824 | BREAKTHRU BEVERAGE C | $ | 489.66 | Posted | 5367 |
| 6/22/2025 | 500068 | 250049 | CNBCK0824 | ALLIED BEVERAGE GROUI | $ | 480.00 | Posted | 5258 |
| 6/20/2025 | 500475 | 9295 | CNBCK0824 | G&R MECHANICAL INC | $ | 739.71 | Posted | 5053 |
| 6/18/2025 | 503358 | 6222 | CNBCK0824 | TEN31 SOLUTIONS LLC | $ | 1,039.89 | Posted | 5250 |
| 6/17/2025 | 503076 | 150 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 529.81 | Posted | 5022 |
| 6/15/2025 | 500420 | 250028 | CNBCK0824 | FEDWAY NATIONAL ACCC | $ | 1,080.35 | Posted | 5257 |
| 6/15/2025 | 503076 | 148 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 308.90 | Posted | 5232 |
| 6/15/2025 | 503076 | 149 | CNBCK0824 | VIRGINIA ALCOHOLIC BE\ | $ | 59.98 | Posted | 5231 |
| 6/15/2025 | 500177 | 250005 | CNBCK0824 | BREAKTHRU BEVERAGE C | $ | 502.34 | Posted | 5217 |
| 6/15/2025 | 500575 | 3255 | CNBCK0824 | INTEGRATED PLUMBING S | $ | 2,075.67 | Posted | 5209 |
| 6/14/2025 | 503528 | 6668 | CNBCK0824 | COLD FRONT MECHANIC/ | $ | 675.00 | Posted | 5249 |
| 6/12/2025 | 500604 | 3590 | CNBCK0824 | JOE BELAN | $ | 350.00 | Posted | 4956 |
| 6/11/2025 | 500475 | 9294 | CNBCK0824 | G&R MECHANICAL INC | $ | 543.79 | Posted | 4941 |
| 6/10/2025 | 501024 | 250050 | CNBCK0824 | SHORE POINT DIST CO | $ | 494.25 | Posted | 4930 |
| 6/9/2025 | 500403 | 2903 | CNBCK0824 | ENVIRONMENTAL AIR SYS | $ | 1,330.92 | Posted | 5005 |
| 6/9/2025 | 503079 | 3589 | CNBCK0824 | ZEROREZ | $ | 801.00 | Posted | 4944 |
| 6/9/2025 | 503079 | 3588 | CNBCK0824 | ZEROREZ | $ | 7,582.83 | Posted | 4943 |
| 6/9/2025 | 503873 | PAJ00001 | CNBCK0824 | BRIARWOOD HEATING AN | $ | 475.00 | Posted | 4919 |
| 6/8/2025 | 500177 | 250004 | CNBCK0824 | BREAKTHRU BEVERAGE C | $ | 397.11 | Posted | 4955 |
| 6/7/2025 | 500389 | 7789 | CNBCK0824 | ELGE PLUMBING & HEATII | $ | 324.37 | Posted | 4938 |
| 6/5/2025 | 503920 | 6409 | CNBCK0824 | KADE MECHANICAL, LLC | $ | 440.00 | Posted | 5243 |
| 6/3/2025 | 503846 | 6220 | CNBCK0824 | PRO REFRIGERATION NT I | $ | 1,926.38 | Posted | 5244 |
| 6/2/2025 | 500420 | 250027 | CNBCK0824 | FEDWAY NATIONAL ACCC | $ | 1,478.50 | Posted | 5256 |
| 6/2/2025 | 503921 | 1322 | CNBCK0824 | ABQ PLUMBING | $ | 621.53 | Posted | 5255 |
| 6/2/2025 | 503921 | 1321 | CNBCK0824 | ABQ PLUMBING | $ | 238.43 | Posted | 5254 |
| 6/2/2025 | 503921 | 1320 | CNBCK0824 | ABQ PLUMBING | $ | 1,377.60 | Posted | 5253 |
| 6/2/2025 | 503923 | 6216 | CNBCK0824 | DNA PLUMBING SERVICE! | $ | 1,099.00 | Posted | 5252 |
| 6/2/2025 | 503783 | 6219 | CNBCK0824 | MR. HANDYMAN | $ | 2,663.94 | Posted | 5251 |

# Statement of Financial Affairs - Exhibit 3a
# Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC — Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/2/2025 | 503831 | 6666 | CNBCK0824 | PIECE OF MIND PLUMBIN | $ | 849.00 | Posted | 5248 |
| 6/2/2025 | 503831 | 6667 | CNBCK0824 | PIECE OF MIND PLUMBIN | $ | 593.00 | Posted | 5247 |
| 6/2/2025 | 503922 | 1120 | CNBCK0824 | WESTERN WILDLIFE CON | $ | 1,800.00 | Posted | 5246 |
| 6/2/2025 | 503921 | 1323 | CNBCK0824 | ABQ PLUMBING | $ | 4,309.20 | Posted | 5245 |
| 6/2/2025 | 500034 | 9276 | CNBCK0824 | ACTION PLUMBING INC. | $ | 1,117.30 | Posted | 5242 |
| 6/2/2025 | 500034 | 9273 | CNBCK0824 | ACTION PLUMBING INC. | $ | 215.00 | Posted | 5241 |
| 6/2/2025 | 503918 | 4348 | CNBCK0824 | SUPERTINT | $ | 3,895.00 | Posted | 5234 |
| 6/2/2025 | 503076 | 146 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 1,061.46 | Posted | 5229 |
| 6/2/2025 | 503040 | 5000 | CNBCK0824 | JD ELECTRIC, LLC | $ | 1,575.00 | Posted | 5213 |
| 6/1/2025 | 503076 | 147 | CNBCK0824 | VIRGINIA ALCOHOLIC BE | $ | 355.57 | Posted | 5230 |
| 6/1/2025 | 500604 | 35887 | CNBCK0824 | JOE BELAN | $ | 350.00 | Posted | 5211 |
| 6/1/2025 | 500575 | 3253 | CNBCK0824 | INTEGRATED PLUMBING S | $ | 4,346.81 | Posted | 5210 |
| 6/1/2025 | 500477 | ACH-P5 | CNBCK0824 | GALLO WINE SALES | $ | 1,679.24 | Posted | 5042 |
| 6/1/2025 | 502966 | FIN-AMBEV-P5 | CNBCK0824 | AMERICAN PREMIUM BEV | $ | 1,405.04 | Posted | 5040 |
| 6/1/2025 | 500068 | 250025 | CNBCK0824 | ALLIED BEVERAGE GROU | $ | 2,911.18 | Posted | 4940 |
| 6/1/2025 | 501024 | 9200 | CNBCK0824 | SHORE POINT DIST CO | $ | 336.50 | Posted | 4931 |
| 6/1/2025 | 501075 | 250002 | CNBCK0824 | STANDARD DISTRIBUTING | $ | 303.85 | Posted | 4926 |
| 6/1/2025 | 503056 | 250000 | CNBCK0824 | N.K.S. DISTRIBUTORS | $ | 355.10 | Posted | 4925 |
| 6/1/2025 | 500177 | 250001 | CNBCK0824 | BREAKTHRU BEVERAGE C | $ | 700.34 | Posted | 4924 |
| 6/1/2025 | 500604 | 004790 | CNBCK0824 | JOE BELAN | $ | 350.00 | Posted | 4921 |
| 5/27/2025 | 500389 | 7788 | CNBCK0824 | ELGE PLUMBING & HEATI | $ | 315.00 | Posted | 4937 |
| 5/25/2025 | 500420 | 9290 | CNBCK0824 | FEDWAY NATIONAL ACCC | $ | 3,185.38 | Posted | 4851 |
| 5/25/2025 | 500068 | 9293 | CNBCK0824 | ALLIED BEVERAGE GROU | $ | 2,279.85 | Posted | 4850 |
| 5/25/2025 | 503432 | 2841 | CNBCK0824 | STATEWIDE ELECTRIC OF | $ | 4,354.72 | Posted | 4773 |
| 5/20/2025 | 503764 | 7246 | CNBCK0824 | ZOOM DRAIN-CA | $ | 2,269.00 | Posted | 4701 |
| 8/15/2025 | 503930 | 654361 | CNBAP0860 | FEDEX | $ | 14,149.05 | Posted | 5429 |
| 8/12/2025 | 503899 | 654358 | CNBAP0860 | REPUBLIC SERVICES #26 | $ | 2,605.75 | Posted | 5386 |
| 8/11/2025 | 438054 | 654356 | CNBAP0860 | AFA PROTECTIVE SYSTEM | $ | 31,723.08 | Posted | 5379 |
| 8/8/2025 | 503817 | 654354 | CNBAP0860 | GORDON MECHANICAL L | $ | 7,267.47 | Posted | 5361 |
| 8/8/2025 | 500197 | 654353 | CNBAP0860 | BUCKHEAD MEAT & SEAF | $ | 6,372.78 | Posted | 5360 |
| 8/6/2025 | 500763 | 654352 | CNBAP0860 | MIDWEST REPAIR SERVIC | $ | 10,185.64 | Posted | 5344 |
| 8/6/2025 | 500363 | 654351 | CNBAP0860 | DOVER GREASE TRAPS IN | $ | 6,597.50 | Posted | 5343 |
| 8/6/2025 | 503159 | 654350 | CNBAP0860 | CITY OF PEMBROKE PINE | $ | 6,161.32 | Posted | 5342 |
| 8/6/2025 | 503935 | 654349 | CNBAP0860 | IOWA LANDSCAPE SUPPL | $ | 2,140.00 | Posted | 5341 |
| 7/30/2025 | 500276 | 654348 | CNBAP0860 | CLEANCARE | $ | 11,775.00 | Posted | 5324 |
| 7/30/2025 | 503195 | 654347 | CNBAP0860 | CITY OF NEWPORT | $ | 2,617.00 | Posted | 5323 |
| 7/29/2025 | 438054 | 654346 | CNBAP0860 | AFA PROTECTIVE SYSTEM | $ | 32,229.69 | Posted | 5322 |
| 7/29/2025 | 434933 | 654345 | CNBAP0860 | WINDSTREAM ENTERPRIS | $ | 36,575.78 | Posted | 5321 |
| 7/29/2025 | 503775 | 654344 | CNBAP0860 | VIKING CLOUD | $ | 4,914.90 | Posted | 5320 |
| 7/29/2025 | 503101 | 654343 | CNBAP0860 | LENNOX TOWN CENTER L | $ | 53,281.34 | Posted | 5319 |
| 7/29/2025 | 503929 | 654341 | CNBAP0860 | JAMIE JARRELL | $ | 728.07 | Posted | 5313 |
| 7/29/2025 | 503179 | 654340 | CNBAP0860 | KAY HEATING & AIR CONI | $ | 24,987.00 | Posted | 5311 |
| 7/28/2025 | 503557 | 654339 | CNBAP0860 | AVERUS WEST, LLC | $ | 5,000.00 | Posted | 5308 |
| 7/25/2025 | 431804 | 654338 | CNBAP0860 | GORDON & REES SCULLY | $ | 17,057.25 | Posted | 5305 |
| 7/25/2025 | 503642 | 654337 | CNBAP0860 | TECH 24 / MBH ENTERPRI | $ | 6,727.47 | Posted | 5304 |
| 7/25/2025 | 501232 | 654336 | CNBAP0860 | VINYL DOCTOR SYSTEMS | $ | 4,164.44 | Posted | 5303 |
| 7/25/2025 | 501077 | 654335 | CNBAP0860 | STANDARD WASTE SERVI | $ | 1,915.93 | Posted | 5302 |
| 7/25/2025 | 503036 | 654334 | CNBAP0860 | HOBART SERVICE | $ | 301.32 | Posted | 5301 |
| 7/25/2025 | 501146 | 654333 | CNBAP0860 | THE FLYING LOCKSMITHS | $ | 426.24 | Posted | 5300 |
| 7/25/2025 | 500372 | 654332 | CNBAP0860 | E.R. PUMPING SERVICE C | $ | 3,000.00 | Posted | 5299 |
| 7/25/2025 | 503830 | 654331 | CNBAP0860 | ST LOUIS CEILING INSTAL | $ | 1,225.00 | Posted | 5298 |
| 7/25/2025 | 500681 | 654330 | CNBAP0860 | LARKIN PLUMBING & HEA | $ | 1,981.18 | Posted | 5297 |
| 7/25/2025 | 503742 | 654329 | CNBAP0860 | KIMBLE RECYCLING & DIS | $ | 2,751.00 | Posted | 5296 |
| 7/25/2025 | 503812 | 654328 | CNBAP0860 | D&M Ross Maintenance S | $ | 1,133.60 | Posted | 5295 |
| 7/25/2025 | 500973 | 654327 | CNBAP0860 | ROTO-ROOTER PLUMBIN | $ | 2,767.48 | Posted | 5294 |
| 7/25/2025 | 434803 | 654326 | CNBAP0860 | RENEGADE OIL INC. | $ | 3,600.00 | Posted | 5293 |
| 7/25/2025 | 503357 | 654325 | CNBAP0860 | GENEVIEVE SOLUTIONS L | $ | 3,723.60 | Posted | 5292 |
| 7/25/2025 | 436941 | 654324 | CNBAP0860 | GASKETS ROCK INTERNAT | $ | 2,303.55 | Posted | 5291 |
| 7/25/2025 | 500094 | 654323 | CNBAP0860 | ANDREWS REFRIGERATIC | $ | 1,554.34 | Posted | 5290 |
| 7/23/2025 | 500237 | 654322 | CNBAP0860 | CHARTER DW WATTERS C | $ | 36,399.58 | Posted | 5288 |
| 7/23/2025 | 501240 | 654321 | CNBAP0860 | VORH ASSOCIATES LLC | $ | 42,932.05 | Posted | 5287 |

# Statement of Financial Affairs - Exhibit 3a
# Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC — Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/23/2025 | 501070 | 654320 | CNBAP0860 | SRMF TOWN SQUARE OW | $ | 62,000.91 | Posted | 5286 |
| 7/23/2025 | 500847 | 654319 | CNBAP0860 | PALT CRANBERRY | $ | 21,125.45 | Posted | 5285 |
| 7/23/2025 | 500677 | 654318 | CNBAP0860 | LAFAYETTE PARTNERS | $ | 24,512.67 | Posted | 5284 |
| 7/22/2025 | 503926 | 654317 | CNBAP0860 | FIRST INSURANCE FUNDI | $ | 104,129.17 | Posted | 5280 |
| 7/21/2025 | 503474 | 654316 | CNBAP0860 | CHARLES WINSOR | $ | 175.99 | Posted | 5277 |
| 7/21/2025 | 500326 | 654315 | CNBAP0860 | DANIEL ELECTRIC COMPA | $ | 6,261.78 | Posted | 5276 |
| 7/21/2025 | 503827 | 654314 | CNBAP0860 | LEGEND UNDERWRITERS | $ | 12,623.38 | Posted | 5275 |
| 7/18/2025 | 503570 | 654313 | CNBAP0860 | ELITE EQUIPMENT SPECIA | $ | 3,554.63 | Posted | 5274 |
| 7/18/2025 | 503201 | 654312 | CNBAP0860 | HINMAR ORDONEZ LLC | $ | 650.00 | Posted | 5273 |
| 7/18/2025 | 503533 | 654311 | CNBAP0860 | FLAME TEC LLC | $ | 850.00 | Posted | 5272 |
| 7/18/2025 | 501089 | 654310 | CNBAP0860 | STEAM SOURCE INC | $ | 2,680.00 | Posted | 5271 |
| 7/18/2025 | 500541 | 654309 | CNBAP0860 | HEICHEL PLUMBING INC | $ | 1,192.75 | Posted | 5270 |
| 7/18/2025 | 500715 | 654308 | CNBAP0860 | MADISON PLUMBING SER | $ | 11,254.37 | Posted | 5269 |
| 7/18/2025 | 503662 | 654307 | CNBAP0860 | CUTTER'S EDGE | $ | 2,413.64 | Posted | 5268 |
| 7/18/2025 | 500892 | 654306 | CNBAP0860 | PRISTINO CLEANING SOL | $ | 2,889.56 | Posted | 5267 |
| 7/18/2025 | 503180 | 654305 | CNBAP0860 | TIDAL ELECTRICAL SERVI | $ | 1,372.41 | Posted | 5266 |
| 7/18/2025 | 503177 | 654304 | CNBAP0860 | WM CORPORATE SERVICI | $ | 3,756.48 | Posted | 5265 |
| 7/18/2025 | 503654 | 654303 | CNBAP0860 | JAM MECHANICAL | $ | 15,170.17 | Posted | 5264 |
| 7/18/2025 | 503697 | 654302 | CNBAP0860 | PERCEPTURE, INC | $ | 3,000.00 | Posted | 5263 |
| 7/17/2025 | 500263 | 654301 | CNBAP0860 | CITY OF HUNTSVILLE | $ | 1,414.50 | Posted | 5262 |
| 7/17/2025 | 503163 | 654300 | CNBAP0860 | LIBERTY COMMUNITY AUT | $ | 716.00 | Posted | 5261 |
| 7/17/2025 | 500272 | 654299 | CNBAP0860 | CITY OF VA BEACH COMM | $ | 13,116.38 | Posted | 5260 |
| 7/17/2025 | 500923 | 654298 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 19,910.32 | Posted | 5259 |
| 7/15/2025 | 503914 | 654297 | CNBAP0860 | NIXCO PLUMBING | $ | 6,560.80 | Posted | 5221 |
| 7/14/2025 | 503839 | 654296 | CNBAP0860 | THE BURKHALTER LAW FII | $ | 4,166.66 | Posted | 5219 |
| 7/14/2025 | 503855 | 654295 | CNBAP0860 | LUIS A RIOS | $ | 8,333.34 | Posted | 5218 |
| 7/11/2025 | 500889 | 654294 | CNBAP0860 | PRIORITY PLUMBERS LLC | $ | 3,902.50 | Posted | 5216 |
| 7/11/2025 | 503659 | 654293 | CNBAP0860 | CHEF WORKS INC | $ | 4,144.60 | Posted | 5215 |
| 7/9/2025 | 503909 | 654292 | CNBAP0860 | MAILE PHILLIPS | $ | 559.51 | Posted | 5206 |
| 7/9/2025 | 500523 | 654291 | CNBAP0860 | GUILFORD LOCKSMITHIN | $ | 715.11 | Posted | 5205 |
| 7/9/2025 | 503262 | 654290 | CNBAP0860 | RELIASTAR LIFE INSURAN | $ | 4,300.58 | Posted | 5204 |
| 7/9/2025 | 503465 | 654289 | CNBAP0860 | SYMETRA LIFE INSURANC | $ | 6,358.61 | Posted | 5203 |
| 7/9/2025 | 434727 | 654288 | CNBAP0860 | LEGALSHIELD | $ | 516.30 | Posted | 5202 |
| 7/9/2025 | 503261 | 654287 | CNBAP0860 | ALLSTATE | $ | 654.15 | Posted | 5201 |
| 7/9/2025 | 434933 | 654286 | CNBAP0860 | WINDSTREAM ENTERPRIS | $ | 14,956.79 | Posted | 5200 |
| 7/9/2025 | 501077 | 654285 | CNBAP0860 | STANDARD WASTE SERVI( | $ | 3,831.86 | Posted | 5199 |
| 7/9/2025 | 503277 | 654284 | CNBAP0860 | RGH WASTE AND DISPOS. | $ | 8,130.94 | Posted | 5198 |
| 7/9/2025 | 500938 | 654283 | CNBAP0860 | RELIABLE LOCKSMITH & S | $ | 3,875.88 | Posted | 5197 |
| 7/9/2025 | 503902 | 654282 | CNBAP0860 | PAYDAY MONEY CENTERS | $ | 751.08 | Posted | 5196 |
| 7/9/2025 | 500850 | 654281 | CNBAP0860 | PAR 3 LANDSCAPE MANA | $ | 2,912.00 | Posted | 5195 |
| 7/9/2025 | 500790 | 654280 | CNBAP0860 | NAINARI CLEANING SVC I | $ | 10,756.50 | Posted | 5194 |
| 7/9/2025 | 500696 | 654279 | CNBAP0860 | LIQUID ENVIRONMENTAL | $ | 1,980.45 | Posted | 5193 |
| 7/9/2025 | 503829 | 654278 | CNBAP0860 | LANDERT BREAD | $ | 3,226.50 | Posted | 5192 |
| 7/9/2025 | 503874 | 654277 | CNBAP0860 | KELSEY THORN WELSH | $ | 1,012.50 | Posted | 5191 |
| 7/9/2025 | 500511 | 654276 | CNBAP0860 | GREAT WASTE | $ | 1,958.94 | Posted | 5190 |
| 7/9/2025 | 500506 | 654275 | CNBAP0860 | GORMAN-LAVELLE CORP | $ | 910.00 | Posted | 5189 |
| 7/9/2025 | 500488 | 654274 | CNBAP0860 | GENERAL PARTS LLC | $ | 9,696.14 | Posted | 5188 |
| 7/9/2025 | 503765 | 654273 | CNBAP0860 | GASKET-PRO, LLC | $ | 1,506.76 | Posted | 5187 |
| 7/9/2025 | 500440 | 654272 | CNBAP0860 | FISH WINDOW CLEANING | $ | 970.38 | Posted | 5186 |
| 7/9/2025 | 503386 | 654271 | CNBAP0860 | FISH WINDOW CLEANING | $ | 1,359.25 | Posted | 5185 |
| 7/9/2025 | 434631 | 654270 | CNBAP0860 | DIRECTV | $ | 8,596.82 | Posted | 5184 |
| 7/9/2025 | 438051 | 654269 | CNBAP0860 | DARK LAKE SOFTWARE, IN | $ | 3,080.70 | Posted | 5183 |
| 7/9/2025 | 503812 | 654268 | CNBAP0860 | D&M Ross Maintenance S | $ | 4,891.40 | Posted | 5182 |
| 7/9/2025 | 503676 | 654267 | CNBAP0860 | COOLERS INC | $ | 972.91 | Posted | 5181 |
| 7/9/2025 | 502998 | 654266 | CNBAP0860 | BAY ELECTRIC OF COLLIE | $ | 4,909.24 | Posted | 5180 |
| 7/9/2025 | 500085 | 654265 | CNBAP0860 | AMERICAN RESTAURANT : | $ | 6,922.50 | Posted | 5179 |
| 7/9/2025 | 503288 | 654264 | CNBAP0860 | ALL STATES MALL SERVIC | $ | 8,963.76 | Posted | 5178 |
| 7/9/2025 | 500012 | 654263 | CNBAP0860 | AIS COMMERCIAL PARTS | $ | 2,424.02 | Posted | 5177 |
| 7/9/2025 | 503458 | 654262 | CNBAP0860 | AB360 INDUSTRIES, LLC | $ | 2,623.00 | Posted | 5176 |
| 7/8/2025 | 503402 | ACH07082025-1077 | CNBAP0860 | CHARTER COMMUNICATI | $ | 580.43 | Posted | 5163 |
| 7/7/2025 | 500797 | 654261 | CNBAP0860 | NATIONAL SIGN CORPOR | $ | 3,543.75 | Posted | 5161 |

# Statement of Financial Affairs - Exhibit 3a
# Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC — Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7/3/2025 | 503797 | 654260 | CNBAP0860 | SABATINO NORTH AMERI( | $ | 54.88 | Posted | 5157 |
| 7/3/2025 | 503541 | 654259 | CNBAP0860 | ROSS/WEST VIEW EMSA | $ | 540.00 | Posted | 5156 |
| 7/3/2025 | 501185 | 654258 | CNBAP0860 | TOWNSHIP OF ROSS | $ | 5,362.09 | Posted | 5155 |
| 7/3/2025 | 500812 | 654257 | CNBAP0860 | NORTH HILLS SCHOOL DI | $ | 40,315.62 | Posted | 5154 |
| 7/3/2025 | 500982 | 654256 | CNBAP0860 | SAGEMORE MANAGEMEN | $ | 38,048.18 | Posted | 5153 |
| 7/3/2025 | 500847 | 654255 | CNBAP0860 | PALT CRANBERRY | $ | 20,945.25 | Posted | 5152 |
| 7/3/2025 | 500677 | 654254 | CNBAP0860 | LAFAYETTE PARTNERS | $ | 23,192.67 | Posted | 5151 |
| 7/3/2025 | 500620 | 654253 | CNBAP0860 | JORDAN CREEK TOWN CE | $ | 58,082.52 | Posted | 5150 |
| 7/3/2025 | 500378 | 654252 | CNBAP0860 | EASTON TOWN CENTER II | $ | 67,359.59 | Posted | 5149 |
| 7/2/2025 | 503851 | 654251 | CNBAP0860 | J & J PLUMBING | $ | 2,055.00 | Posted | 5146 |
| 7/2/2025 | 500672 | 654250 | CNBAP0860 | KRG LANSING EASTWOOI | $ | 38,937.39 | Posted | 5144 |
| 7/2/2025 | 503098 | 654249 | CNBAP0860 | FEDERAL REALTY OP LP | $ | 31,588.73 | Posted | 5143 |
| 7/2/2025 | 503441 | 654246 | CNBAP0860 | RPT REALTY LP | $ | 117,642.48 | Posted | 5137 |
| 7/2/2025 | 503094 | 654245 | CNBAP0860 | CBL-TRS FRIENDLY CENTI | $ | 28,770.14 | Posted | 5136 |
| 7/2/2025 | 501157 | 654244 | CNBAP0860 | The Shoppes at Tartan Rid | $ | 17,006.12 | Posted | 5135 |
| 7/2/2025 | 500819 | 654243 | CNBAP0860 | NOTL PROPERTY OWNER | $ | 85,901.61 | Posted | 5134 |
| 7/2/2025 | 500336 | 654242 | CNBAP0860 | DAYTON MALL II LLC-C/O | $ | 33,907.07 | Posted | 5133 |
| 7/2/2025 | 500244 | 654241 | CNBAP0860 | CHERRY HILL TOWN CTR | $ | 29,765.51 | Posted | 5132 |
| 7/2/2025 | 500188 | 654240 | CNBAP0860 | BROOKFIELD SQUARE & L | $ | 28,902.17 | Posted | 5131 |
| 7/2/2025 | 500140 | 654239 | CNBAP0860 | BELDEN MALL LLC. | $ | 11,600.00 | Posted | 5130 |
| 7/2/2025 | 503262 | 654238 | CNBAP0860 | RELIASTAR LIFE INSURAN | $ | 3,832.67 | Posted | 5129 |
| 7/2/2025 | 503285 | 654237 | CNBAP0860 | SCOTT DOUGLASS MCCO | $ | 820.00 | Posted | 5127 |
| 7/2/2025 | 503817 | 654236 | CNBAP0860 | GORDON MECHANICAL L | $ | 2,432.81 | Posted | 5126 |
| 7/1/2025 | 500024 | 654235 | CNBAP0860 | ABLE MECHANICAL INC. | $ | 6,000.00 | Posted | 5123 |
| 7/1/2025 | 500004 | 654234 | CNBAP0860 | A CLEAR VIEW WINDOW ( | $ | 985.00 | Posted | 5122 |
| 6/30/2025 | 434727 | 654233 | CNBAP0860 | LEGALSHIELD | $ | 1,515.35 | Posted | 5118 |
| 6/30/2025 | 503261 | 654232 | CNBAP0860 | ALLSTATE | $ | 2,642.65 | Posted | 5117 |
| 6/30/2025 | 503827 | 654231 | CNBAP0860 | LEGEND UNDERWRITERS | $ | 6,429.44 | Posted | 5116 |
| 6/30/2025 | 503262 | 654230 | CNBAP0860 | RELIASTAR LIFE INSURAN | $ | 9,105.81 | Posted | 5115 |
| 6/30/2025 | 500276 | 654229 | CNBAP0860 | CLEANCARE | $ | 8,167.09 | Posted | 5112 |
| 6/30/2025 | 500153 | 654228 | CNBAP0860 | BLACKHAWK NETWORK II | $ | 196.60 | Posted | 5111 |
| 6/30/2025 | 503503 | 654227 | CNBAP0860 | KELLER STEEL | $ | 5,162.50 | Posted | 5110 |
| 6/30/2025 | 503815 | 654226 | CNBAP0860 | WILLBANKS INC | $ | 2,826.81 | Posted | 5109 |
| 6/30/2025 | 503657 | 654225 | CNBAP0860 | FIRST CLASS PLUMBING-I | $ | 2,687.30 | Posted | 5108 |
| 6/30/2025 | 500389 | 654224 | CNBAP0860 | ELGE PLUMBING & HEATII | $ | 5,520.21 | Posted | 5107 |
| 6/30/2025 | 503847 | 654223 | CNBAP0860 | 1TOM PLUMBER HUNTSVI | $ | 5,724.00 | Posted | 5105 |
| 6/30/2025 | 434670 | 654222 | CNBAP0860 | GASKET GUY /GASKETS-N | $ | 2,512.29 | Posted | 5104 |
| 6/30/2025 | 434537 | 654221 | CNBAP0860 | PRO TECH MEDIA SOLUTI | $ | 12,775.94 | Posted | 5103 |
| 6/27/2025 | 503503 | 654220 | CNBAP0860 | KELLER STEEL | $ | 1,415.00 | Posted | 5102 |
| 6/27/2025 | 501006 | 654219 | CNBAP0860 | SEAFOOD SUPPLY CO. | $ | 2,993.32 | Posted | 5101 |
| 6/27/2025 | 503685 | 654210 | CNBAP0860 | ACE AIR CONDITIONING I | $ | 5,519.27 | Posted | 5092 |
| 6/27/2025 | 500131 | 654209 | CNBAP0860 | BAR HARBOR SEAFOOD | $ | 1,554.85 | Posted | 5091 |
| 6/27/2025 | 501201 | 654208 | CNBAP0860 | TURNER CUSTOM LAWN & | $ | 4,050.00 | Posted | 5090 |
| 6/27/2025 | 503576 | 654207 | CNBAP0860 | ELEVATE OUTDOOR | $ | 1,586.20 | Posted | 5089 |
| 6/27/2025 | 500923 | 654206 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 4,891.80 | Posted | 5088 |
| 6/27/2025 | 500485 | 654205 | CNBAP0860 | GEAUGA MECHANICAL C( | $ | 5,280.50 | Posted | 5086 |
| 6/27/2025 | 503789 | 654204 | CNBAP0860 | DIAMOND TOURS INC | $ | 946.00 | Posted | 5084 |
| 6/27/2025 | 435543 | 654203 | CNBAP0860 | EEC ACQUISITIONS LLC /: | $ | 11,811.70 | Posted | 5083 |
| 6/26/2025 | 503022 | 654202 | CNBAP0860 | FISH WINDOW CLEANING | $ | 4,169.68 | Posted | 5082 |
| 6/26/2025 | 503859 | 654201 | CNBAP0860 | SHORE POWER ELECTRIC | $ | 1,967.32 | Posted | 5081 |
| 6/26/2025 | 503818 | 654200 | CNBAP0860 | State of Nevada-Mechani( | $ | 20.00 | Posted | 5078 |
| 6/26/2025 | 501253 | 654199 | CNBAP0860 | WAUKESHA COUNTY DEF | $ | 700.00 | Posted | 5077 |
| 6/26/2025 | 501057 | 654198 | CNBAP0860 | SOUTHERN NEVADAHEAL | $ | 5,409.86 | Posted | 5076 |
| 6/26/2025 | 503110 | 654197 | CNBAP0860 | SAMCO FACILITIES MAINT | $ | 3,507.85 | Posted | 5075 |
| 6/26/2025 | 500763 | 654196 | CNBAP0860 | MIDWEST REPAIR SERVIC | $ | 5,188.95 | Posted | 5074 |
| 6/26/2025 | 500276 | 654195 | CNBAP0860 | CLEANCARE | $ | 3,171.85 | Posted | 5073 |
| 6/26/2025 | 503163 | 654194 | CNBAP0860 | LIBERTY COMMUNITY AUT | $ | 910.00 | Posted | 5072 |
| 6/26/2025 | 500197 | 654193 | CNBAP0860 | BUCKHEAD MEAT & SEAF( | $ | 685.03 | Posted | 5071 |
| 6/26/2025 | 500120 | 654192 | CNBAP0860 | AVERUS NORTHEAST LLC | $ | 4,876.95 | Posted | 5070 |
| 6/25/2025 | 503732 | 654191 | CNBAP0860 | AMERICAN COOL HEAT AI | $ | 11,978.39 | Posted | 5069 |
| 6/25/2025 | 503780 | 654190 | CNBAP0860 | A-TECH COMMERCIAL PA | $ | 3,205.00 | Posted | 5068 |

# Statement of Financial Affairs - Exhibit 3a
# Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC | Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/25/2025 | 500446 | 654189 | CNBAP0860 | FISH WINDOWS INC-FREI | $ | 1,039.96 | Posted | 5067 |
| 6/25/2025 | 503811 | 654187 | CNBAP0860 | RCG-WEST CHESTER PM, | $ | 28,035.56 | Posted | 5065 |
| 6/25/2025 | 503108 | 654186 | CNBAP0860 | WESTCOR SANTAN VILLA( | $ | 44,452.93 | Posted | 5064 |
| 6/25/2025 | 503106 | 654185 | CNBAP0860 | SCHOOLCRAFT COMMON | $ | 23,684.25 | Posted | 5063 |
| 6/25/2025 | 503101 | 654184 | CNBAP0860 | LENNOX TOWN CENTER L | $ | 16,608.68 | Posted | 5062 |
| 6/25/2025 | 501170 | 654183 | CNBAP0860 | TIC INVESTMENT COMPAI | $ | 56,148.75 | Posted | 5061 |
| 6/25/2025 | 501070 | 654182 | CNBAP0860 | SRMF TOWN SQUARE OW | $ | 62,610.42 | Posted | 5060 |
| 6/25/2025 | 500672 | 654181 | CNBAP0860 | KRG LANSING EASTWOOI | $ | 34,119.62 | Posted | 5059 |
| 6/25/2025 | 500336 | 654180 | CNBAP0860 | DAYTON MALL II LLC-C/O | $ | 14,828.41 | Posted | 5058 |
| 6/25/2025 | 500188 | 654179 | CNBAP0860 | BROOKFIELD SQUARE & L | $ | 26,721.13 | Posted | 5057 |
| 6/25/2025 | 500889 | 654178 | CNBAP0860 | PRIORITY PLUMBERS LLC | $ | 11,177.70 | Posted | 5056 |
| 6/24/2025 | 500923 | 654177 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 5,480.08 | Posted | 5052 |
| 6/24/2025 | 503840 | 654176 | CNBAP0860 | BUSINESSOLVER.COM, IN | $ | 4,002.58 | Posted | 5051 |
| 6/24/2025 | 500085 | 654175 | CNBAP0860 | AMERICAN RESTAURANT : | $ | 8,313.50 | Posted | 5050 |
| 6/24/2025 | 503576 | 654174 | CNBAP0860 | ELEVATE OUTDOOR | $ | 2,067.29 | Posted | 5049 |
| 6/23/2025 | 501240 | 654173 | CNBAP0860 | VORH ASSOCIATES LLC | $ | 122,810.55 | Posted | 5047 |
| 6/23/2025 | 500923 | 654172 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 26,220.16 | Posted | 5046 |
| 6/20/2025 | 500458 | 654171 | CNBAP0860 | FORBES/COHEN FLORID/ | $ | 80,374.47 | Posted | 5045 |
| 6/20/2025 | 503099 | 654170 | CNBAP0860 | FORBES TAUBMAN ORLAI | $ | 169,668.68 | Posted | 5044 |
| 6/20/2025 | 501251 | 654169 | CNBAP0860 | WATERSIDE SHOPS LLC | $ | 103,568.63 | Posted | 5043 |
| 6/20/2025 | 503892 | 654168 | CNBAP0860 | SACRAMENTO COUNTY | $ | 49.12 | Posted | 5039 |
| 6/20/2025 | 503891 | 654167 | CNBAP0860 | COUNTY CLERK | $ | 25.00 | Posted | 5038 |
| 6/20/2025 | 503839 | 654166 | CNBAP0860 | THE BURKHALTER LAW FII | $ | 4,166.66 | Posted | 5037 |
| 6/20/2025 | 503855 | 654165 | CNBAP0860 | LUIS A RIOS | $ | 8,333.34 | Posted | 5036 |
| 6/20/2025 | 431804 | 654163 | CNBAP0860 | GORDON & REES SCULLY | $ | 52,589.83 | Posted | 5034 |
| 6/20/2025 | 500012 | 654162 | CNBAP0860 | AIS COMMERCIAL PARTS | $ | 5,805.60 | Posted | 5033 |
| 6/20/2025 | 503797 | 654161 | CNBAP0860 | SABATINO NORTH AMERI( | $ | 229.00 | Posted | 5032 |
| 6/20/2025 | 503889 | 654159 | CNBAP0860 | DYLAN OWENS | $ | 535.86 | Posted | 5030 |
| 6/20/2025 | 503888 | 654158 | CNBAP0860 | GABRIEL HEBERT | $ | 579.60 | Posted | 5029 |
| 6/19/2025 | 503886 | 654157 | CNBAP0860 | Piasecki & Whitelaw, LLC | $ | 1,800.00 | Posted | 5028 |
| 6/18/2025 | 503228 | 654156 | CNBAP0860 | PINNACLE RESTAURANT S | $ | 3,331.90 | Posted | 5027 |
| 6/18/2025 | 500923 | 654155 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 607.94 | Posted | 5026 |
| 6/18/2025 | 500923 | 654154 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 2,015.08 | Posted | 5025 |
| 6/18/2025 | 432348 | 654153 | CNBAP0860 | KETER ENVIRONMENTAL S | $ | 13,048.55 | Posted | 5024 |
| 6/18/2025 | 503631 | 654152 | CNBAP0860 | VIGO IMPORTING COMPA | $ | 328.80 | Posted | 5023 |
| 6/17/2025 | 503192 | 654151 | CNBAP0860 | C4 HOME IMPORVEMENT | $ | 5,063.00 | Posted | 5021 |
| 6/17/2025 | 500944 | 654150 | CNBAP0860 | REPUBLIC SERVICES #24: | $ | 1,270.32 | Posted | 5020 |
| 6/17/2025 | 500094 | 654149 | CNBAP0860 | ANDREWS REFRIGERATIC | $ | 12,027.25 | Posted | 5019 |
| 6/16/2025 | 500923 | 654148 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 10,726.10 | Posted | 5018 |
| 6/16/2025 | 500382 | 654147 | CNBAP0860 | EDGE MECHANICAL INC. | $ | 7,875.00 | Posted | 5017 |
| 6/14/2025 | 434637 | 654144 | CNBAP0860 | ECOLAB INC | $ | 16,821.66 | Posted | 5012 |
| 6/14/2025 | 434488 | 654140 | CNBAP0860 | ECOLAB PEST ELIM DIVISI | $ | 10,412.02 | Posted | 5008 |
| 6/13/2025 | 503547 | 654138 | CNBAP0860 | LEPPERT PROPERTY MAIN | $ | 1,961.00 | Posted | 5006 |
| 6/13/2025 | 503879 | 654137 | CNBAP0860 | A OK COMPANIES | $ | 1,672.28 | Posted | 5004 |
| 6/13/2025 | 500263 | 654136 | CNBAP0860 | CITY OF HUNTSVILLE | $ | 1,678.08 | Posted | 5002 |
| 6/13/2025 | 500272 | 654135 | CNBAP0860 | CITY OF VA BEACH COMM | $ | 13,252.62 | Posted | 5001 |
| 6/13/2025 | 501009 | 654133 | CNBAP0860 | SECURE CASH ADVANTA( | $ | 108.22 | Posted | 4998 |
| 6/13/2025 | 500120 | 654132 | CNBAP0860 | AVERUS NORTHEAST LLC | $ | 5,506.34 | Posted | 4997 |
| 6/13/2025 | 438054 | 654131 | CNBAP0860 | AFA PROTECTIVE SYSTEM | $ | 20,135.92 | Posted | 4996 |
| 6/13/2025 | 503646 | 654129 | CNBAP0860 | WASTELESS SOLUTIONS, | $ | 897.87 | Posted | 4994 |
| 6/13/2025 | 434610 | 654128 | CNBAP0860 | COZZINI BROS INC | $ | 890.09 | Posted | 4993 |
| 6/13/2025 | 500949 | 654127 | CNBAP0860 | RESTAURANT TECHNOLO | $ | 6,833.54 | Posted | 4992 |
| 6/13/2025 | 503016 | 654124 | CNBAP0860 | EASY ICE, LLC | $ | 1,516.58 | Posted | 4989 |
| 6/13/2025 | 500790 | 654123 | CNBAP0860 | NAINARI CLEANING SVC I | $ | 1,437.75 | Posted | 4988 |
| 6/13/2025 | 500821 | 654120 | CNBAP0860 | NUCO2 INC. | $ | 6,916.15 | Posted | 4980 |
| 6/13/2025 | 435543 | 654118 | CNBAP0860 | EEC ACQUISITIONS LLC /: | $ | 10,949.67 | Posted | 4978 |
| 6/13/2025 | 500389 | 654116 | CNBAP0860 | ELGE PLUMBING & HEATII | $ | 10,546.46 | Posted | 4976 |
| 6/13/2025 | 501183 | 654115 | CNBAP0860 | TOTAL LINEN CARE LLC | $ | 400.19 | Posted | 4975 |
| 6/13/2025 | 434953 | 654114 | CNBAP0860 | ALSCO INC | $ | 580.05 | Posted | 4974 |
| 6/13/2025 | 503304 | 654112 | CNBAP0860 | PARADISE PROPANE LLC | $ | 1,350.00 | Posted | 4972 |
| 6/13/2025 | 500114 | 654111 | CNBAP0860 | ATECH REFRIGERATION & | $ | 2,014.14 | Posted | 4971 |

# Statement of Financial Affairs - Exhibit 3a
# Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC

Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/13/2025 | 500616 | 654110 | CNBAP0860 | JOHNSON CONTROLS | $ | 4,640.90 | Posted | 4970 |
| 6/13/2025 | 503670 | 654109 | CNBAP0860 | DATADELIVERS, LLC | $ | 10,000.00 | Posted | 4969 |
| 6/13/2025 | 500755 | 654108 | CNBAP0860 | MICHAEL'S FINER MEATS | $ | 2,961.01 | Posted | 4966 |
| 6/13/2025 | 434659 | 654107 | CNBAP0860 | FISHBOWL INC. | $ | 8,117.77 | Posted | 4964 |
| 6/13/2025 | 503057 | 654106 | CNBAP0860 | OPENTABLE INC | $ | 28,399.30 | Posted | 4963 |
| 6/13/2025 | 434933 | 654105 | CNBAP0860 | WINDSTREAM ENTERPRIS | $ | 15,000.00 | Posted | 4962 |
| 6/13/2025 | 503179 | 654104 | CNBAP0860 | KAY HEATING & AIR COND | $ | 3,762.74 | Posted | 4961 |
| 6/12/2025 | 503878 | 654103 | CNBAP0860 | HERMAN FRIEDRICH | $ | 100.00 | Posted | 4959 |
| 6/12/2025 | 503876 | 654102 | CNBAP0860 | DIANE RAUCKHORST | $ | 50.00 | Posted | 4958 |
| 6/12/2025 | 503877 | 654101 | CNBAP0860 | ZACH RIEMAN | $ | 50.00 | Posted | 4957 |
| 6/12/2025 | 503875 | 654097 | CNBAP0860 | RUTLEDGE ECENIA, P.A. | $ | 1,420.50 | Posted | 4951 |
| 6/12/2025 | 503697 | 654096 | CNBAP0860 | PERCEPTURE, INC | $ | 3,000.00 | Posted | 4950 |
| 6/12/2025 | 503746 | 654095 | CNBAP0860 | ASK LOCALA, INC | $ | 1,915.81 | Posted | 4949 |
| 6/12/2025 | 503543 | 654094 | CNBAP0860 | THE KNOT WORLDWIDE II | $ | 4,730.40 | Posted | 4948 |
| 6/12/2025 | 501069 | 654093 | CNBAP0860 | SPROUT SOCIAL, INC. | $ | 4,083.18 | Posted | 4947 |
| 6/12/2025 | 503656 | 654092 | CNBAP0860 | KEVIN CLEMMONS | $ | 4,000.00 | Posted | 4946 |
| 6/11/2025 | 503825 | 654091 | CNBAP0860 | PACIFIC ELECTRIC | $ | 771.00 | Posted | 4942 |
| 6/11/2025 | 503720 | 654090 | CNBAP0860 | KENNICO CONSTRUCTIO | $ | 4,750.00 | Posted | 4939 |
| 6/10/2025 | 503431 | 654089 | CNBAP0860 | ENDEAVOR CONTRACTIN | $ | 1,650.00 | Posted | 4936 |
| 6/10/2025 | 503576 | 654088 | CNBAP0860 | ELEVATE OUTDOOR | $ | 1,438.50 | Posted | 4935 |
| 6/10/2025 | 500506 | 654087 | CNBAP0860 | GORMAN-LAVELLE CORP | $ | 1,214.00 | Posted | 4934 |
| 6/10/2025 | 503613 | 654086 | CNBAP0860 | SUNSHINE WINDOW CLE | $ | 1,455.00 | Posted | 4933 |
| 6/10/2025 | 430026 | 654085 | CNBAP0860 | BOMMARITO WINES & SPI | $ | 696.00 | Posted | 4932 |
| 6/10/2025 | 500035 | 654084 | CNBAP0860 | ACTIVE ELECTRIC INCORI | $ | 323.00 | Posted | 4929 |
| 6/9/2025 | 503184 | 654083 | CNBAP0860 | UPLAND ARCHITECTS INC | $ | 1,825.00 | Posted | 4920 |
| 6/9/2025 | 503704 | 654082 | CNBAP0860 | KIMBO USA CORP | $ | 234.46 | Posted | 4918 |
| 6/9/2025 | 500657 | 654081 | CNBAP0860 | KENT PLUMBING INC. | $ | 6,573.16 | Posted | 4915 |
| 6/9/2025 | 434488 | 654080 | CNBAP0860 | ECOLAB PEST ELIM DIVISI | $ | 10,270.54 | Posted | 4914 |
| 6/9/2025 | 503643 | 654078 | CNBAP0860 | SUBZERO AIR CONDITION | $ | 770.00 | Posted | 4912 |
| 6/6/2025 | 500923 | 654126 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 6,854.43 | Posted | 4991 |
| 6/6/2025 | 503590 | 654077 | CNBAP0860 | ECOLAB INC. - NY | $ | 15,329.28 | Posted | 4910 |
| 6/6/2025 | 503164 | 654071 | CNBAP0860 | TREASURER OF SPOTSYLV | $ | 1,200.24 | Posted | 4904 |
| 6/6/2025 | 503872 | 654070 | CNBAP0860 | DUANE FULTON | $ | 171.10 | Posted | 4903 |
| 6/6/2025 | 434671 | 654069 | CNBAP0860 | GASKETS ROCK OF CENTI | $ | 248.89 | Posted | 4902 |
| 6/6/2025 | 500763 | 654068 | CNBAP0860 | MIDWEST REPAIR SERVIC | $ | 6,593.01 | Posted | 4901 |
| 6/6/2025 | 503665 | 654067 | CNBAP0860 | BEST VERSION MEDIA LLC | $ | 25,714.23 | Posted | 4900 |
| 6/6/2025 | 434933 | 654066 | CNBAP0860 | WINDSTREAM ENTERPRIS | $ | 15,000.00 | Posted | 4899 |
| 6/6/2025 | 434659 | 654065 | CNBAP0860 | FISHBOWL INC. | $ | 8,991.02 | Posted | 4898 |
| 6/6/2025 | 500755 | 654064 | CNBAP0860 | MICHAEL'S FINER MEATS | $ | 23,975.76 | Posted | 4897 |
| 6/6/2025 | 503670 | 654062 | CNBAP0860 | DATADELIVERS, LLC | $ | 7,473.44 | Posted | 4895 |
| 6/6/2025 | 503304 | 654060 | CNBAP0860 | PARADISE PROPANE LLC | $ | 6,100.00 | Posted | 4893 |
| 6/6/2025 | 434953 | 654058 | CNBAP0860 | ALSCO INC | $ | 581.52 | Posted | 4891 |
| 6/6/2025 | 501183 | 654057 | CNBAP0860 | TOTAL LINEN CARE LLC | $ | 331.88 | Posted | 4890 |
| 6/6/2025 | 500389 | 654056 | CNBAP0860 | ELGE PLUMBING & HEATII | $ | 10,000.00 | Posted | 4889 |
| 6/6/2025 | 435543 | 654055 | CNBAP0860 | EEC ACQUISITIONS LLC /: | $ | 10,709.01 | Posted | 4888 |
| 6/6/2025 | 500821 | 654054 | CNBAP0860 | NUCO2 INC. | $ | 1,800.02 | Posted | 4887 |
| 6/6/2025 | 500447 | 654053 | CNBAP0860 | FIVE STAR VALET | $ | 5,796.00 | Posted | 4886 |
| 6/5/2025 | 500616 | 654061 | CNBAP0860 | JOHNSON CONTROLS | $ | 7,015.29 | Posted | 4894 |
| 6/5/2025 | 500199 | 654052 | CNBAP0860 | BUCKHEAD MEAT OF DAL | $ | 962.77 | Posted | 4885 |
| 6/5/2025 | 500197 | 654051 | CNBAP0860 | BUCKHEAD MEAT & SEAF( | $ | 1,353.68 | Posted | 4884 |
| 6/5/2025 | 500790 | 654050 | CNBAP0860 | NAINARI CLEANING SVC I | $ | 2,875.50 | Posted | 4883 |
| 6/5/2025 | 500276 | 654049 | CNBAP0860 | CLEANCARE | $ | 3,257.12 | Posted | 4882 |
| 6/5/2025 | 434610 | 654048 | CNBAP0860 | COZZINI BROS INC | $ | 1,675.18 | Posted | 4881 |
| 6/5/2025 | 438054 | 654046 | CNBAP0860 | AFA PROTECTIVE SYSTEM | $ | 20,358.21 | Posted | 4879 |
| 6/5/2025 | 503442 | 654045 | CNBAP0860 | AVERUS FIRE SERVICES-C | $ | 8,526.11 | Posted | 4878 |
| 6/5/2025 | 503693 | 654044 | CNBAP0860 | FAT FREE INC. | $ | 350.00 | Posted | 4877 |
| 6/5/2025 | 500418 | 654043 | CNBAP0860 | FAT FREE KEC, LLC | $ | 2,400.00 | Posted | 4876 |
| 6/5/2025 | 500949 | 654042 | CNBAP0860 | RESTAURANT TECHNOLO | $ | 5,795.82 | Posted | 4875 |
| 6/5/2025 | 503846 | 654041 | CNBAP0860 | PRO REFRIGERATION NT I | $ | 8,402.69 | Posted | 4873 |
| 6/5/2025 | 500923 | 654039 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 10,525.92 | Posted | 4871 |
| 6/5/2025 | 500923 | 654038 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 698.24 | Posted | 4870 |

# Statement of Financial Affairs - Exhibit 3a
# Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC | Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 6/5/2025 | 500506 | 654037 | CNBAP0860 | GORMAN-LAVELLE CORP | $ | 5,663.00 | Posted | 4869 |
| 6/5/2025 | 503016 | 654036 | CNBAP0860 | EASY ICE, LLC | $ | 1,163.43 | Posted | 4868 |
| 6/4/2025 | 503301 | 654035 | CNBAP0860 | TRIPLESEAT SOFTWARE L | $ | 13,446.29 | Posted | 4866 |
| 6/4/2025 | 503621 | 654034 | CNBAP0860 | AL FRESCO UNLIMITED | $ | 4,971.50 | Posted | 4865 |
| 6/4/2025 | 503870 | 654033 | CNBAP0860 | ALIEF ISD | $ | 201.56 | Posted | 4864 |
| 6/4/2025 | 503869 | 654032 | CNBAP0860 | THE CLEVERLEY STONE F | $ | 1,760.00 | Posted | 4863 |
| 6/4/2025 | 503868 | 654031 | CNBAP0860 | RESTAURANT FURNITURE | $ | 11,074.11 | Posted | 4862 |
| 6/4/2025 | 500024 | 654030 | CNBAP0860 | ABLE MECHANICAL INC. | $ | 5,172.79 | Posted | 4861 |
| 6/3/2025 | 503822 | 654029 | CNBAP0860 | CRUSA OPERATIONS LLC | $ | 6,000.00 | Posted | 4859 |
| 6/3/2025 | 500892 | 654028 | CNBAP0860 | PRISTINO CLEANING SOL | $ | 1,444.78 | Posted | 4858 |
| 6/3/2025 | 503631 | 654027 | CNBAP0860 | VIGO IMPORTING COMPA | $ | 2,041.20 | Posted | 4857 |
| 6/3/2025 | 503829 | 654026 | CNBAP0860 | LANDERT BREAD | $ | 6,525.50 | Posted | 4854 |
| 6/3/2025 | 503637 | 654024 | CNBAP0860 | USA HVAC, INC | $ | 46,878.78 | Posted | 4852 |
| 6/2/2025 | 503407 | 654023 | CNBAP0860 | INTERNATIONAL COVERS | $ | 2,973.90 | Posted | 4848 |
| 6/2/2025 | 503690 | 654022 | CNBAP0860 | B & B COMPLETE CHEM-D | $ | 1,728.00 | Posted | 4847 |
| 6/2/2025 | 503108 | 654021 | CNBAP0860 | WESTCOR SANTAN VILLA | $ | 44,409.77 | Posted | 4845 |
| 6/2/2025 | 500447 | 654020 | CNBAP0860 | FIVE STAR VALET | $ | 7,326.00 | Posted | 4840 |
| 6/2/2025 | 501159 | 654019 | CNBAP0860 | THE SPECIALTY WIRING C | $ | 720.00 | Posted | 4839 |
| 5/30/2025 | 500812 | 654018 | CNBAP0860 | NORTH HILLS SCHOOL DI | $ | 1,080.07 | Posted | 4831 |
| 5/30/2025 | 503514 | 654017 | CNBAP0860 | Allegheny County Treasur | $ | 11,235.84 | Posted | 4830 |
| 5/30/2025 | 503369 | 654015 | CNBAP0860 | TANGER PROPERTIES LTD | $ | 27,255.02 | Posted | 4828 |
| 5/30/2025 | 500960 | 654009 | CNBAP0860 | RM MEMBER LLC. | $ | 753.00 | Posted | 4822 |
| 5/30/2025 | 500140 | 654007 | CNBAP0860 | BELDEN MALL LLC. | $ | 25,308.45 | Posted | 4820 |
| 5/30/2025 | 503057 | 654005 | CNBAP0860 | OPENTABLE INC | $ | 31,127.38 | Posted | 4818 |
| 5/30/2025 | 500755 | 654004 | CNBAP0860 | MICHAEL'S FINER MEATS | $ | 29,791.61 | Posted | 4817 |
| 5/30/2025 | 434637 | 654000 | CNBAP0860 | ECOLAB INC | $ | 15,358.97 | Posted | 4812 |
| 5/30/2025 | 434488 | 653996 | CNBAP0860 | ECOLAB PEST ELIM DIVISI | $ | 10,046.53 | Posted | 4808 |
| 5/30/2025 | 434659 | 653994 | CNBAP0860 | FISHBOWL INC. | $ | 8,126.87 | Posted | 4806 |
| 5/30/2025 | 503670 | 653993 | CNBAP0860 | DATADELIVERS, LLC | $ | 10,000.00 | Posted | 4805 |
| 5/30/2025 | 438054 | 653992 | CNBAP0860 | AFA PROTECTIVE SYSTEM | $ | 20,018.26 | Posted | 4804 |
| 5/29/2025 | 500616 | 653991 | CNBAP0860 | JOHNSON CONTROLS | $ | 7,234.90 | Posted | 4803 |
| 5/29/2025 | 500114 | 653990 | CNBAP0860 | ATECH REFRIGERATION & | $ | 6,533.25 | Posted | 4802 |
| 5/29/2025 | 503304 | 653989 | CNBAP0860 | PARADISE PROPANE LLC | $ | 6,300.00 | Posted | 4801 |
| 5/29/2025 | 434953 | 653987 | CNBAP0860 | ALSCO INC | $ | 581.52 | Posted | 4799 |
| 5/29/2025 | 501183 | 653986 | CNBAP0860 | TOTAL LINEN CARE LLC | $ | 461.18 | Posted | 4798 |
| 5/29/2025 | 500389 | 653985 | CNBAP0860 | ELGE PLUMBING & HEATI | $ | 10,278.00 | Posted | 4797 |
| 5/29/2025 | 435543 | 653984 | CNBAP0860 | EEC ACQUISITIONS LLC /! | $ | 10,240.84 | Posted | 4796 |
| 5/29/2025 | 500821 | 653983 | CNBAP0860 | NUCO2 INC. | $ | 1,606.19 | Posted | 4795 |
| 5/29/2025 | 503639 | 653982 | CNBAP0860 | SUPREME MECHANICAL S | $ | 6,756.22 | Posted | 4794 |
| 5/29/2025 | 500199 | 653981 | CNBAP0860 | BUCKHEAD MEAT OF DAL | $ | 1,309.94 | Posted | 4793 |
| 5/29/2025 | 500197 | 653980 | CNBAP0860 | BUCKHEAD MEAT & SEAF | $ | 1,985.63 | Posted | 4792 |
| 5/29/2025 | 500790 | 653979 | CNBAP0860 | NAINARI CLEANING SVC I | $ | 2,875.50 | Posted | 4791 |
| 5/29/2025 | 500276 | 653978 | CNBAP0860 | CLEANCARE | $ | 3,143.50 | Posted | 4790 |
| 5/29/2025 | 500923 | 653977 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 7,683.68 | Posted | 4789 |
| 5/29/2025 | 500949 | 653976 | CNBAP0860 | RESTAURANT TECHNOLO | $ | 15,356.02 | Posted | 4788 |
| 5/29/2025 | 434610 | 653974 | CNBAP0860 | COZZINI BROS INC | $ | 1,253.80 | Posted | 4786 |
| 5/29/2025 | 500763 | 653971 | CNBAP0860 | MIDWEST REPAIR SERVIC | $ | 1,355.00 | Posted | 4783 |
| 5/29/2025 | 503442 | 653970 | CNBAP0860 | AVERUS FIRE SERVICES-C | $ | 10,550.82 | Posted | 4782 |
| 5/29/2025 | 434933 | 653968 | CNBAP0860 | WINDSTREAM ENTERPRIS | $ | 16,149.09 | Posted | 4780 |
| 5/29/2025 | 503715 | 653967 | CNBAP0860 | FASTSIGNS 222701 | $ | 1,543.32 | Posted | 4779 |
| 5/29/2025 | 503353 | 653966 | CNBAP0860 | B&B FACILITY MAINTENAN | $ | 7,239.17 | Posted | 4778 |
| 5/28/2025 | 503829 | 654001 | CNBAP0860 | LANDERT BREAD | $ | 6,476.35 | Posted | 4813 |
| 5/28/2025 | 503525 | 653965 | CNBAP0860 | FRANK LODOVICO JR WIN | $ | 6,607.25 | Posted | 4777 |
| 5/28/2025 | 503599 | 653964 | CNBAP0860 | IT SOLUTIONS BY SOLDAN | $ | 2,358.69 | Posted | 4776 |
| 5/28/2025 | 503817 | 653963 | CNBAP0860 | GORDON MECHANICAL L | $ | 1,559.73 | Posted | 4775 |
| 5/28/2025 | 503846 | 653962 | CNBAP0860 | PRO REFRIGERATION NT I | $ | 8,884.68 | Posted | 4774 |
| 5/23/2025 | 503100 | 653960 | CNBAP0860 | FREEMALL ASSOCIATES L | $ | 27,442.26 | Posted | 4771 |
| 5/23/2025 | 503631 | 653958 | CNBAP0860 | VIGO IMPORTING COMPA | $ | 2,041.20 | Posted | 4768 |
| 5/23/2025 | 503863 | 653957 | CNBAP0860 | TIFFANY HOGAN | $ | 630.08 | Posted | 4767 |
| 5/23/2025 | 434637 | 653956 | CNBAP0860 | ECOLAB INC | $ | 15,201.21 | Posted | 4766 |
| 5/23/2025 | 503648 | 653952 | CNBAP0860 | LAUREL LINEN SERVICE, I | $ | 6,876.12 | Posted | 4762 |

# Statement of Financial Affairs - Exhibit 3a
## Payments to creditors within 90 days of Petition

Bravo Brio Restaurants, LLC

Lead Case No. 6:25-bk-05224-LVV

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5/23/2025 | 435543 | 653951 | CNBAP0860 | EEC ACQUISITIONS LLC /S | $ | 10,020.70 | Posted | 4761 |
| 5/23/2025 | 500821 | 653950 | CNBAP0860 | NUCO2 INC. | $ | 2,822.21 | Posted | 4760 |
| 5/23/2025 | 500763 | 653949 | CNBAP0860 | MIDWEST REPAIR SERVIC | $ | 4,287.43 | Posted | 4759 |
| 5/23/2025 | 438054 | 653948 | CNBAP0860 | AFA PROTECTIVE SYSTEM | $ | 40,208.30 | Posted | 4757 |
| 5/23/2025 | 500475 | 653946 | CNBAP0860 | G&R MECHANICAL INC | $ | 1,190.99 | Posted | 4755 |
| 5/23/2025 | 503639 | 653945 | CNBAP0860 | SUPREME MECHANICAL S | $ | 6,192.43 | Posted | 4754 |
| 5/23/2025 | 500199 | 653944 | CNBAP0860 | BUCKHEAD MEAT OF DAL | $ | 2,722.80 | Posted | 4753 |
| 5/23/2025 | 500197 | 653943 | CNBAP0860 | BUCKHEAD MEAT & SEAF( | $ | 1,028.57 | Posted | 4752 |
| 5/23/2025 | 500790 | 653942 | CNBAP0860 | NAINARI CLEANING SVC I | $ | 2,875.50 | Posted | 4751 |
| 5/23/2025 | 500276 | 653941 | CNBAP0860 | CLEANCARE | $ | 5,783.00 | Posted | 4750 |
| 5/23/2025 | 501280 | 653940 | CNBAP0860 | WISCONSIN DEPARTMEN | $ | 108.60 | Posted | 4749 |
| 5/23/2025 | 503571 | 653939 | CNBAP0860 | ALLIED ADVERTISING LIM | $ | 1,500.00 | Posted | 4748 |
| 5/23/2025 | 503442 | 653936 | CNBAP0860 | AVERUS FIRE SERVICES-C | $ | 10,518.53 | Posted | 4745 |
| 5/23/2025 | 500120 | 653935 | CNBAP0860 | AVERUS NORTHEAST LLC | $ | 4,214.64 | Posted | 4744 |
| 5/23/2025 | 501098 | 653934 | CNBAP0860 | SUNBELT RENTALS INC | $ | 1,322.74 | Posted | 4743 |
| 5/23/2025 | 500208 | 653933 | CNBAP0860 | C.H. ROBINSON COMPAN | $ | 5,009.31 | Posted | 4742 |
| 5/22/2025 | 503353 | 653932 | CNBAP0860 | B&B FACILITY MAINTENAN | $ | 8,196.28 | Posted | 4740 |
| 5/22/2025 | 500949 | 653931 | CNBAP0860 | RESTAURANT TECHNOLO | $ | 16,676.03 | Posted | 4739 |
| 5/22/2025 | 500389 | 653930 | CNBAP0860 | ELGE PLUMBING & HEATII | $ | 14,504.49 | Posted | 4738 |
| 5/22/2025 | 503841 | 653929 | CNBAP0860 | 360BRANDS, INC | $ | 1,489.30 | Posted | 4735 |
| 5/22/2025 | 500923 | 653928 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 10,989.55 | Posted | 4734 |
| 5/22/2025 | 434610 | 653927 | CNBAP0860 | COZZINI BROS INC | $ | 928.76 | Posted | 4733 |
| 5/22/2025 | 500105 | 653926 | CNBAP0860 | ARMADA HOFFLER BLOCI | $ | 28,850.49 | Posted | 4732 |
| 5/22/2025 | 503503 | 653925 | CNBAP0860 | KELLER STEEL | $ | 3,542.50 | Posted | 4731 |
| 5/22/2025 | 503827 | 653924 | CNBAP0860 | LEGEND UNDERWRITERS | $ | 6,468.15 | Posted | 4730 |
| 5/21/2025 | 503632 | 653923 | CNBAP0860 | STRAIGHTLINE ELECTRIC | $ | 1,829.32 | Posted | 4728 |
| 5/21/2025 | 434659 | 653922 | CNBAP0860 | FISHBOWL INC. | $ | 8,948.87 | Posted | 4727 |
| 5/21/2025 | 434488 | 653921 | CNBAP0860 | ECOLAB PEST ELIM DIVISI | $ | 13,712.42 | Posted | 4726 |
| 5/21/2025 | 500755 | 653919 | CNBAP0860 | MICHAEL'S FINER MEATS | $ | 29,199.87 | Posted | 4724 |
| 5/21/2025 | 503670 | 653917 | CNBAP0860 | DATADELIVERS, LLC | $ | 10,000.00 | Posted | 4722 |
| 5/21/2025 | 503665 | 653916 | CNBAP0860 | BEST VERSION MEDIA LLC | $ | 25,603.83 | Posted | 4721 |
| 5/21/2025 | 500616 | 653915 | CNBAP0860 | JOHNSON CONTROLS | $ | 7,235.20 | Posted | 4720 |
| 5/21/2025 | 500114 | 653914 | CNBAP0860 | ATECH REFRIGERATION & | $ | 15,586.01 | Posted | 4719 |
| 5/21/2025 | 434953 | 653913 | CNBAP0860 | ALSCO INC | $ | 1,967.36 | Posted | 4718 |
| 5/21/2025 | 501183 | 653912 | CNBAP0860 | TOTAL LINEN CARE LLC | $ | 4,571.46 | Posted | 4717 |
| 5/21/2025 | 503304 | 653911 | CNBAP0860 | PARADISE PROPANE LLC | $ | 8,100.00 | Posted | 4716 |
| 5/21/2025 | 434933 | 653910 | CNBAP0860 | WINDSTREAM ENTERPRIS | $ | 15,000.00 | Posted | 4715 |
| 5/21/2025 | 503654 | 653909 | CNBAP0860 | JAM MECHANICAL | $ | 1,355.00 | Posted | 4714 |
| 5/21/2025 | 501033 | 653908 | CNBAP0860 | SMART SOURCE LLC | $ | 956.93 | Posted | 4713 |
| 5/21/2025 | 500889 | 653907 | CNBAP0860 | PRIORITY PLUMBERS LLC | $ | 955.00 | Posted | 4712 |
| 5/21/2025 | 500257 | 653906 | CNBAP0860 | CINTAS FIRE PROTECTION | $ | 1,206.10 | Posted | 4711 |
| 5/21/2025 | 500889 | 653904 | CNBAP0860 | PRIORITY PLUMBERS LLC | $ | 3,750.00 | Posted | 4709 |
| 5/21/2025 | 434537 | 653903 | CNBAP0860 | PRO TECH MEDIA SOLUTI | $ | 9,952.61 | Posted | 4708 |
| 5/21/2025 | 501164 | 653902 | CNBAP0860 | THE WALDINGER CORPOI | $ | 4,806.20 | Posted | 4707 |
| 5/21/2025 | 501164 | 653901 | CNBAP0860 | THE WALDINGER CORPOI | $ | 7,766.42 | Posted | 4706 |
| 5/21/2025 | 503016 | 653900 | CNBAP0860 | EASY ICE, LLC | $ | 4,755.10 | Posted | 4704 |
| 5/21/2025 | 503277 | 653899 | CNBAP0860 | RGH WASTE AND DISPOS. | $ | 4,794.16 | Posted | 4700 |
| 5/21/2025 | 503277 | 653898 | CNBAP0860 | RGH WASTE AND DISPOS. | $ | 5,868.76 | Posted | 4699 |
| 5/21/2025 | 503277 | 653897 | CNBAP0860 | RGH WASTE AND DISPOS. | $ | 5,195.06 | Posted | 4698 |
| 5/20/2025 | 500923 | 653896 | CNBAP0860 | RAGGS SEPTIC SERVICE I | $ | 2,924.80 | Posted | 4697 |
| 5/20/2025 | 503627 | 653895 | CNBAP0860 | BABY BIRD ELECTRIC LLC | $ | 2,522.78 | Posted | 4696 |
| 5/20/2025 | 500575 | 653894 | CNBAP0860 | INTEGRATED PLUMBING S | $ | 5,431.14 | Posted | 4695 |
| 5/20/2025 | 500048 | 653893 | CNBAP0860 | AHC HANDYMAN LLC | $ | 4,111.27 | Posted | 4694 |
| 5/20/2025 | 503860 | 653892 | CNBAP0860 | ALADDIN CHEM-DRY | $ | 523.00 | Posted | 4690 |
| 7/31/2025 | 503402 | OLGEE WF CARD | CASHCLRG | CHARTER COMMUNICATI | $ | 669.66 | Posted | 5325 |
| 7/2/2025 | 500313 | RICHRAMPCARD-070225 | CASHCLRG | COX BUSINESS-DEPT 781 | $ | 523.12 | Posted | 5145 |
| 7/1/2025 | 501173 | RICHRAMPCARD.070125 | CASHCLRG | SPECTRUM BUSINESS/CH | $ | 323.25 | Posted | 5125 |
| 7/1/2025 | 503402 | RICHRAMPCARD-070125 | CASHCLRG | CHARTER COMMUNICATI | $ | 237.80 | Posted | 5124 |
| 6/20/2025 | 503444 | RAMP-BAKAS 6.20 | CASHCLRG | CHELSEA FLOOR COVERI | $ | 1,679.38 | Posted | 5119 |
| | | | | | **$** | **14,265,304.34** | | |

## Statement of Financial Affairs - Exhibit 3b

Bravo Brio Restaurants, LLC

Lead Case No. 6:25-bk-05224-LVV

Sales Tax payments made 5/20/25-8/18/25

| Date | Account Number | Account Name | NET | CATEGORY | Description |
|---|---|---|---|---|---|
| 5/20/2025 | 30000228763 | Bravo Brio Operating Account | ($24,057.75) | **ST-APR 25 AZ** | AZ DEPT OF REV CCDDIR.DBT 112791213 |
| 5/20/2025 | 30000228763 | Bravo Brio Operating Account | ($48,319.42) | **ST-APR 25 MI** | SOM MITREASBUS 6951778 |
| 5/20/2025 | 30000228763 | Bravo Brio Operating Account | ($1,740.52) | **ST-APR 25 NC** | WAKE COUNTY EPAY 000000000024827 |
| 5/20/2025 | 30000228763 | Bravo Brio Operating Account | ($8,596.72) | **ST-APR 25 NC** | NC DEPT REVENUE TAX PYMT 043000093453110 |
| 5/20/2025 | 30000228763 | Bravo Brio Operating Account | ($20,250.00) | **ST-APR 25 NC** | NC DEPT REVENUE TAX PYMT 043000093453150 |
| 5/20/2025 | 30000228763 | Bravo Brio Operating Account | ($10,846.42) | **ST-APR 25 WI** | WI DEPT REVENUE TAXPAYMNT 1248326688 |
| 5/21/2025 | 30000228763 | Bravo Brio Operating Account | ($14,448.43) | **ST-APR 25 AL** | AL ONESPOT TAX Alabama.go 2025103192546 |
| 5/21/2025 | 30000228763 | Bravo Brio Operating Account | ($11,560.55) | **ST-APR 25 AL** | AL-DEPT OF REV DIRECT DBT 368794432 |
| 5/21/2025 | 30000228763 | Bravo Brio Operating Account | ($18,863.00) | **ST-APR 25 TN** | TN STATE REVENUE TN TAP 2045555072 |
| 5/22/2025 | 30000228763 | Bravo Brio Operating Account | ($10,325.55) | **ST-APR 25 VA** | SPOTSYLVANIA CO GOVSERVICE 7489986 |
| 5/22/2025 | 30000228763 | Bravo Brio Operating Account | ($19,191.00) | **ST-APR 25 CT** | STATE OF CT DRS BUS DIRPAY 8066451 |
| 5/22/2025 | 30000228763 | Bravo Brio Operating Account | ($24,941.15) | **ST-APR 25 VA** | VA DEPT TAXATION TAX PAYMEN *****5551 |
| 5/23/2025 | 30000228763 | Bravo Brio Operating Account | ($8,926.56) | **ST-APR 25 KY** | KENTUCKY DORIS KY TAX PMT 502 875 3733 |
| 5/23/2025 | 30000228763 | Bravo Brio Operating Account | ($16,225.75) | **ST-APR 25 KY** | KENTUCKY DORIS KY TAX PMT 502 875 3733 |
| 5/27/2025 | 30000228763 | Bravo Brio Operating Account | ($27,588.00) | **ST-APR 25 CA** | CA DEPT TAX FEE CDTFA EPMT 21416352 |
| 5/27/2025 | 30000228763 | Bravo Brio Operating Account | ($12,412.02) | **ST-APR 25 OH** | 8063-1HIOOSUT OHSALESUTX 2426377 |
| 5/27/2025 | 30000228763 | Bravo Brio Operating Account | ($162,091.66) | **ST-APR 25 OH** | 8063-1HIOOSUT OHSALESUTX 2609611 |
| 5/27/2025 | 30000228763 | Bravo Brio Operating Account | ($2,516.29) | **ST-APR 25 PA** | ALLEGHENY COUNTY 3001168 866-290-5400 |
| 5/27/2025 | 30000228763 | Bravo Brio Operating Account | ($4,293.97) | **ST-APR 25 PA** | ALLEGHENY COUNTY 3001200 866-290-5400 |
| 5/27/2025 | 30000228763 | Bravo Brio Operating Account | ($3,499.62) | **ST-APR 25 PA** | ALLEGHENY COUNTY 3001292 866-290-5400 |
| 5/27/2025 | 30000228763 | Bravo Brio Operating Account | ($2,118.01) | **ST-APR 25 PA** | ALLEGHENY COUNTY 3004894 866-290-5400 |
| 5/28/2025 | 30000228763 | Bravo Brio Operating Account | ($15,096.29) | **ST-APR 25 NM** | TAX_REV_GRT_ECKS TRD PMNT 601078144 |
| 5/30/2025 | 30000228763 | Bravo Brio Operating Account | ($35,595.19) | **ST-APR 25 NJ** | NJWEB04110 NJ WEB PMT 04110 TXP*B851245551000*04110*250630*T*3559519*****\ |
| 5/30/2025 | 30000228763 | Bravo Brio Operating Account | ($18,278.04) | **ST-APR 25 NJ** | NJWEB04110 NJ WEB PMT 04110 TXP*B852408327000*04110*250630*T*1827804*****\ |
| 6/2/2025 | 30000228763 | Bravo Brio Operating Account | ($60,930.86) | ST-NV | NV DEPT OF TAX NV TAX 172927 |
| 6/3/2025 | 30000228763 | Bravo Brio Operating Account | ($11,369.17) | ST-IA | IA DEPT OF REV IA REV PAY 4112945 |
| 6/3/2025 | 30000228763 | Bravo Brio Operating Account | ($4,200.99) | ST-MO | City of K.C.MO. EtaxSystem 2018301952 |
| 6/3/2025 | 30000228763 | Bravo Brio Operating Account | ($49,693.94) | ST-UT | UTAH801/297-7703 TAX PAYMNT XXXXXX4096 |
| 6/3/2025 | 30000228763 | Bravo Brio Operating Account | ($6,351.16) | ST-UT | UTAH801/297-7703 TAX PAYMNT XXXXXX6624 |
| 6/4/2025 | 30000228763 | Bravo Brio Operating Account | ($60,229.91) | ST-MO | JP MO REV TAX MO REV TAX T26111417 |
| 6/18/2025 | 30000228763 | Bravo Brio Operating Account | ($3,605.00) | ST-TN | TN STATE REVENUE TN TAP 1088508288 |
| 6/18/2025 | 30000228763 | Bravo Brio Operating Account | ($58,669.58) | ST-TX | STATE COMPTRLR TEXNET 08756924/50618 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($18,817.64) | ST-Az | AZ DEPT OF REV CCDDIR.DBT 112791213 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($187,019.75) | ST-FL | FLA DEPT REVENUE C01 216450840 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($40,260.59) | ST-MO | SOM MITREASBUS 8464249 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($20,250.00) | ST-NC | NC DEPT REVENUE TAX PYMT 043000092205720 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($6,481.68) | ST-NC | NC DEPT REVENUE TAX PYMT 043000092318228 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($1,536.09) | ST-NC | WAKE COUNTY EPAY 000000000024827 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($33,611.00) | ST-PA | PASTSALETX COMMWLTHOFPAPATH TXP*15898404 *SLS *250630*T*0003361100*2* * |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($10,303.86) | ST-TX | WEBFILE TAX PYMT DD 902/79505335 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($12,687.51) | ST-TX | WEBFILE TAX PYMT DD 902/79505342 |
| 6/20/2025 | 30000228763 | Bravo Brio Operating Account | ($9,275.02) | ST-WI | WI DEPT REVENUE TAXPAYMNT 516279328 |
| 6/23/2025 | 30000228763 | Bravo Brio Operating Account | ($13,216.86) | ST-AL | AL ONESPOT TAX Alabama.go 2025105304910 |
| 6/23/2025 | 30000228763 | Bravo Brio Operating Account | ($10,575.29) | ST-AL | AL-DEPT OF REV DIRECT DBT 246769472 |
| 6/23/2025 | 30000228763 | Bravo Brio Operating Account | ($15,268.24) | ST-KY | KENTUCKY DORIS KY TAX PMT 502 875 3733 |

## Statement of Financial Affairs - Exhibit 3b

Bravo Brio Restaurants, LLC — Lead Case No. 6:25-bk-05224-LVV

| Date | Account | Amount | Type | Description |
|---|---|---|---|---|
| 6/23/2025 | 30000228763 Bravo Brio Operating Account | ($17,199.90) | ST-NJ | NJWEB04110 NJ WEB PMT 04110 TXP*B852408327000*04110*250630*T*1719990*****\ |
| 6/23/2025 | 30000228763 Bravo Brio Operating Account | ($38,024.13) | ST-PA | PASTSALETX COMMWLTHOFPAPATH TXP*15625093 *SLS *250531*T*0003802413*2* * |
| 6/23/2025 | 30000228763 Bravo Brio Operating Account | ($17,870.00) | ST-TN | TN STATE REVENUE TN TAP 1188891008 |
| 6/23/2025 | 30000228763 Bravo Brio Operating Account | ($9,536.81) | ST-VA | SPOTSYLVANIA CO GOVSERVICE 9053695 |
| 6/24/2025 | 30000228763 Bravo Brio Operating Account | ($23,342.00) | ST-CA | CA DEPT TAX FEE CDTFA EPMT 21375758 |
| 6/24/2025 | 30000228763 Bravo Brio Operating Account | ($7,978.11) | ST-KY | KENTUCKY DORIS KY TAX PMT 502 875 3733 |
| 6/24/2025 | 30000228763 Bravo Brio Operating Account | ($32,358.40) | ST-NJ | NJWEB04110 NJ WEB PMT 04110 TXP*B851245551000*04110*250630*T*3235840*****\ |
| 6/24/2025 | 30000228763 Bravo Brio Operating Account | ($13,520.42) | ST-OH | 8063-1HIOOSUT OHSALESUTX 2676865 |
| 6/24/2025 | 30000228763 Bravo Brio Operating Account | ($147,845.35) | ST-OH | 8063-1HIOOSUT OHSALESUTX 2853423 |
| 6/24/2025 | 30000228763 Bravo Brio Operating Account | ($23,142.12) | ST-VA | VA DEPT TAXATION TAX PAYMEN *****5551 |
| 6/25/2025 | 30000228763 Bravo Brio Operating Account | ($16,046.02) | ST-OH | OHIO BWC PAYMENT C80078246-0 |
| 6/26/2025 | 30000228763 Bravo Brio Operating Account | ($14,546.88) | ST-NM | TAX_REV_GRT_ECKS TRD PMNT 840923520 |
| 6/26/2025 | 30000228763 Bravo Brio Operating Account | ($1,958.88) | ST-PA | ALLEGHENY COUNTY 3001168 866-290-5400 |
| 6/26/2025 | 30000228763 Bravo Brio Operating Account | ($3,760.49) | ST-PA | ALLEGHENY COUNTY 3001200 866-290-5400 |
| 6/26/2025 | 30000228763 Bravo Brio Operating Account | ($3,024.31) | ST-PA | ALLEGHENY COUNTY 3001292 866-290-5400 |
| 6/26/2025 | 30000228763 Bravo Brio Operating Account | ($1,717.61) | ST-PA | ALLEGHENY COUNTY 3004894 866-290-5400 |
| 6/30/2025 | 30000228763 Bravo Brio Operating Account | ($17,100.00) | ST-CT MAY 25 | STATE OF CT DRS BUS DIRPAY 8275713 |
| 7/1/2025 | 30000228763 Bravo Brio Operating Account | ($9,567.58) | ST-IA MAY 25 | IA DEPT OF REV IA REV PAY 4339910 |
| 7/1/2025 | 30000228763 Bravo Brio Operating Account | ($4,442.16) | ST-MO MAY 25 | City of K.C.MO. EtaxSystem 1612044288 |
| 7/1/2025 | 30000228763 Bravo Brio Operating Account | ($55,088.89) | ST-NV MAY 25 | NV DEPT OF TAX NV TAX 201035 |
| 7/1/2025 | 30000228763 Bravo Brio Operating Account | ($5,142.04) | ST-UT MAY 25 | UTAH801/297-7703 TAX PAYMNT XXXXX4512 |
| 7/1/2025 | 30000228763 Bravo Brio Operating Account | ($40,018.64) | ST-UT MAY 25 | UTAH801/297-7703 TAX PAYMNT XXXXXX9200 |
| 7/2/2025 | 30000228763 Bravo Brio Operating Account | ($63,364.10) | ST-MO MAY 25 | JP MO REV TAX MO REV TAX T26215525 |
| 7/17/2025 | 30000228763 Bravo Brio Operating Account | ($2,578.00) | ST-TN JUN 25 | TN STATE REVENUE TN TAP 1316761984 |
| 7/18/2025 | 30000228763 Bravo Brio Operating Account | ($9,756.29) | ST-TX JUN 25 | WEBFILE TAX PYMT DD 902/79745996 |
| 7/18/2025 | 30000228763 Bravo Brio Operating Account | ($7,923.29) | ST-TX JUN 25 | WEBFILE TAX PYMT DD 902/79746001 |
| 7/18/2025 | 30000228763 Bravo Brio Operating Account | ($47,770.08) | ST-TX JUN 25 | STATE COMPTRLR TEXNET 08792940/50717 |
| 7/21/2025 | 30000228763 Bravo Brio Operating Account | ($10,329.64) | ST-AL JUN 25 | AL ONESPOT TAX Alabama.go 2025107982062 |
| 7/21/2025 | 30000228763 Bravo Brio Operating Account | ($20,250.00) | ST-NC JUN 25 | NC DEPT REVENUE TAX PYMT 043000092681372 |
| 7/21/2025 | 30000228763 Bravo Brio Operating Account | ($2,039.94) | ST-NC JUN 25 | NC DEPT REVENUE TAX PYMT 043000092695386 |
| 7/21/2025 | 30000228763 Bravo Brio Operating Account | ($1,362.46) | ST-NC JUN 25 | WAKE COUNTY EPAY 000000000024827 |
| 7/25/2025 | 30000228763 Bravo Brio Operating Account | ($1,665.57) | ST-PA JUN 25 | ALLEGHENY COUNTY 3001168 866-290-5400 |
| 7/25/2025 | 30000228763 Bravo Brio Operating Account | ($3,298.27) | ST-PA JUN 25 | ALLEGHENY COUNTY 3001200 866-290-5400 |
| 7/25/2025 | 30000228763 Bravo Brio Operating Account | ($2,767.58) | ST-PA JUN 25 | ALLEGHENY COUNTY 3001292 866-290-5400 |
| 7/25/2025 | 30000228763 Bravo Brio Operating Account | ($1,403.31) | ST-PA JUN 25 | ALLEGHENY COUNTY 3004894 866-290-5400 |
| 7/31/2025 | 30000228763 Bravo Brio Operating Account | ($11,884.00) | ST-CT JUN 25 | STATE OF CT DRS BUS DIRPAY 8415035 |
| 8/12/2025 | 30000228763 Bravo Brio Operating Account | ($16,465.75) | ST-CA | CA DEPT TAX FEE CDTFA EPMT 21917739 |
| 8/18/2025 | 30000228763 Bravo Brio Operating Account | ($2,859.00) | ST-TN JUL 25 | TN STATE REVENUE TN TAP 1652945280 |
| | | ($1,865,084.07) | | |

# Statement of Financial Affairs - Exhibit 7

# Bravo Brio Restaurants, LLC - Lead Case No. 6:25-bk-05224-LVV

## Pending GL and EPL claims

| Caption | Docket No. | Jurisdiction |
|---|---|---|
| Antoine v. Bravo Brio | N24C-05-230 | Delaware |
| Patricko v. Bravo Brio | CIVRS2400567 | California |
| The Estate of Alice Myers v. Bravo Brio | 2023-CA-007099 | Florida |
| Davis v. Bravo Brio | 2024-CA-008557-O | Florida |
| Maria Reyes v. Bravo Brio | 2025-CA-00885-O | Florida |
| Rios v. Bravo Bio | 01-23-0001-0739 | Tennessee |
| Campos v. Bravo Brio | 01-23-0005-1476 | Ohio |
| O'Brien v. Bravo Brio | 22-CI-006303 | Kentucky |
| Yanni v. Bravo Brio | 3:23-cv-3691 | New Jersey |
| Davis v. Bravo Brio | 533-2025-01965 | Pennsylvania |
| Elkady v. Bravo Brio | 30-2024-01414891-CU-WT-CJC | California |
| Legerme v. Bravo Brio | 01-24-0007-6291 | California |
| Ryan Gentile v. Bravo Brio and Earl Enterprises | 30-2025-01503254 CUWTNJC | California |
| Locastro v. Bravo Brio and Earl Enterprises | L-002038-25 | New Jersey |