UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

BRAVO BRIO RESTAURANTS, LLC,

Debtor.
_________________________________/

Case No.: 6:25-bk-05224-LVV
Chapter 11

**NOTICE OF APPEARANCE,**
**REQUEST FOR NOTICE AND RESERVATION OF RIGHTS**

Please take notice that the undersigned attorney appears for inKind Credit Fund LP ("inKind") and pursuant to, *inter alia*, F.R.B.P., Rules 2002 and 9007 and §1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned.

PLEASE TAKE NOTICE this request includes not only the notices and papers referred to in the Bankruptcy Rules set forth above, but also includes, without limitation, any and all other orders and notices of application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted by or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise that (1) affects or seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including inKind with respect to: (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment, or other conduct by inKind.

PLEASE TAKE NOTICE that neither this Notice of Appearance nor any later appearance,

pleading, claim, or suit shall constitute a submission to this court's jurisdiction nor waive any (1) right to object to jurisdiction, (2) right to have final orders in noncore matters entered only after de novo review by a District Judge, (3) right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (4) right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (5) other rights, claims, actions, defenses, setoffs, recoupments, or remedies to which inKind is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments, and remedies are expressly reserved.

Dated: September 19, 2025.

Respectfully submitted,
**AKERMAN LLP**

*s/ Michael Goldberg*
Michael I. Goldberg, Esquire
Florida Bar No.: 886602
201 East Las Olas Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Phone: (954) 463-2700
Fax: (954) 463-2224
E-mail: michael.goldberg@akerman.com

Attorneys for inKind Credit Fund LP

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2025, I caused the foregoing Notice of Appearance, Request for Notice and Reservation of Rights to be served electronically and by United States Mail, postage prepaid, on the following:

R. Scott Shuker, Esq.
Lauren L. Stricker, Esq.
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801

United States Trustee –
ORL Office of the United States Trustee
George C Young Federal Building
400 West Washington Street,
Suite 1100
Orlando, FL 32801

Debtor: Bravo Brio Restaurants, LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839

By: *<u>/s/ Michael Goldberg</u>*
Michael Goldberg, Esquire



83210132;1