**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BRAVO BRIO RESTAURANTS, LLC,** | **Case No. 6:25-bk-05224-LVV**<br>***Lead case*** |
| | ***Jointly Administered with:*** |
| **BRAVO (LOUISVILLE), LLC,** | **Case No. 6:25-bk-05225-LVV** |
| **BRIO (CHERRY HILL), LLC,** | **Case No. 6:25-bk-05226-LVV** |
| **BRIO (IRVINE), LLC,** | **Case No. 6:25-bk-05227-LVV** |
| **BRIO (TEXAS), LLC,** | **Case No. 6:25-bk-05228-LVV** |
| **Debtors.** | |

_________________________________________ /

## DEBTORS' OMNIBUS OBJECTION TO ALLOWANCE OF CLAIMS

**NOTICE OF OPPORTUNITY TO**
**OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at Clerk of Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, Florida 32801, and R. Scott Shuker, Esq., 121 South Orange Avenue, Suite 1120, Orlando, Florida 32801 within **30 days** from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

**You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.**

**BRAVO BRIO RESTAURANTS, LLC** ("BBR"), a Florida limited liability corporation who is the Lead Debtor[1] in this jointly administered case with **BRAVO (LOUISVILLE), LLC**, **BRIO (CHERRY HILL), LLC**, **BRIO (IRVINE), LLC**, and **BRIO (TEXAS), LLC** (the

[1] Terms capitalized in this affidavit have been previously defined in the Plan and various other pleadings filed in the relevant bankruptcy cases.

"Affiliated Debtors") who are the debtors-in-possession (BBR and the Affiliated Debtors are collectively, the "Debtors"), by and through the undersigned counsel and pursuant to 11 U.S.C. § 502(a), Rules 3007, 7001, 7004, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Local Rules 2002-4 and 3007-1, hereby files this omnibus objection (this "Objection") objecting to the following claims filed by **INKIND CARDS, INC., INKIND WAREHOUSE FACILITY, INC.**, and **INKIND CREDIT FUND LP** (collectively, "inKind") and, in support thereof, states as follows:

## I. CLAIMS

| Claim No. | Claimant Name and Address | Claim Amount | Relevant Debtor |
|---|---|---|---|
| 84-2 | inKind Cards, Inc.<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Bravo Brio Restaurants, LLC<br>Case No. 6:25-bk-05224-LVV |
| 85-2 | inKind Warehouse Facility, LLC<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Bravo Brio Restaurants, LLC<br>Case No. 6:25-bk-05224-LVV |
| 86-2 | inKind Credit Fund LP<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Bravo Brio Restaurants, LLC<br>Case No. 6:25-bk-05224-LVV |
| 8-2 | inKind Cards, Inc.<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Bravo (Louisville), LLC<br>Case No. 6:25-bk-05225-LVV |
| 9-2 | inKind Credit Fund LP<br>c/o M. Goldberg and E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Bravo (Louisville), LLC<br>Case No. 6:25-bk-05225-LVV |

| Claim No. | Claimant Name and Address | Claim Amount | Relevant Debtor |
|---|---|---|---|
| 10-2 | inKind Warehouse Facility, LLC<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Bravo (Louisville), LLC<br>Case No. 6:25-bk-05225-LVV |
| 11-2 | inKind Cards, Inc.<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Cherry Hill), LLC<br>Case No. 6:25-bk-05226-LVV |
| 12 | inKind Credit Fund LP<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Cherry Hill), LLC<br>Case No. 6:25-bk-05226-LVV |
| 13-2 | inKind Warehouse Facility, LLC<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Cherry Hill), LLC<br>Case No. 6:25-bk-05226-LVV |
| 8-2 | inKind Cards, Inc.<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Irvine), LLC<br>Case No. 6:25-bk-05227-LVV |
| 9-2 | inKind Credit Fund LP<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Irvine), LLC<br>Case No. 6:25-bk-05227-LVV |
| 10-2 | inKind Warehouse Facility, LLC<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Irvine), LLC<br>Case No. 6:25-bk-05227-LVV |
| 14-2 | inKind Cards, Inc.<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Texas), LLC<br>Case No. 6:25-bk-05228-LVV |
| 15-2 | inKind Credit Fund LP<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Texas), LLC<br>Case No. 6:25-bk-05228-LVV |

| Claim No. | Claimant Name and Address | Claim Amount | Relevant Debtor |
|---|---|---|---|
| 16-2 | inKind Warehouse Facility, LLC<br>c/o M. Goldberg & E. McKean, Esq.<br>Akerman LLP<br>420 S. Orange Ave., Suite 1200<br>Orlando, FL 32801 | $11,932,899.00 | Brio (Texas), LLC<br>Case No. 6:25-bk-05228-LVV |

## II. GROUNDS

1. On July 21, 2023, BBR executed a Credit Purchase Agreement with inKind Cards, Inc (the "Purchase Agreement"). The Purchase Agreement was amended on March 14, 2024 and the amount of purchased increased from $5,000,000 of credit to a total of $7,000,000.

2. As an initial matter, inKind filed 3 separate clams which are each duplicate of each other and filed in each case although only BBR signed the agreement with inKind. As such, even if inKind ultimately has a claim, it should be limited to one claim in the case of BBR.

3. Debtors also object to the inKind claims in their entirety because the contract between the parties does not create a debt obligation. In fact, the principal of inKind has repeatedly informed media that the obligation "does not create a debt."

4. Additionally, even if inKind Contract did create an obligation, such obligation has been satisfied. Pursuant to the Purchase Agreement, inKind purchased $7,000,000 of credit and, as of petition date, BBR had already redeemed in excess of $7,600,000 in credit and, thus, no further obligations exist.

## III. RESERVATION OF RIGHTS

Debtors reserve the right to amend any objection to any claim set forth herein, to object on additional grounds not set forth herein, and to object to any further claims or scheduled liabilities not presently set forth herein. By filing this Objection, Debtors do not waive the right to file further objections or to pursue avoidance actions or other causes of action.

## IV. PRAYER FOR RELIEF

**WHEREFORE**, Debtors respectfully request that the Court (1) sustain this Objection to the claims set forth herein; (2) disallow, in their entirety, each of the inKind claims set forth herein as legally unenforceable debts, without prejudice to the rights of Debtors or other interested parties to file further objections or to pursue avoidance actions or other causes of action; and (3) grant any such other and further relief as the Court determines just and proper, including attorneys' fees for bringing this Objection.

**RESPECTFULLY SUBMITTED** this 19th day of January 2026.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.
Florida Bar No. 0984469
rshuker@shukerdorris.com
**SHUKER & DORRIS, P.A.**
121 S. Orange Ave., Suite 1120
Orlando, Florida 32801
Telephone: (407) 337-2060
Facsimile: (407) 337-2050
*Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.gov**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **BRAVO BRIO RESTAURANTS, LLC,** | **Case No. 6:25-bk-05224-LVV**<br>***Lead case*** |
| | ***Jointly Administered with:*** |
| **BRAVO (LOUISVILLE), LLC,** | **Case No. 6:25-bk-05225-LVV** |
| **BRIO (CHERRY HILL), LLC,** | **Case No. 6:25-bk-05226-LVV** |
| **BRIO (IRVINE), LLC,** | **Case No. 6:25-bk-05227-LVV** |
| **BRIO (TEXAS), LLC,** | **Case No. 6:25-bk-05228-LVV** |
| **Debtors.** | |

_________________________________________ /

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 19th day of January 2026, I caused the foregoing **DEBTORS' OMNIBUS OBJECTION TO ALLOWANCE OF CLAIMS** to be filed via the Court's CM/ECF system which will serve notice of the same upon all parties entitled to receive CM/ECF noticing, including: **INKIND CARDS, INC.**, c/o M. Goldberg and E. McKean, Esq., Akerman LLP, 420 South Orange Avenue, Suite 1200, Orlando, FL 32801 (michael.goldberg@akerman.com and esther.mckean@akerman.com); **INKIND WAREHOUSE FACILITY, LLC**, c/o M. Goldberg and E. McKean, Esq., Akerman LLP, 420 South Orange Avenue, Suite 1200, Orlando, FL 32801 (michael.goldberg@akerman.com and esther.mckean@akerman.com); **INKIND CREDIT FUND LP**, c/o M. Goldberg and E. McKean, Esq., Akerman LLP, 420 South Orange Avenue, Suite 1200, Orlando, FL 32801 (michael.goldberg@akerman.com and esther.mckean@akerman.com); and the **UNITED STATES TRUSTEE – ORL** (USTP.Region21.OR.ECF@usdoj.gov and jill.kelso@usdoj.gov).

**I HEREBY FURTHER CERTIFY** that on this 19th day of January 2026, a true and correct copy of the foregoing was also served: via U.S. First Class, postage prepaid mail to: (i) **LEAD DEBTOR**, **BRAVO BRIO RESTAURANTS, LLC**, 4700 Millenia Blvd., Suite 400, Orlando, FL 32836; (iii) **INKIND CARDS, INC.**, Attn: Andrew Harris, CRO, 600 Congress Ave., Suite 1700, Austin, TX 78701 (the address listed on the proof of claim); **INKIND WAREHOUSE FACILITY, LLC**, Attn: Andrew Harris, CRO, 600 Congress Ave., Suite 1700, Austin, TX 78701 (the address listed on the proof of claim); **INKIND CREDIT FUND LP**, Attn: Andrew Harris, CRO, 600 Congress Ave., Suite 1700, Austin, TX 78701 (the address listed on the proof of claim); (iii) all parties listed on the Local Rule 1007-2 parties in interest list, as shown on the matrix attached to the original of this motion filed with the Court; and (iv) all claimants which are listed in the foregoing Objection.

/s/ R. Scott Shuker
R. Scott Shuker, Esq.

Label Matrix for local noticing
113A-6
Case 6:25-bk-05224-LVV
Middle District of Florida
Orlando
Mon Jan 19 15:51:53 EST 2026

Bravo (Louisville), LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839-6020

Bravo Brio Restaurants, LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839-6020

Brio (Cherry Hill), LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839-6020

Brio (Irvine), LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839-6020

Brio (Texas), LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839-6020

Joseph A. Caneco
Fishman Haygood, L.L.P.
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170-4701

Cherie Dessauer Nobles
201 St. Charles Ave
Suite 4600
New Orleans, LA 70170-4701

Jennifer D Raviele
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007-2759

William Jack Simpson
Simpson, PLLC
100 S Main Street
Booneville, MS 38829-3311

ARMADA HOFFLER BLOCK & ASSOC
DIVARIS PROP MGMT
4525 MAIN ST., STE 900
VIRGINIA BEACH, VA 23462-3431

Belden Village Management PR, LLC
c/o Patrick M. Mosley, Esq.
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602-5627

(p)C H ROBINSON WORLDWIDE INC
ATTN BANKRUPTCY TEAM BILL GLAD
14701 CHARLSON ROAD
SUITE 2400
EDEN PRAIRIE MN 55347-5076

C.H. Robinson Company, Inc.
c/o Mark A. Amendola, Esq.
Martyn and Associates Co.
820 W. Superior Ave., 10th Floor
Cleveland, OH 44113-1827

CGP-CPP PLAZA FRONTENAC LLC
P.O. BOX 86
MINNEAPOLIS, MN 55486-3110

CHRISTIANA MALL LLC
SDS-12-3026
P.O. BOX 86
MINNEAPOLIS, MN 55486-3026

Christiana Mall, LLC
c/o Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nati
Three Embarcadero Center, 12 Floor
San Francisco, CA 94111-4003

Christiana Mall, LLC
c/o Joaquin J. Alemany, Esq.
701 Brickell Avenue, Ste. 3300
Miami, Florida 33131-2847

Continental/Galleria, LP
c/o Patrick M. Mosley, Esq.
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602-5627

DATADELIVERS, LLC
100 W HILLCREST BLVD
SUITE 406
SCHAUMBURG, IL 60195-3108

Davis & Associates LLC
c/o Ivan Reich
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410-2896

Davis & Associates LLC, through agent, Sagem
c/o: Ivan J. Reich, Esq.
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, FL 33410-2896

EASTON TOWN CENTER II LLC
L-3769
COLUMBUS, OH 43260-3769

EDWARD DON & CO. HOLDINGS, LLC
2562 PAYSPHERE CIRCLE
Chicago, IL 60674-0001

Ecolab Inc.
c/o Samuel C. Wisotzkey, Esq.
Kohner, Mann & Kailas, S.C.
4650 North Port Washington Rd.
Milwaukee, WI 53212-1991

Edward M. Fitzgerald, Esq.
Holland & Knight LLP
200 S. Orange Avenue, Suite 2600
Orlando, Florida 32801-3453

FASHION PLACE ANCHOR
ACQUISITION LLC
P.O. BOX 86
MINNEAPOLIS, MN 55486-2780

FR Pembroke Gardens, LLC
c/o Patrick M. Mosley, Esq.
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602-5627

Fashion Place Anchor Acquisition, LLC
c/o Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nati
Three Embarcadero Center, 12 Floor
San Francisco, CA 94111-4003

Fashion Place Anchor Acquisition, LLC
c/o Joaquin J. Alemany, Esq.
701 Brickell Avenue, Ste. 3300
Miami, Florida 33131-2847

GPEE LENDER, LLC
4700 Millenia Blvd.
Suite 400
Orlando, FL 32839-6020

GPEE Lender, LLC
c/o Kenneth D. Herron. Jr.
Herron Hill Law Group, PLLC
PO Box 2127
Orlando, FL 32802-2127

GREENE TOWN CENTER LLC
ATTN: OLSHAN PROPERTIES
600 MADISON AVE., 14TH FLOOR
New York, NY 10022-1657

InKind Credit Fund LP
Esther McKean, Esq. AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904

InKind Credit Fund LP
c/o Michael I. Goldberg, Esquire
201 East Las Olas Blvd., Suite 1800
Ft. Lauderdale, FL 33301-4442

InKind Warehouse Facility LLC
Esther McKean, Esq.
AKERMAN LLP
420 S. Orange Avenue, Suite 1200
Orlando, FL 32801-4904

InKind Warehouse Facility LLC
Michael I. Goldberg, Esquire
201 East Las Olas Blvd., Suite 1800
Ft. Lauderdale, FL 33301-4442

Jesus Lozano, Esq.
Nardella & Nardella, PLLC
135 W. Central Blvd., Ste. 300
Orlando, FL 32801-2435

John K Turner
C/O LINEBARGER GOGGAN BLAIR & SAMPSON, L
3500 Maple Avenue
Suite 800
DALLAS, TX 75219-3959

Jonathan Roberti, indv. and PR of Est. of A.
c/o C. Craig Eller
Kelley Kaplan Delaney Eller, PLLC
1665 Palm Beach Lakes Blvd., Suite 1000
West Palm Beach, FL 33401-2109

KELLEY KAPLAN DELANEY& ELLER, PLLC.
Attorneys for Creditor
1665 Palm Beach Lakes Blvd.
The Forum - Suite 1000
West Palm Beach, Florida 33401-2121

Kite Realty Group
c/o Kelley Drye & Warren LLP, Attn: Robe
3 World Trade Center, 175 Greenwich Stre
New York, New York 10007-0042

LIBERTY CENTER LLC.
7600 GIBSON RD
L-3745
COLUMBUS, OH 43260-3745

Lennox Town Center Limited
c/o Ryan E. Davis, Esq.
Winderweedle, Haines, Ward & Woodman, PA
329 Park Avenue North, Second Floor
Winter Park, Florida 32789-7421

Management Company, LLC,
Promenade Enterprises LLC, and Davis and
Associates, LLC
c/o Ivan J. Reich
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410-2896

Molly Litchfield, Esquire
Hinshaw & Culbertson LLP
100 South Ashley Drive, Suite 1310
Tampa, FL 33602-5322

PFP COLUMBUS II LLC
POLARIS FASHION PLACE
L-3581
COLUMBUS, OH 43260-0001

PRCP Broward Management LLC
c/o Patrick M. Mosley, Esq.
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602-5627

Plaza Frontenac Acquisition, LLC
c/o Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nati
Three Embarcadero Center, 12 Floor
San Francisco, CA 94111-4003

Plaza Frontenac Acquisition, LLC
c/o Joaquin J. Alemany, Esq.
701 Brickell Avenue, Ste. 3300
Miami, Florida 33131-2847

Promenade Enterprises LLC,
c/o: Ivan J. Reich
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410-2896

RM MEMBER LLC.
P.O. BOX 72439
CLEVELAND, OH 44192-0002

RPT REALTY, L.P.
c/o Ruel W. Smith, Esq.
Hinshaw & Culbertson LLP
100 Ashley Drive South, Suite 1310
Tampa, FL 33602-5322

RREEF CONTINENTAL
MASTER TRUST
P.O. BOX 209266
AUSTIN, TX 78720-9266

Rancho Mall, LLC
c/o Ivan M. Gold
Allen Matkins Leck Gamble Mallory & Nati
Three Embarcadero Center, 12 Floor
San Francisco, CA 94111-4003

Rancho Mall, LLC
c/o Joaquin J. Alemany, Esq.
701 Brickell Avenue, Ste. 3300
Miami, Florida 33131-2847

SYSCO CORPORATION
24500 Northwest Freeway
Crypress, TX 77429-2199

Sagemore Management Company, LLC,
c/o: Ivan J. Reich
3001 PGA Boulevard, Suite 305
Palm Beach Gardens, Florida 33410-2896

Spartan Holdings, LLC
c/o William Porter, Esq.
201 South Orange Avenue, Suite 1400
Orlando, FL 32801-3483

TAMPA WESTSHORE ASSOCIATES
DEPT 177001
P.O. BOX 67000
DETROIT, MI 48267-1770

TB MALL AT UTC LLC.
P.O. BOX 674647
DETROIT, MI 48267-4647

TGM CCV PROPERTY LLC
P.O. BOX 843386
DALLAS, TX 75284-3386

TGM CCV Property, LLC
c/o Wilson Friery PLLC
708 Main Street, 10th Floor
Houston, Texas 77002-3246

THE TAUBMAN REALTY GROUP
CITY CREEK CENTER ASSOC LLC
P.O.BOX 674566
DETROIT, MI 48267-4566

Tanger Huntsville, LLC
Trenam, Kemker, Scharf, Barkin,
Frye, ONeill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, Florida 33602-5150

Tanger Huntsville, LLC
Trenam, Kemker, Scharf, Barkin, Frye,
ONeill & Mullis, P.A.
101 E. Kennedy Blvd., Suite 2700
Tampa, Florida 33602-5150

The Forbes Company
c/o Patrick M. Mosley, Esq.
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602-5627

The Macerich Company
c/o Patrick M. Mosley, Esq.
Spencer Fane LLP
201 North Franklin Street, Suite 2150
Tampa, FL 33602-5627

Timothy R. Qualls, Esq.
Young Qualls, P.A.
Post Office Box 1833
Tallahassee, Florida 32302-1833

(p)USA HVAC PRO INC
ATTN ATTN JAMES E GOFF
6448 PARKLAND DR
SARASOTA FL 34243-4038

Utah State Tax Commission
Attn: Aaron M Waite
160 E. 300 S., Fifth Floor
Salt Lake City, UT 84111

VORH Associates, LLC
c/o Clark Hill PLC
Audrey L. Hornisher
901 Main Street, Suite 1600
Dallas, TX 75202-3707

WESTCOR SANTAN VILLAGE LLC
DEPT LA 25429
PASADENA, CA 91185-5429

WMB 2, LLC
TWB Oxmoor 2, LLC
Wyatt, Tarrant & Combs, LLP
Daniel E. Hitchcock
250 W Main St., Ste 1600
Lexington, KY 40507-1726

inKind Cards Inc.
Esther McKean, Esq.
Akerman LLP
420 S. Orange Ave., Suite 1200
Orlando, FL 32801-4904

inKind Cards, Inc.
c/o M. Goldberg and E. McKean, Esq.
Akerman LLP
420 S. Orange Ave., Suite 1200
Orlando, Fl 32801-4904

inKind Credit Fund LP
c/o Esther McKean, Esq.
Akerman LLP
420 S. Orange Ave., Suite 1200
Orlando, FL 32801-4904

inKind Credit Fund LP
c/o M. Goldberg and E. McKean, Esq.
Akerman LLP
420 S. Orange Ave., Suite 1200
Orlando, Fl 32801-4904

inKind Warehouse Facility LLC
c/o Esther McKean, Esq.
Akerman LLP
420 S. Orange Ave., Suite 1200
Orlando, FL 32801-4904

inKind Warehouse Facility, LLC
c/o M. Goldberg and E. McKean, Esq.
Akerman LLP
420 S. Orange Ave., Suite 1200
Orlando, Fl 32801-4904

Ryan E Davis +
Winderweedle Haines Ward & Woodman P.A.
329 Park Avenue North, Second Floor
Winter Park, FL 32789-7421

Daniel E Hitchcock +
Wyatt Tarrant & Combs LLP
250 West Main Street
Suite 1600
Lexington, KY 40507-1746

R Scott Shuker +
Shuker & Dorris, P.A.
121 South Orange Avenue, Suite 1120
Orlando, FL 32801-3238

C Craig Eller +
Kelley Kaplan & Eller, PLLC
1665 Palm Beach Lakes Blvd.
Suite 1000
West Palm Beach, FL 33401-2109

Patricia Redmond +
Stearns Weaver Miller
150 West Flagler Street
Suite 2200
Miami, FL 33130-1545

United States Trustee - ORL +
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Craig I Kelley +
Kelley Kaplan Delaney Eller, PLLC
1665 Palm Beach Lakes Blvd
Ste 1000
West Palm Beach, FL 33401-2109

Kenneth D Herron Jr+
Herron Hill Law Group, PLLC
P. O. Box 2127
Orlando, FL 32802-2127

L William Porter III+
Latham, Luna, Eden & Beaudine, LLP
201 S. Orange Avenue
Suite 1400
Orlando, FL 32801-3483

Ivan J Reich +
Nason Yeager
3001 PGA Boulevard
Suite 305
Palm Beach Gardens, FL 33410-2896

Jill E Kelso +
DOJ-Ust
400 W. Washington Street
Ste 1100
Orlando, FL 32801-2210

Michael I Goldberg +
Akerman LLP
201 East Las Olas Blvd.
Suite 1800
Fort Lauderdale, FL 33301-4442

Robert L LeHane +
Kelley Drye & Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007-2759

Dustin P Branch +
Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

Edward M Fitzgerald +
Holland & Knight LLP
200 South Orange Ave
Suite 2600
Orlando, FL 32801-3453

Esther A McKean +
Akerman LLP
420 South Orange Ave. Suite 1200
Orlando, FL 32801-4904

Mark A Amendola +
Martyn and Associates
820 Superior Avenue, Northwest
Tenth Floor
Cleveland, OH 44113-1827

Patrick Mosley +
Spencer Fane
201 North Franklin Street
Suite 2150
Tampa, FL 33602-5627

Stephanie C Lieb +
Trenam Law
101 East Kennedy Boulevard, Suite 2700
Tampa, FL 33602-5150

Ruel W. Smith +
Hinshaw & Culbertson LLP
100 South Ashley Drive
Suite 1310
Tampa, FL 33602-5322

Morgan B Edelboim +
Edelboim Lieberman PLLC
2875 NE 191st Street
Ste Penthouse One
Miami, FL 33180-2841

Rhys P Leonard +
Trenam Kemker
101 East Kennedy Boulevard
Suite 2700
Tampa, FL 33602-5170

Lauren L Stricker +
Shuker & Dorris, P.A.
121 S. Orange Ave
Suite 1120
Orlando, FL 32801-3238

Timothy R Qualls +
Young Qualls, P.A.
Post Office Box 1833
Tallahassee, FL 32302-1833

Joaquin J Alemany +
Holland & Knight LLP
701 Brickell Avenue, Suite 3300
Miami, FL 33131-2898

Daniel R Schimizzi +
Raines Feldman Littrell LLP
11 Stanwix Street
Suite 750
Pittsburgh, PA 15222-1342

Jessica Clemente +
Hill Ward Henderson
101 E. Kennedy Blvd., Suite 3700
Tampa, FL 33602-5195

Katelyn M Vinson +
Jennis Morse
606 East Madison Street
Tampa, FL 33602-4029

Thomas J Francella Jr.+
Cozen O'Connor
1201 North Market Street, Suite 1001
Wilmington, DE 19801-1166

John Kendrick Turner +
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

Samuel C. Wisotzkey +
4650 N. Port Washington Rd.
Milwaukee, WI 53212-1077

Jesus Lozano +
Nardella & Nardella, PLLC
135 W. Central Blvd
Suite 300
Orlando, FL 32801-2435

Audrey Lorene Hornisher +
Clark Hill PLC
901 Main Street
Suite 6000
Dallas, TX 75202-3748

Connie Choe +
Kelley Drye and Warren LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007-2759

Molly Litchfield +
Hinshaw and Culbertson
100 S Ashley Dr
Ste 1310
Tampa, FL 33602-5322

Emanuel Isaias Flaquer I+
Underwood Murray
100 N Tampa Street
Suite 2325
Tampa, FL 33602-5891

Broocks Wilson +
Wilson Friery PLLC
708 Main Street
Ste 10th Floor
Houston, TX 77002-3246

Tristan Manthey +
Fishman Haygood, LLP
201 St. Charles Avenue, 46th Floor
New Orleans, LA 70170-4701

Aaron M. Waite +
Office of Utah Attorney General
160 E. 300 S., Fifth Floor
Salt Lake City, UT 89114

Nahal Zarnighian +
Ballard Spahr LLP
2029 Century Park East
Suite 1400
Los Angeles, CA 90067-2915

| | | |
|---|---|---|
| Bruce M. Trybus +<br>Cooney Trybus Law<br>1600 W. Commercial Boulevard<br>Ste 200<br>Fort Lauderdale, FL 33309-3006 | Adam Lubow +<br>700 W. St. Clair Ave.<br>Ste #320<br>Cleveland, OH 44113-1274 | Note: Entries with a '+' at the end of the<br>name have an email address on file in CMECF |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| C.H. ROBINSON COMPANY, INC.<br>14701 CHARLSTON RD<br>SUITE 1400<br>EDEN PRAIRIE, MN 55347 | USA HVAC, INC<br>6448 PARKLAND DR<br>SARASOTA, FL 34243 | End of Label Matrix<br>Mailable recipients 122<br>Bypassed recipients 0<br>Total 122 |