**EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| In re<br><br>BRAVO BRIO RESTAURANTS, LLC,<br><br><br>BRAVO (LOUISVILLE), LLC,<br>BRIO (CHERRY HILL), LLC,<br>BRIO (IRVINE), LLC,<br>BRIO (TEXAS), LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 6:25-bk-05224-LVV Lead case<br><br>Jointly Administered with:<br><br>Case No. 6:25-bk-05225-LVV<br>Case No. 6:25-bk-05226-LVV<br>Case No. 6:25-bk-05227-LVV<br>Case No. 6:25-bk-05228-LVV |

**ORDER GRANTING LIBERTY CENTER LLC'S APPLICATION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE CLAIM**

Upon the application filed by Liberty Center LLC (the "Application")[1] for entry of an order allowing, and directing payment of, the Administrative Claim pursuant to sections 503(b) of the Bankruptcy Code; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief set forth in this Order, **IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED**.

2. Liberty Center LLC is hereby granted an allowed administrative expense claim in the amount of $69,120.26 (the "Allowed Administrative Claim").

---

[1] Capitalized terms not defined herein are defined in the Motion.

3. The Debtors are hereby authorized and directed to pay Liberty Center LLC the full amount of the Allowed Administrative Claim.

4. Notwithstanding anything herein or in the Federal Rules of Bankruptcy Procedure, this Order shall become effective immediately upon its entry.

5. Nothing in this Order is or shall be construed as a satisfaction, waiver, or release of any claim(s) that Liberty Center LLC has asserted against the Debtors or may assert against the Debtors.

6. This Court shall retain jurisdiction over all matters arising from or related to the interpretation, implementation, and enforcement of this Order.